# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In Re:

    CRS Holding of America, LLC,
        Debtor

Case No.

# LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| JY Creative Holdings, Inc.<br>c/o 8108 Krauss Boulevard, Ste. 110<br>Tampa, Florida 33619 | A | 32.7% | Percentage Class A- 47.6% |
| Intersection One, LLC<br>c/o 979 Post Road East<br>Westport, Connecticut 06880 | A | 27.8% | Percentage Class A - 40.5% |
| UnionBanCal Equities, Inc.<br>445 S. Figueroa Street, 21st Floor<br>Los Angeles, California 90071 | A | 8.2% | Class A Percentage Interest-11.9% |
| Intersection Equity Company, LLC<br>c/o 979 Post Road East<br>Westport, Connecticut 06880 | B | 28% | Class B Percentage Interest-100% |
| Various Equity Award Plan Recipients | C | 3.3% | Class C Percentage Interest-100% |
| UnionBanCal Equities, Inc.<br>445 S. Figueroa Street, 21st Floor<br>Los Angeles, California 90071 | D | N/A | Class D Percentage Interest - 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Robert Swett, Receiver & Chief Restructuring Officer</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 8/28/14

Signature: *[signed]* by Receiver and CRO
Printed Name: Robert Swett
Title: Receiver & Chief Restructuring Officer

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**