**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re**

**CRS HOLDING OF AMERICA, LLC**            Case No. 8:14-bk-_____

_____**Debtor.**_____/            Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>Department of the Treasury<br>Washington, DC | | Taxes and certain other debts owed to governmental units. | This claim is disputed. | 987,797.21 |
| Tampa East, LLC<br>PO Box 6180<br>Hicksville, NY 11802-6180 | | | This claim is disputed. | 248,999.85 |
| Cushman Wakefield, Inc.<br>1650 Market Street<br>33 Fl.<br>Attn: Chris Black<br>Philadelphia, PA 19103 | | | This claim is disputed. | 169,130.95 |
| Meadowridge Industrial Center<br>PO Box 846255<br>Dallas, TX 75284-6255 | | | This claim is disputed. | 167,076.51 |
| GA Dept of Admin. Services<br>200 Piedmont Ave<br>Suite 1802<br>Atlanta, Ga 30334 | | | This claim is disputed. | 166,601.89 |

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Troutman Sanders<br>PO Box 933652<br>Atlanta, GA 31193-3652 | | | This claim is disputed. | 143,506.50 |
| Clean Harbors Environmental Services<br>PO Box 3442<br>Boston, MA 03341-3442 | | | This claim is disputed. | 138,594.30 |
| Penske Truck Leasing<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | | | This claim is disputed. | 112,017.97 |
| EQ- The Environmental Quality Co.<br>PO Box 673974<br>Detroit, MI 48267-3974 | | | This claim is disputed. | 91,626.61 |
| Buckhead DuPage Industrial Properties<br>Lockbox 843808<br>Dallas, TX 75284-3808 | | | This claim is disputed. | 80,294.50 |
| Crowley Logistics, Inc.<br>PO Box 2684<br>Carol Stream, IL 60132-2684 | | | This claim is disputed. | 80,156.00 |
| Florida Light & Power<br>9250 W. Flagler St.<br>Miami, FL 33174 | | | This claim is disputed. | 69,259.75 |
| Bouchard Insurance<br>PO Box 6090<br>Clearwater, FL 33758-6090 | | | This claim is disputed. | 67,170.00 |
| PC Overnight, LLC<br>c/o Providence Family | | | This claim is disputed. | 59,143.75 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Offices<br>704 W. Bay St.<br>Tampa, FL 33606 | | | | |
| CDS/Balance Staffing<br>201 S. Andrews Ave<br>Suite 201-C<br>Ft. Lauderdale, FL 33301 | | | This claim is disputed. | 57,459.97 |
| DGR Systems, LLC<br>13555 Automotive Blvd<br>Suite420<br>Clearwater, FL 33762 | | | This claim is disputed. | 55,299.80 |
| Reed Transport Services, Inc.<br>PO Box 2527<br>Brandon, FL 33509 | | | This claim is disputed. | 52,350.00 |
| Howard County Director of Finance<br>PO Box 37237<br>Baltimore, MD 21297-3237 | | | This claim is disputed. | 47,456.34 |
| JY Creative Holdings, Inc.<br>c/o Providence Family Offices<br>704 W. Bay Street<br>Tampa, FL 33606 | | | This claim is disputed. | 46,559.87 |
| Swirl, Inc.<br>1620 Montgomery #140<br>San Francisco, CA 94111 | | | This claim is disputed. | 45,250.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Robert Swett, Receiver & Chief Restructuring Officer of CRS Holding of America, LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 8/28/14                                  Signature: _____
                                                                      Robert Swett,
                                                                      **Receiver & CRO**