UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CRS HOLDING OF AMERICA, LLC,   Case No. 8:14-bk-_____-\_\_\_\_
                                Chapter 11
      Debtor,
_____/

**DEBTORS' EMERGENCY MOTION FOR JOINT
ADMINISTRATION WITH AFFILIATED CASE**

> *Emergency Relief Requested: For the reasons set forth more particularly in the Motion and in the Certificate of Necessity filed in support of same, the Debtor requests that the Court conduct a hearing on this Motion at the earliest opportunity and not later than September 3, 2014, and expects that such hearing will last no more than 15 minutes.*

Chapter 11 Debtors CRS Holding of America, LLC (**"CRS"**), and its direct and wholly-owned subsidiaries Bargain Computer Products of Ybor City, LLC, Creative Recycling Services, LLC, Creative Recycling Solutions, LLC, Creative Recycling Systems of Georgia, LLC, Creative Recycling Systems of Illinois, LLC, Creative Recycling Systems of Kentucky, LLC, Creative Recycling Systems of Louisiana, LLC, Creative Recycling Systems of North Carolina, LLC, Creative Recycling Systems of North Florida, LLC, Creative Recycling Systems of Pennsylvania, LLC, Creative Recycling Systems of South Florida, LLC, Creative Recycling Systems of Tennessee, LLC, Creative Recycling Systems, LLC, Creative Recycling Technologies II, LLC, Creative Recycling Technologies III, LLC, Creative Recycling Technologies, LLC, Dynamic Leasing LLC, Environmental Services Sales & Marketing, LLC, Greenrock Rare Earth Recovery, LLC, Creative Recycling Systems of New England, LLC, and Planet Gadget USA, LLC (**collectively "Debtors"**), by and through their undersigned counsel and pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and LBR 1015-1,

file this, their Motion for Joint Administration with Affiliated Case ("Motion for Joint Administration"), seeking authority to jointly administer the Debtors' Chapter 11 cases, establish a lead case and authorize and direct all pleadings, motions and other papers to be filed only in the lead case and, in support thereof, state as follows:

**General Background**

1. CRS Holding is a Delaware limited liability company with its principal place of business in Tampa, Florida. CRS Holding, in turn, owns 100% of the membership interest in its twenty-one (21) subsidiary Debtors, each of which are Florida limited liability companies. A corporate organizational chart reflecting the ownership structure of the Debtors is attached hereto as **Exhibit A.**

2. CRS, acting through its subsidiaries, provides electronics recycling (e.g., televisions, computers and computer components) to consumers, businesses and governmental agencies. CRS's offerings are designed to meet customers' demand for data security and environmental compliance.

3. The Debtors are each being managed and operated as Debtors in possession.

4. No committee has been appointed in any of the Debtors' cases.

5. To eliminate duplicative pleading, and in support of the relief requested in this Motion, the Debtors' hereby incorporate by reference the Case Management Summary filed by CRS in its bankruptcy case.

**Basis for Relief**

6. The Debtors are affiliates within the meaning and effect of 11 U.S.C. 101(2).

7. The business affairs of the Debtors are interrelated, given that the Debtors, for the most part, operate as one entity rather than as separate businesses, and the Debtors have many creditors in common.

8. The Debtors anticipate that similar, if not identical, procedural and substantive issues will arise in each of their Chapter 11 cases.

9. Further, the Debtors will move forward expeditiously to continue their interrelated operations and intend to propose a Joint Plan of Reorganization that will likely provide for the substantive consolidation of the Debtors' estates and the ultimate sale of the Debtors' businesses in a single, unified transaction.

10. The costs of administration to the Debtors will be greatly reduced by and through joint administration, as it would be a waste of Estate resources to draft, file and serve virtually identical motions, plans and other papers in each of the Debtors' cases.

11. Moreover, there is a risk that, without the benefit of joint administration, creditors receiving multiple filings seeking similar relief may be confused or, if represented by counsel, their legal expenses will be unnecessarily multiplied.

12. The creditors of the individual Debtors' cases will not be prejudiced by and through the relief requested herein, as the Estates will remain separate for all other purposes at this time.

13. In particular, the Debtors request that the joint administration of their cases provide for:

    A. Maintenance by the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division ("Clerk") of one docket for all

    pleadings, motions, and other documents filed in all cases, denoting the CRS case as the lead case **("Lead Case");**

 B. Maintenance by the Clerk of one service list for the service of pleadings, papers and notices in both cases;

 C. Filing of all pleadings and papers in the Lead Case only; and

 D. Utilization of a common caption for all pleadings, papers and notices filed in all cases.

14. The Debtors request this Court establish a common caption appearing as follows:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

| **CRS HOLDING OF AMERICA, LLC,** *et al.* | Case No. 8:14-bk-_____-___ (Lead Case) |
|---|---|

which would also include a footnote identifying all affiliated debtors and their case numbers.

15. The Debtors submit that the use of this simplified caption, naming only CRS Holding of America, LLC, et al, without reference to the affiliated Debtors, will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading and identification.

16. Joint administration will permit the Clerk to use a single general docket for all of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.

17. The Debtors request that the Clerk maintain separate claims registers and intend to solicit separate ballots in favor of confirmation of a Joint Chapter 11 Plan for the Debtors without substantively consolidating the Debtors' Estates at this time.

18.     The rights of each of the Debtors' respective creditors will not be adversely affected by joint administration of these cases because the relief sought is purely procedural and not intended to affect substantive rights.  Each creditor and party in interest will maintain whatever claims or rights it allegedly has against a particular estate, unless and until the estates are subsequently consolidated.

19.     Indeed, the rights of all creditors will be enhanced by the reduction in costs resulting from joint administration.  The Court will also be relieved of the burden of entering duplicative orders and keeping duplicative files.  Supervision of the administrative aspects of the Chapter 11 cases by the Office of the United States Trustee will also be simplified.

20.     For all of the foregoing reasons, the Debtors submit that there is sufficient cause to order joint administration of the Debtors' cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtors respectfully request this Court grant this Motion for Joint Administration, designate the case of CRS Holding of America, LLC, as the lead case, direct the Clerk of this Court to establish and maintain only one docket in these related cases on a move-forward basis, direct all motions, pleadings and other papers be filed in the lead case, establish a Joint Administration case style to be used for all of such filings, and grant such other and further relief as this Court deems just and appropriate.

**SHUMAKER, LOOP & KENDRICK, LLP**

/s/ Hugo S. deBeaubien
**JAY B. VERONA, ESQ.**
Florida Bar No. 352616
jverona@slk-law.com
**HUGO S. deBEAUBIEN, ESQ.**
Florida Bar No. 058100

<div style="text-align: right">
bdebeaubien@slk-law.com
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
Phone: 813-229-7600
Fax: 813-229-1660
*Counsel for the Debtor*
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, a true and correct copy of the foregoing **Motion** was served via CM/ECF Electronic Noticing or US Mail on the following:

| | |
|---|---|
| Regions Bank<br>c/o Grayson Hall, Jr., as President & CEO<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 | Regions Equipment Finance Co.<br>c/o Grayson Hall, Jr., as President & CEO<br>1900 Fifth Avenue North<br>Birmingham, AL 35203 |
| Regions Bank<br>c/o Keith Fendrick, Esq.<br>Holland & Knight, LLP<br>100 North Tampa St.<br>Suite 4100<br>Tampa, FL 33602 | Regions Equipment Finance Co.<br>c/o Keith Fendrick, Esq.<br>Holland & Knight, LLP<br>100 North Tampa St.<br>Suite 4100<br>Tampa, FL 33602 |
| JY Creative Holdings, Inc.<br>c/o Providence Family Offices, LLC, as Registered Agent<br>202 S. Rome Ave, #150<br>Tampa, FL 33606 | Intersection, LLC<br>c/o Registered Office Service Company as Registered Agent<br>203 NE Front St. Suite 101<br>Milford, DE 19963 |
| JY Creative Holdings, Inc.<br>c/o Nathan Carney, Esq.<br>400 N. Ashley Drive<br>Suite 2600<br>Tampa, FL 33602 | Intersection One, LLC<br>Jeffrey T. Kucera, Esq.<br>K&L Gates LLP<br>200 S. Biscayne Blvd.<br>Suite 3900<br>Miami, FL 33131 |
| Office of the United States Trustee<br>501 E. Polk St.<br>Suite 1200<br>Tampa, FL 33602 | 20 Largest / L.B.R. 1007-2 Matrix |
| UnionBanCal Equities, Inc., Member<br>c/o Registered Agent Solutions<br>1220 South Street, Suite 150<br>Sacramento, CA 95811 | UnionBanCal Equities, Inc., Member<br>445 So. Figueroa St., 21st Floor<br>Los Angeles, CA 90071 |
| Utilities Service List | Landlord Service List |

/s/ Hugo S. deBeaubien

# EXHIBIT A

# CRS HOLDING OF AMERICA, LLC
# ORGANIZATIONAL CHART

CRS HOLDING OF AMERICA, LLC
(DE LLC)
"Company"

100%

Creative Recycling Solutions, LLC
Creative Recycling Systems of Georgia, LLC
Creative Recycling Systems of Illinois, LLC
Creative Recycling Systems of Kentucky, LLC
Creative Recycling Systems of Louisiana, LLC
Creative Recycling Systems of North Carolina, LLC
Creative Recycling Systems of North Florida, LLC
Creative Recycling Systems of Pennsylvania, LLC
Creative Recycling Systems of South Florida, Inc.
Creative Recycling Solutions of New England
Creative Recycling Services, LLC

Creative Recycling Systems of Tennessee, LLC
Creative Recycling Systems, LLC
Creative Recycling Systems
Creative Recycling Technologies II, LLC
Creative Recycling Technologies III, LLC
Creative Recycling Technologies, LLC
Dynamic Leasing LLC
Greenrock Rare Earth Recovery, LLC
Environmental Services Sales & Marketing, LLC
Planet Gadget USA, LLC
Bargain Computer Products of Ybor City, LLC

*Landlord Service List*

FJS Family, LLC
Attn: Frank J. Sponzo, Sr., Managing Member
24 Hunting Ridge Dr., Simsbury, CT 06070
**(Bloomington, CT)**

FJS Family, LLC
Attn: John D. Labelle, Jr., Registered Agent
295 East Center Street, Manchester, CT 06040
**(Bloomington, CT)**

FJS Family, LLC
19 East Dudley Town Road, Bloomington, CT 06002
**(Bloomington, CT)**

Sponzo Enterprises, LLC
Attn: Frank J. Sponzo, Sr., Manager
17 East Dudley Town Road, Bloomfield, CT 06002
**(Bloomington, CT)**

Sponzo Enterprises, LLC
Attn: John D. Labelle, Jr., Registered Agent
295 East Center Street, Manchester, CT 06040
**(Bloomington, CT)**

Liberty Property Limited Partnership
Attn: Registered Agent
500 Chesterfield Parkway, Malvern, PA 19355
**(Breinigsville, PA)**

Liberty Property Limited Partnership
Attn: Liberty Property Trust, General Partner
74 W. Broad St., Suite 530, Bethlehem, PA 18018
**(Breinigsville, PA)**

Liberty Property Limited Partnership
Attn: John E. Lucian, Esq.
One Logan Square, 130 North 18th St., Philadelphia, PA 19103-6998
**(Breinigsville, PA)**

Carolina Pines I LLC
Attn: Stephen J. Koewler, Registered Agent
823 Gervais Street, Suite 200, Columbia, SC 29201
**(Columbia, SC – Carolina Pines Rd.)**

Farrow Road Associates, LLC
Attn: L. Clinton Baker, Jr., Registered Agent
201 Spring Valley Dr., Columbia, SC 29223
**(Columbia, SC – Corporate Park Blvd.)**

RH Corporate Park, LLC
Attn:  CT Corporation System, Registered Agent
2 Office Park Court, Suite 103, Columbia, SC 29223
**(Columbia, SC – Corporate Park Blvd.)**

Meadowridge Industrial Center, LLC
c/o CSC-Lawyers Incorporating Service Co., Registered Agent
7 St. Paul St. Paul Street 1660, Baltimore, MD 21202
**(Elkridge, MD – Business Parkway)**

Troy Hill I, LLC
c/o The Corporation Trust Company, Registered Agent
1209 Orange St., Wilmington, DE 19801
**(Elkridge, MD – Troy Hill Dr.)**

Troy Hill I, LLC
Attn:  Lindsay Anderson, Esq.
1889 Preston White Dr., Suite 200, Reston, VA 20191
**(Elkridge, MD – Troy Hill Dr.)**

Buckhead – Dupage Industrial Properties, LLC
c/o Corporation Service Company, Registered Agent
2711 Centerville Rd., Suite 400, Wilmington, DE 19808
**(Glendale Heights, IL)**

Weston Riverport, LLC
c/o Bert M. Edwards, Registered Agent
119 So. 7th St., #200, Louisville, KY 40202
**(Louisville, KY)**

Sealy Airpark Nashville, L.P.
Attn:  Corporation Service Company, Registered Agent
2908 Poston Ave., Nashville, TN 37203-1312
**(Nashville, TN)**

PC Overnight, LLC
c/o Providence Family Offices, Registered Agent
202 So. Rome Ave., #150, Tampa, FL 33606
**(Palmetto, GA)**

PC Overnight, LLC
c/o Providence Family Offices, Registered Agent
202 So. Rome Ave., #150, Tampa, FL 33606
**(Tallahassee, FL)**

G&I VII Tampa East, LLC
Attn:  Corporation Service Company, Registered Agent
1201 Hays St., Tallahassee, FL 32301-2525
**(Tampa, FL – Massaro Blvd.)**

G&I VII Tampa East, LLC
Attn:  Mark Ragusa, Esq.
401 E. Jackson St., Suite 2500, Tampa, FL 33602
**(Tampa, FL – Massaro Blvd.)**

Weingarten Realty Investors
Attn:  Capitol Corporate Services, Inc., Registered Agent
155 Office Plaza Dr., Suite 125, Houston, TX 77008
**(Tampa, FL – Massaro Blvd.)**

Liberty Property Limited Partnership
Attn:  Registered Agent
500 Chesterfield Parkway, Malvern, PA 19355
**(Whitsett, NC)**

Liberty Property Limited Partnership
Attn: Liberty Property Trust, General Partner
74 W. Broad St., Suite 530, Bethlehem, PA 18018
**(Whitsett, NC)**

Liberty Property Limited Partnership
Attn:  John E. Lucian, Esq.
One Logan Square, 130 North 18th St., Philadelphia, PA 19103-6998
**(Whitsett, NC)**

Liberty Property Limited Partnership
Attn:  Registered Agent
500 Chesterfield Parkway, Malvern, PA 19355
**(Durham, NC)**

Liberty Property Limited Partnership
Attn: Liberty Property Trust, General Partner
74 W. Broad St., Suite 530, Bethlehem, PA 18018
**(Durham, NC)**

Liberty Property Limited Partnership

Attn: John E. Lucian, Esq.
One Logan Square, 130 North 18th St., Philadelphia, PA 19103-6998
**(Durham, NC)**

Liberty Property Limited Partnership
Attn: Registered Agent
500 Chesterfield Parkway, Malvern, PA 19355
**(Tampa, FL – Cherry Palm Dr.)**

Liberty Property Limited Partnership
Attn: Liberty Property Trust, General Partner
74 W. Broad St., Suite 530, Bethlehem, PA 18018
**(Tampa, FL – Cherry Palm Dr.)**

Liberty Property Limited Partnership
Attn: John E. Lucian, Esq.
One Logan Square, 130 North 18th St., Philadelphia, PA 19103-6998
**(Tampa, FL – Cherry Palm Dr.)**

BRE/FL Tampa Industrial Properties, LLC
Attn: Corporation Service Company, Registered Agent
1201 Hays Street, Tallahassee, FL 32301
**(Tampa, FL – E. Adamo Dr.)**

BRE/FL Tampa Industrial Properties, LLC
Attn: Brian K. Oblow, Esq.
401 E. Jackson St., Suite 2700, Tampa, FL 33602
**Tampa, FL – E. Adamo Dr.)**

G&I VII Tampa East, LLC
Attn: Corporation Service Company, Registered Agent
1201 Hays St., Tallahassee, FL 32301-2525
**(Tampa, FL – Krauss Blvd., Suite 103)**

G&I VII Tampa East, LLC
Attn: Mark Ragusa, Esq.
401 E. Jackson St., Suite 2500, Tampa, FL 33602
**(Tampa, FL – Krauss Blvd., Suite 103)**

Weingarten Realty Investors
Attn: Capitol Corporate Services, Inc., Registered Agent
155 Office Plaza Dr., Suite 125, Houston, TX 77008
**(Tampa, FL – Krauss Blvd., Suite 103)**

G&I VII Tampa East, LLC
Attn: Corporation Service Company, Registered Agent

1201 Hays St., Tallahassee, FL 32301-2525
**(Tampa, FL – Krauss Blvd., Suite 109)**

G&I VII Tampa East, LLC
Attn: Mark Ragusa, Esq.
401 E. Jackson St., Suite 2500, Tampa, FL 33602
**(Tampa, FL – Krauss Blvd., Suite 109)**

Weingarten Realty Investors
Attn: Capitol Corporate Services, Inc., Registered Agent
155 Office Plaza Dr., Suite 125, Houston, TX 77008
**(Tampa, FL – Krauss Blvd., Suite 109)**

## Utilities Service List

| | |
|---|---|
| PSNC Energy<br>PO Box 100256<br>Columbia, SC 29202-3256 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348-5453 |
| Ards Container Service, LLC<br>PO Box 7823<br>Columbia, SC 29202 | Ards Container Service, LLC<br>c/o Stephen M. Ard as Registered Agent<br>604 Tyler Street<br>Columbia, SC 29205 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>c/o CT Corporation System as Registered Agent<br>1200 S. Pine Island Rd<br>Plantation, Fl 33324 |
| Amerigas Propane<br>PO Box 660288<br>Dallas, TX 75266 | Amerigas Propane<br>c/o The Prentice-Hall Corporation System, Inc.<br>1201 Hays Street<br>Tallahassee, Fl 32301 |
| Elite Waste Services, LLC<br>1415 S. Bloodworth Street<br>Raleigh, NC 27610 | Elite Waste Services, LLC<br>c/o Daniel Wall as Registered Agent<br>Raleigh, NC 27603 |
| Duke Energy<br>550 S. Tryon St., DEC45A<br>Charlotte, NC 28202-4200 | Duke Energy<br>c/o CT Corporation System<br>150 Fayetville St. |

|  |  |
|---|---|
|  | Box 1101<br>Raleigh, NC 27602-1011 |
| Diamond Springs Water, Inc.<br>PO Box 667887<br>Charlotte, NC 28266-7887 | Diamond Springs Water, Inc.<br>c/o The Prentice-Hall Corporation System, Inc.<br>327 Hillsborough St.<br>Raleigh, NC 27602 |
| Waste Industries, Inc.<br>PO Box 580027<br>Charlotte, NC 28528-0027 | Waste Industries, Inc.<br>c/o Jimmy Perrt as Registered Agent<br>3949 Browning Place<br>Raleigh, NC 27609 |
| Frontier Communications<br>PO Box 20550<br>Rochester, NY 14602-0550 | Frontier Communications<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-3543 |
| Pioneer Telephone<br>PO Box 11018<br>Lewiston, ME 04243-9469 | Pioneer Telephone<br>c/o Paul F. Driscoll<br>PO Box 4600<br>Portland, ME 04112-4600 |
| Jenkins Gas Co. of Pittsboro<br>PO Box 583<br>Pittsboro, NC 27312-0745 | Jenkins Gas Co. of Pittsboro<br>c/o Jon Mattocks<br>232 Craven St.<br>New Bern, NC 28560 |
| Stanley Convergent Security Solutions<br>Dept. CH 10651<br>Paletine, IL 60055 | Stanley Convergent Security Solutions<br>c/o CT Corporation System as Registered Agent<br>150 Fayetville St, Box 1011<br>Raleigh, NC 27601-2957 |
| Tampa Electric Company<br>701 N. Franklin St.<br>Tampa, Fl 33602 | Tampa Electric Company<br>c/o C. A. Attal III, as Registered Agent<br>702 N. Franklin St.<br>Tampa, FL 33602 |
| City of Tampa Utilities<br>PO Box 30191<br>Tampa, FL 33630-3191 | City of Tampa/ McKay Bay<br>2105 N. Nebraska Ave<br>Tampa, FL 33602 |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | AT&T Mobility<br>c/o CT Corporation System as Registered Agent |

|  |  |
|---|---|
|  | 1200 S. Pine Island Rd<br>Plantation, FL 33324 |
| Sprint<br>PO Box 105243<br>Atlanta, GA 30348-5243 | Sprint<br>c/o The Prentice-Hall Corporation System,. Inc. as Registered Agent<br>1201 Hays St.<br>Tallahassee, Fl 32301 |
| Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | Verizon<br>c/o Ct Corporation System<br>1200 S. Pine Island Rd<br>Plantation, FL 33324 |
| Florida Lift Gas, Inc.<br>PO Box 89951<br>Tampa, Fl 33689 | Florida Lift Gas, Inc.<br>c/o Jon Fast as Registered Agent<br>3412 Watermark Dr.<br>Wesley Chapel, FL 33544 |
| Praxair<br>Dept 1222<br>PO Box 121222<br>Dallas, TX 75312-1222 | Paxair<br>c/o The Prentice-Hall Corporation System, Inc.<br>1201 Hays St.<br>Tallahassee, FL 32301 |
| TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | TW Telecom<br>c/o CT Corporation System<br>1200 S. Pine Island Rd<br>Plantation, FL 33324 |
| Connecticut Light & Power<br>PO Box 15493<br>Hartford, CT 06115-0493 | Connecticut Light & Power<br>c/o CT Corporation System as Registered Agent<br>One Corporate Center<br>Hartford, CT 06103-3220 |
| USA Hauling<br>Po Box 808<br>East Windsor, CT 06088 | USA Hauling<br>c/o Ronmel Evora, as Registered Agent<br>7408 N. Arrawana Ave<br>Tampa, FL 33614 |
| Comcast<br>PO Box 105184<br>Atlanta, Ga 30348-5184 | Comcast<br>c/o CT Corporation System, as Registered Agent<br>1200 S. Pine Island Rd |

|  | Plantation, FL 33324 |
|---|---|
| Metro Recycling<br>PO Box 843259<br>Dallas, TX 75284-3259 |  |