UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CRS HOLDING OF AMERICA, LLC,             Case No. 8:14-bk-10142-KRM
                                                                           Chapter 11
         Debtor,
_____/

## CERTIFICATE OF NECESSITY FOR DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING

I HEREBY CERTIFY, as a member of the Bar of this Court, that I have carefully examined the matter under consideration and, to the best of my knowledge, information, and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law; or a good faith argument for the extension, modification, or reversal of existing law can be made; that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation; and there is just cause to request a consideration of the following pleading on an emergency basis:

**Emergency Motion for Authority to Obtain Post-Petition Financing**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because as of the filing of this Motion, the Debtor is in dire need of additional borrowings in order to continue its operations and cover administrative costs so as to maximize the value of the Estate for the benefit of the Debtor's creditors and all other parties in interest.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control, or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

                                             **SHUMAKER, LOOP & KENDRICK, LLP**

                                             /s/ Hugo S. deBeaubien
                                             **JAY B. VERONA, ESQ.**
                                             Florida Bar No. 352616
                                             jverona@slk-law.com
                                             **HUGO S. deBEAUBIEN, ESQ.**
                                             Florida Bar No. 058100
                                             101 E. Kennedy Blvd., Suite 2800

        Tampa, FL 33602
        Phone: 813-229-7600
        Fax:  813-229-1660
        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, a true and correct copy of this Certificate was served on all parties receiving service of the Motion by the method indicated.

        /s/ Hugo S. deBeaubien
        **Attorney**