UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In re:**

| | |
|---|---|
| **CRS HOLDING OF AMERICA, LLC,** | Case No. 8:14-bk-10142-KRM |
| **BARGAIN COMPUTER PRODUCTS OF YBOR CITY, LLC** | Case No. 8:14-bk-10161-KRM |
| **CREATIVE RECYCLING SERVICES, LLC** | Case No. 8:14-bk-10151-KRM |
| **CREATIVE RECYCLING SOLUTIONS, LLC** | Case No.: 8:14-bk-10144-KRM |
| **CREATIVE RECYCLING SYSTEMS OF GEORGIA, LLC** | Case No.: 8:14-bk-10176-KRM |
| **CREATIVE RECYCLING SYSTEMS OF ILLINOIS, LLC** | Case No.: 8:14-bk-10180-KRM |
| **CREATIVE RECYCLING SYSTEMS OF KENTUCKY, LLC** | Case No.: 8:14-bk-10178-KRM |
| **CREATIVE RECYCLING SYSTEMS OF LOUISIANA, LLC** | Case No.: 8:14-bk-10181-KRM |
| **CREATIVE RECYCLING SYSTEMS OF NORTH CAROLINA, LLC** | Case No.: 8:14-bk-10185-KRM |
| **CREATIVE RECYCLING SYSTEMS OF NORTH FLORIDA, LLC** | Case No.: 8:14-bk-10189-KRM |
| **CREATIVE RECYCLING SYSTEMS OF PENNSYLVANIA, LLC** | Case No.: 8:14-bk-10182-KRM |
| **CREATIVE RECYCLING SYSTEMS OF SOUTH FLORIDA, LLC** | Case No.: 8:14-bk-10193-KRM |
| **CREATIVE RECYCLING SYSTEMS OF TENNESSEE, LLC** | Case No.: 8:14-bk-10183-KRM |
| **CREATIVE RECYCLING SYSTEMS, LLC** | Case No.: 8:14-bk-10149-KRM |

| | |
|---|---|
| **CREATIVE RECYCLING TECHNOLOGIES II, LLC** | Case No.: 8:14-bk-10173-KRM |
| **CREATIVE RECYCLING TECHNOLOGIES III, LLC** | Case No.: 8:14-bk-10175-KRM |
| **CREATIVE RECYCLING TECHNOLOGIES, LLC** | Case No.: 8:14-bk-10171-KRM |
| **DYNAMIC LEASING LLC** | Case No.: 8:14-bk-10167-KRM |
| **ENVIRONMENTAL SERVICES SALES & MARKETING, LLC** | Case No.: 8:14-bk-10164-KRM |
| **GREENROCK RARE EARTH RECOVERY, LLC** | Case No.: 8:14-bk-10165-KRM |
| **CREATIVE RECYCLING SYSTEMS OF NEW ENGLAND, LLC** | Case No.: 8:14-bk-10196-KRM |
| **PLANET GADGET USA, LLC** | Case No.: 8:14-bk-10163-KRM |

_____/

## ORDER GRANTING DEBTORS' MOTION FOR JOINT ADMINISTRATION WITH AFFILIATED CASE (Doc. 6)

THIS CASE having come on for hearing on the Debtors' Emergency Motion for Joint Administration with Affiliated Case (Doc. 6) ("Motion), which was also filed in each of the above-styled affiliated bankruptcy cases (the "Affiliated Cases" and, together with this case, the "Bankruptcy Cases"), this Court having reviewed the Motion, this Court having heard argument from counsel, and this Court being familiar with the papers and pleadings in each of the Bankruptcy Cases, accordingly, it is

**ORDERED**

1. The Motion is hereby GRANTED; and

2. The Bankruptcy Cases shall be jointly administered and the case of **CRS Holding of America, LLC, Case No. 8:14-bk-10142-KRM** is hereby designated the "Lead Case"; and

3. The Clerk of Court shall maintain a single case docket and Court file under the Lead Case number; and

4. The Clerk of Court shall maintain separate claims files, ballot files, and claims registers for the Lead Case and each of the Affiliated Cases; and

5. The Clerk of the Court shall maintain one service list for the service of pleadings, papers and notices filed in either the Lead Case or in any of the Affiliated Cases;

6. Unless otherwise set forth herein, all pleadings, papers and notices shall be filed only in the Lead Case; and

7. All pleadings, papers and notices shall use the following caption:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

| | |
|---|---|
| **CRS HOLDING OF AMERICA, LLC** et al, | 8:14-bk-10142-KRM |
| **Debtors.** | **Chapter 11 Cases** (Jointly Administered) |
| _____/ | |

and shall include a footnote identifying each affiliated debtor and its case number.

8. Only the following papers shall be filed in the separate cases: list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure; schedules and statement of financial affairs (and any amendments thereto); proofs of claim (and any objections thereto and associated responses to such objections); and ballots accepting or rejecting the Chapter 11 Plan of Reorganization. Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

9. The Clerk is directed to serve a copy of this Order on all creditors in the Affiliated Cases. As creditors are added to the matrices of in any of the Affiliated Cases, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the Lead Case.

**DONE and ORDERED** in Chambers at Tampa, Florida, on _____September 03, 2014_____.

                                                  K. Rodney May
                                                United States Bankruptcy Judge

Attorney Jay B. Verona is directed to serve a copy of this Order on all parties in interest and to file a Proof of Service within 3 days of the date of entry of this Order.