B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re                                                          Case No. **14-10142**

**CRS Holding of America, LLC**            ,

*Debtor*                                           Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 0.00 | | |
| B - Personal Property | | | $ 812,470.80 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 29,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 2,230,655.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 6,329,666.00 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 812,470.80 | $ 37,560,321.90 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re _____

**CRS Holding of America, LLC**_____,
　　　　　　*Debtor*

Case No. **14-10142**_____

Chapter **11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

　　If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

　　☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ 0.00 |
| Average Expenses (from Schedule J, Line 22) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 242,858.69 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 6,329,666.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 6,329,666.00 |

B6A (Official Form 6A) (12/07)

**In re** <u>CRS Holding of America, LLC,</u>          **Case No.** <u>14-10142</u>

                **Debtor**                                                     **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Multiple leasehold interests as set forth in Schedule G. | Leasehold | | Unknown | Unknown |
| | | Total ► | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **CRS Holding of America, LLC,**_____     Case No.   **14-10142**_____
                                   **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account with Regions -0468 | | $81,599.15 |
| | | Payroll with Regions -1685 | | $26,084.04 |
| | | Controlled Disbursement Operating with Regions -9733 | | $0.00 |
| | | Operating Account -0492 with Regions held by subsidiary Bargain Computer Products. | | $0.00 |
| | | Customer Payments account -9167 with Regions. | | $0.00 |
| | | Checking -4156 for Receiver with Regions | | $26,944.11 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rental deposit for location at 1831 Massaro Blvd, Tampa, FL. | | $5,640.00 |
| | | Electric Deposit with PPL Electric Utilities | | $2,086.00 |
| | | Electric deposit with PSNC Energy for North Carolina location. | | $105.00 |
| | | Electric deposit with Progress Energy Carolinas, Inc. 1031 West Hills Court - Morrisville,NC  deposit | | $208.00 |

B 6B  (Official Form 6B) (12/2007)

In re **CRS Holding of America, LLC,** _____          Case No.  __14-10142_____
                          **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Gas service deposit with Piedmont Natural Gas | | $1,175.50 |
| | | Electric service deposit with NES. | | $525.00 |
| | | Electric Deposit with LG&E | | $6,774.00 |
| | | Security Deposit with Connecticut Light & Power. | | $855.00 |
| | | Security deposit for Kentucky facility. | | $10,475.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Various insurance policies insuring property and liability. | | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **CRS Holding of America, LLC,**_____   Case No.   **14-10142**_____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | CRS Holding of America, LLC owns 100% of membership in 21 subsidiary companies being jointly administered with this case. | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable listing will be filed separately via Notice of Filing or Amendment. | | $650,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential causes of action of uncertain nature and value, including avoidance and related causes of action against insiders. | | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Domain name owned by Creative Recycling Systems, LLC http://www.crserecycling.com/ | | Unknown |

B 6B  (Official Form 6B) (12/2007)

In re **CRS Holding of America, LLC,** _____       Case No.   **14-10142** _____
                                   **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Domain name owned by Creative Recycling Systems, LLC http://www.bargaincomputersusa.com/ | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | BluBox -license held by Creative Recycling Technologies III | | Unknown |
| | | License for use of David 2 equipment, vendor holds engineering rights. North Carolina | | Unknown |
| | | License for use of David 1 equipment, vendor holds engineering rights. Tampa | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Freightliner FLC120 tractor, 2004 International 4200 box truck, 2 - 2006 International 4300 box trucks, 2000 Freightliner FL60 box truck, 2 - 2006 Sterling AT9500 tractors, 2- 2005 International 4300 box trucks, 2006 Sterling LT9500 tractor, 2004 International 4300 box truck, 2 - 2005 Sterling AT9500 tractors | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | 43 vehicles leased from Penske | | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **CRS Holding of America, LLC,**_____          Case No.    **14-10142**_____
                                              **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 dock plates, 1 scale, 1 trailer, 6 pallet jacks, 1 forklift. 400 Woodland Ave, Bloomfield, CT | | Unknown |
| | | 1 forklift and trailer. 4410 E. Adamo Drive, Tampa, FL | | Unknown |
| | | 2 balers, 15 dock plates, 3 scales, 3 compressors, 1 D.A.V.I.D., manual sorter, media shredder, 2 sweepers, 2004 Ford F750 box truck, 2006 Freightliner M2106 box truck, 2004 Sterling AT9500 Tractor, 2 roll offs, 41 trailers, 2 24' pup life gate trailer, 10 pallet jacks, 11 forklifts, 4 single axle tractors. 8108 Krauss Blvd, Tampa, FL | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | optical sorter 1831 Massaro Blvd, Tampa, FL | | Unknown |
| | | 1 baler, 3 dock plates, scale, 2005 Freightliner M2106 box truck, 2004 Freightliner CL120 single axle tractor, 2012 International 8600 single axle tractor, 2005 International 4300 box truck, 2006 International 4300 box truck, 48' lift gate trailer, 24' pup life gate trailer. 85 N. Industrial Rd., Palmetto, GA | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | baler, dock plate, scale, 2006 IH 4300 box truck, 2006 Sterling AT9500 tractor, trailer, 4 pallet jacks, 2 forklifts, 24' pup lift gate trailer. | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |

B 6B  (Official Form 6B) (12/2007)

In re **CRS Holding of America, LLC,** _____          Case No.   **14-10142** _____
                          Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | baler, dock plate, scale, 2005 International 4300 box truck, 2005 Sterling AT9500 tractor, 2006 International 4300 box truck,  8 trailers, 2 pallet jacks, 2 forklifts, 24' pup lift gate trailer. 7100 Intermodal Drive, Louisville, KY | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | 6 trailers, 5510 glass plates. 6725 Business Parkway, Elkridge, MD (Meadowridge) | | Unknown |
| | | baler, 2 - 2006 International 4300 box trucks, 2006 Sterling AT9500 tractor, 2012 International 8600 tractor, 12 trailers, blue box shredder, 2 forklifts. 7090 Troy Hill Dr., Elkridge, MD | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | 3 balers, 2004 Sterling AT9500 tractor, 2005 Sterling AT9500 tractor, 3 - 2006 Sterling AT9500 tractors, 2005 International 4300 box truck, 2005 International D4300 box truck, 36 trailers, blower, compressor, Angel system, David system, David II shredding system, 11 forklifts. 619 Distribution Drive, Durham, NC | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| | | baler, dock plate, scale, 2005 Sterling A9500 tractor, 2006 International 4300 T466 box truck, 2 trailers, 24' pup lift gate trailer, 4 pallet jacks, 2 forklifts. 1429 Donelson Pike, Nashville, TN | | Unknown |
| **Notes:** All vehicles listed are titled to subsidiary Dynamic Leasing, LLC. | | | | |
| 30. Inventory. | | 15 computers, 3 copiers, 1 LCD TV, 40 medical equipment, 14 microwaves/ovens, 3 TVs, 19 Wood projection TVs, 49 pcs untriaged material, alkaline batteries, lithium ion batteries, lithium batteries, nickel cadmium batteries, nickel metal hydride batteries. 400 Woodland Ave, Bloomfield, CT | | Unknown |

B 6B  (Official Form 6B) (12/2007)

In re  **CRS Holding of America, LLC,** _____          Case No.    **14-10142**   _____
                                                                 
                                   **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 864 17" black monitors, 2 adaptors, 7 P4 computers, 5 laptops, 2 servers, 2 server cabinets. 4410 E. Adamo Drive, Tampa, FL | | Unknown |
| | | 7 adaptors, 3 AL Breakage, 1 all-in-one, 1 ballast, 2 boards unprocessed, 6 Breakage printers/keyboards, 43 capacitors, 1 cat 5 wire, 58 CBM Mixed, 66 computers, 34 cable/wire triage, 1 console game, 1621 glass-used cathode ray tubes, 13 De-man boxes, 2 gold caps, 1 ink, 3 LCD monitors, 2 media, 9 microwave ovens, 13 motors, 2 plastic bales, 1 plug, 8 power supplies, 1 remarket material misc. skid, 8 ribbon cables, 4 servers, 7 steel Aluminum Plastic w/ precious, 1 steel-scrap, steel w/ precious head roller, 3 business telephones, 4 scrap telephones, 653 plastic telephones, 18 televisions, 2 toner, 3 small/triage transformers, 25 untriaged materials, 5 UPS, 1 unsorted batteries, 4 alkaline batteries, 8 lithium ion batteries, 3 lithium batteries, 2 nickel cadmium batteries, 2 nickel metal hydride batteries, 2 aluminum heat sinks, 15 breakage hr, 59 breakage plastic (NM),5 processed breakage (SS)(MID), 20 clean aluminum, 8 clean copper, 65 clean plastic, 2 copper aluminum heat sinks, 26 clean panels, 4 degaussing wire aluminum, 2 degaussing wire copper, 19 dirty aluminum, 522 dirty funnels, 1 doe run box, 58 dust from machine, 2 H/G Boards, H/G fine, 2 L/G Boards, L/G TV Board, machine L/G HR, 4 machine H/G Boards, phone HR, 7 plastic phones, 3 shredded hard drives, shredded steel, silver LCD wire, Steel aluminum plastic w/ precious plastic (NM), 7 processed to sort steel aluminum plastic w/ precious, super H/G Board, 3 transformers, 6 TV Board unprocessed, TV wire, yoke, wet transformer, ABS white bale, 3 ABD black bales, shrink-wrap, 26 CBM Plastic, 6 breakage SS. 2,002,598 pounds of legacy glass. 8108 Krauss Blvd, Tampa, FL | | Unknown |

B 6B  (Official Form 6B) (12/2007)

In re  **CRS Holding of America, LLC,**                                    Case No.    **14-10142**
                          Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  | 1.5 adaptors, all-in-one, .5 unprocessed mixed boards, 11 breakage printers/keyboards, 4 CBM mixed, cell phone, 1.5 P4 computer, 2 computers, 1.5 cable wire from triage, 2 console games, 4 De-man boxes, gold chips, hard drive, .25 ink, laptop, 4 LCD monitors, 3 LCD TVs, 2 media, memory, microwave, 8 monitors, 1.5 motors, networking equipment, plug, power supply, miscellaneous skid remarket materials, 2 server cabinets, 2 steel aluminum plastic w/ precious, .5 scrap telephone, 201 plastic telephones, 56 wood projection TVs, toner, small triage transformer, vacuum, unsorted batteries, 2 alkaline batteries, lead acid batteries. 1,453,630 pounds of legacy glass<br>278 Windy Point Drive, Glendale Heights, IL |  | Unknown |
|  |  | 388 used glass cathode ray tubes, 84 monitors, 5 steel scrap, 530 TVs scrap, 21 TVs wood projection. 444,400 pounds of legacy glass.<br>7100 Intermodal Drive, Louisville, KY |  | Unknown |
|  |  | 5 all-in-ones, 5510 used glass cathode ray tubes, 4 hard drives, LCD panel w/ frame & board, 12 LCD TVs, 28 media, 8 monitors, 665 plastic TVs, 19 TVs wood projection, 45 toners, 174 untriaged materials, 8 Donaldson Dust from Angel, 90 Doe Run Boxes.<br>7090 Troy Hill Dr., Elkridge, MD |  | Unknown |

B 6B  (Official Form 6B) (12/2007)

In re  **CRS Holding of America, LLC,**_____    Case No.    **14-10142**_____
                                          **Debtor**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | all-in-one, ballast, 4 boards unprocessed, cat 5 wire, 13 P4 computers, computer, cable/wire from triage, 4014 used glass cathode ray tubes, hard drive, 2 ink, 5 laptops, 16 LCD monitors, 2 media, 48 monitors, motor, 35 plastic bales, 2 remarket material miscellaneous skid, 9 servers, 36 plastic TVs, 5 TVs wood projection, 3 toners, transformer small triage, 42 untriaged material, 2 UPS, 2 Wood CBM, unsorted batteries, 20 alkaline batteries, lithium ion batteries, lithium batteries, 2 nickel cadmium batteries, 2 nickel metal hydride batteries, aluminum heat sink, 25 breakage unprocessed, 4 breakage HR, 117 breakage plastic (NM), 6 processed breakage (SS)(MID), clean copper, 95 clean funnel micro fines, 29 clean funnel micro AE, 2 degaussing wire aluminum, 3 degaussing wire copper, 2 dirty aluminum, 388 dirty funnel, 95 Doe Run Boxes, 12 fly backs, L/G fine, 3 Machine L.G HP, microwave, microwave HR, 3 microwaves unprocessed, 2 motors, 2 processed to sort microwaves (SS)(MID), stall aluminum plastic w/ precious HR, 2 steel aluminum plastic w/ precious unprocessed, 3 transformers, 18 TV board unprocessed, 4 TV Board HR, 6 processed to sort TV Board (SS)(MID)(NM), TV Wire, yokes, 32 ABS White Bales. 4,495,122 pounds of legacy glass. 619 Distribution Drive, Durham, NC | | Unknown |
| | | 4,040,841 pounds of legacy glass. 1831 Massaro Blvd, Tampa, FL | | Unknown |
| | | 7,602,864 pounds of legacy glass. 6725 Business Parkway, Elkridge, MD | | Unknown |
| | | 4,340,981 pounds of legacy glass. 6532 Judge Adams Rd, Whitsett, NC | | Unknown |
| | | 4 computers, 12 copiers, 1952 CRT Glass used cathode ray tubes, 4 LCD Tvs, 527 plastic TVs, 35 TVs wood projection, 74 untriaged material, UPS, 682 dirty funnel, 151 Doe Run Boxes. 5,457,328 pounds of legacy glass. 251 Corporate Park Blvd, Columbia, SC | | Unknown |

B 6B  (Official Form 6B) (12/2007)

In re  **CRS Holding of America, LLC,**_____        Case No.    **14-10142**_____
                                **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2 adaptors, AL breakage, all-in-one, ballast, unprocessed mixed board, 67 breakage printers/keyboards, 3 cat 5 wire, 48 CBM mixed, 27 P4 computers, 21 computers, 2 cable/wire from triage, ink, 56 jet direct cards, 2 laptops, 12 LCD monitors, 1 LCD Panel w/ frame boards, LCD TV, media, 2 microwaves, 9 monitors, 4 networking equipment, plastic bale, 11 remarket material miscellaneous skid, 2 servers, 11 server cabinets, 8 slot 1 processors, 11 steel aluminum plastic w/ precious, 3 telephones scrap, 44 TVs plastic, 2 toner, transformer, 33 untriaged materials, UPS, 5 vacuums, 4 wood CBM, unsorted batteries, lithium ion batteries, lead acid batteries, nickel cadmium batteries, nickel metal hydride batteries. 1429 Donelson Pike, Nashville, TN | | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                        9 continuation sheets attached        Total ▶                                    $812,470.80
                             (Include amounts from any continuation
                               sheets attached. Report total also on
                                Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re **CRS Holding of America, LLC**                            ,   Case No. **14-10142**
                          **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Intersection LLC<br>979 Post Rd E<br>Westport, CT 06880 | | | Blanket lien on substantially all assets.<br><br>Blanket lien on substantially all assets.<br>VALUE $   **Unknown** | | | X | **Unknown** | **Unknown** |
| ACCOUNT NO.<br>JY Creative Holdings, Inc.<br>c/o Providence Family Offices<br>704 W. Bay Street<br>Tampa, FL 33606 | | | Blanket lien on substantially all assets.<br><br>Blanket lien on substantially all assets.<br>VALUE $   **Unknown** | | | X | **$11,000,000.00** | **Unknown** |
| ACCOUNT NO.<br>Regions Bank<br>c/o Holland & Knight<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 | X | | August 30, 2010<br>Blanket Security Interest on substantially all assets.<br><br>Blanket security interest on all assets.<br>VALUE $   **Unknown** | | | X | **$18,000,000.00** | **Unknown** |
| Additional Contacts for Regions Bank :<br><br>Regions Equipment Finance Corporation<br>1900 5th Ave N.<br>Suite 2400<br>Birmingham, AL 35203 | | | | | | | | |

**0**  continuation sheets
    attached

Subtotal ►
(Total of this page)

$   **29,000,000.00**   |   $   **0.00**

Total ►
(Use only on last page)

$   **29,000,000.00**   |   $   **0.00**

(Report also on Summary of Schedules.)   |   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

**In re**  __CRS Holding of America, LLC_____ ,    Case No. __14-10142_____
                                          Debtor                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____**2**____ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
_____
         **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br>**Internal Revenue Service Department of the Treasury Washington, District of Columbia** | | | **MARCH 2012** <br><br>**Federal Taxes** | | | X | **$1,000,000.00** | **Unknown** | **Unknown** |
| **Notes: Claim based on 940 or 941, pertaining to payroll.** | | | | | | | | | |
| Account No.         7434____ <br><br>**Internal Revenue Service Department of the Treasury Washington, DC Full Account No.: 26-4727434** | | | **March 31, 2012** <br><br>**Federal Taxes** | | | X | **$987,797.21** | **Unknown** | **Unknown** |
| | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ **1,987,797.21** | $ **0.00**  **$0.00** |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $         $ |

B 6E (Official Form 6E) (04/13) – Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ **See attached Appendix 2 for a listing of Pre-Petition Wages by Employee** , | | | **Wages, Salaries, Commissions** | | | | **$242,858.69** | **$242,858.69** | **$0.00** |

**Notes: Emergency Motion to pay Pre-Petition Wages (Doc. 19) was granted at hearing held September 3, 2014, and all employees have since been paid pre-petition wages.**

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ **242,858.69** | $ **242,858.69** | **$0.00** |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **2,230,655.90** | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **242,858.69** | $ **0.00** |

# APPENDIX 1

| Hire Date | Last Name | First Name | Payroll Company Code | Gross Pay |
|-----------|-----------|------------|----------------------|-----------|
| 02/15/2002 | Griffin | A | CRS | $1,440.00 |
| 08/07/2014 | Scott | A | CRS | $720.00 |
| 08/06/2012 | Flores | A | CRS | $800.00 |
| 03/05/2012 | Ferreres | A | Bargain | $880.00 |
| 03/12/2013 | Beasley | A | CRS Holding | $1,423.08 |
| 04/07/2014 | Cirino DeJesus | A | CRS | $400.00 |
| 09/18/2013 | Della Rocco | A | Bargain | $1,231.20 |
| 07/25/2013 | Ferreira | A | CRS | $600.00 |
| 04/15/2013 | Balila | A | CRS | $1,200.00 |
| 02/27/2012 | Acosta | A | Bargain | $960.00 |
| 01/06/2014 | Hill | A | CRS | $471.20 |
| 02/20/2008 | Ramos -Hernan | A | CRS | $620.00 |
| 10/24/2013 | Exuma | A | CRS | $720.00 |
| 06/16/2014 | Batts | A | CRS | $720.00 |
| 06/16/2008 | Maxwell | A | CRS | $1,120.00 |
| 03/18/2013 | Cisneros | B | CRS | $400.00 |
| 11/09/2009 | Lassiter | B | CRS | $1,288.48 |
| 10/24/2011 | Kearse | B | CRS | $500.00 |
| 05/27/2014 | Scott Jr. | B | CRS | $720.00 |
| 05/11/2009 | Escobar | B | CRS | $0.00 |
| 03/13/2013 | Hope | B | CRS | $400.00 |
| 04/07/2014 | Smith Jr. | B | CRS | $400.00 |
| 08/06/2012 | Brown | B | CRS | $4,807.70 |
| 11/17/2010 | Bridwell | B | CRS | $760.00 |
| 04/07/2014 | Ellis | B | CRS | $400.00 |
| 02/13/2012 | Jelovich | B | CRS | $880.00 |
| 03/04/2009 | Clayton | C | CRS | $942.31 |
| 10/14/2013 | McCoy | C | CRS | $400.00 |
| 08/14/2012 | Caballero | C | CRS | $400.00 |
| 08/06/2012 | Velez | C | CRS | $400.00 |
| 11/11/2013 | Velazquez-Rosa | C | CRS | $720.00 |
| 09/24/2011 | Thomas | C | CRS | $880.00 |
| 09/02/2011 | Taylor | C | CRS | $800.00 |
| 09/25/2009 | Lopez | C | CRS | $720.00 |
| 09/08/2010 | Calkins | C | CRS | $740.00 |
| 03/10/2014 | Seward | C | CRS | $1,280.00 |
| 01/27/2014 | Robertson | C | CRS | $1,120.00 |
| 08/08/2011 | Hernandez | C | CRS Holding | $1,846.16 |
| 12/02/2013 | Kelso | C | Bargain | $1,000.00 |
| 01/19/2005 | Hockensmith | C | CRS | $2,307.37 |
| 07/07/2014 | Wagner | D | CRS | $720.00 |
| 04/07/2014 | Marshall | D | CRS | $400.00 |
| 10/04/2010 | Majors | D | CRS | $504.00 |
| 07/24/2014 | Huber | D | CRS | $720.00 |
| 10/14/2013 | Livingston | D | CRS | $720.00 |
| 07/14/2014 | Robinson | D | CRS | $720.00 |
| 03/19/2012 | Sellers | D | CRS | $400.00 |
| 10/14/2013 | Rowles | D | CRS | $720.00 |
| 03/18/2013 | Burton | D | CRS | $520.00 |
| 07/24/2014 | Vance | D | CRS | $720.00 |

| | | | | |
|---|---|---|---|---|
| 10/21/2013 | Mosley | D | Bargain | $800.00 |
| 08/22/2011 | Trimis | D | CRS Holding | $1,346.40 |
| 09/11/2008 | Batts | D | CRS | $1,572.30 |
| 06/24/2013 | Carey | D | CRS | $800.00 |
| 04/29/1997 | McKinley | D | CRS | $1,340.00 |
| 06/16/2014 | McCarthy | D | Bargain | $960.00 |
| 04/01/2013 | Vargas | E | CRS | $560.00 |
| 04/21/2014 | Allen | E | CRS | $400.00 |
| 05/12/2014 | Jones | E | CRS | $400.00 |
| 08/30/2013 | Toye | E | Bargain | $800.00 |
| 05/18/2009 | McCaig | E | CRS | $1,040.00 |
| 03/24/2008 | Ramos Hernanc | E | CRS | $600.00 |
| 04/09/2004 | Suarez | E | CRS | $1,360.00 |
| 09/29/2005 | Sanchez | E | Bargain | $1,080.00 |
| 08/25/2012 | Mason | E | CRS | $480.00 |
| 10/01/2013 | Ricks | E | CRS | $720.00 |
| 03/18/2013 | Hardison | E | CRS | $960.00 |
| 12/16/2013 | Knutson | E | Bargain | $1,000.00 |
| 04/07/2014 | Maya Garcia | E | CRS | $400.00 |
| 05/09/2014 | Wood | E | CRS | $680.00 |
| 07/29/2014 | Mingo | E | CRS | $720.00 |
| 08/26/2011 | Herrera Soto | E | CRS | $1,120.00 |
| 07/30/2012 | Santiago | F | CRS | $292.50 |
| 02/25/2013 | Alvarado | F | CRS | $2,711.54 |
| 10/14/2013 | Pinckney | F | CRS | $400.00 |
| 04/07/2014 | Allen Jr. | F | CRS | $400.00 |
| 05/13/2013 | Taylor | F | CRS | $400.00 |
| 04/21/2014 | Tapia | F | CRS | $400.00 |
| 05/19/2014 | Brown | G | CRS | $640.00 |
| 04/22/2009 | Nevel | G | CRS | $1,923.08 |
| 12/20/2010 | McCall | G | CRS | $1,340.00 |
| 08/07/2014 | Cortes | G | CRS | $720.00 |
| 08/07/2014 | Foster | G | CRS | $720.00 |
| 08/29/2010 | Goodman | H | CRS | $400.00 |
| 09/03/2013 | Zayas | H | Bargain | $880.00 |
| 02/18/2013 | Mitchell | H | CRS | $400.00 |
| 01/13/2005 | Salazar | H | Bargain | $1,316.00 |
| 04/21/2014 | Sanchez | I | CRS | $400.00 |
| 07/30/2012 | Stevenson Mora | I | CRS | $400.00 |
| 04/15/2009 | Rivero | J | CRS | $5,769.24 |
| 08/20/2008 | Evans | J | CRS | $2,307.20 |
| 03/08/2008 | Acosta- Santos | J | CRS | $880.00 |
| 12/16/2013 | Evans | J | CRS | $680.00 |
| 09/03/2013 | Bush | J | CRS | $600.00 |
| 04/14/2014 | Windisch | J | CRS | $2,000.00 |
| 08/15/2013 | DOnofrio | J | CRS | $1,923.08 |
| 09/04/1997 | Kristof | J | CRS | $3,563.46 |
| 01/10/2011 | Shelnutt | J | CRS | $3,461.54 |
| 10/13/2013 | Broner | J | CRS | $720.00 |
| 10/26/2005 | Chavez | J | CRS | $1,440.00 |
| 03/05/2013 | Perez | J | Bargain | $880.00 |
| 12/02/2013 | Joseph | J | Bargain | $1,000.00 |

| | | | | |
|---|---|---|---|---|
| 10/14/2013 | Ortiz | J | CRS | $400.00 |
| 04/07/2014 | Aponte Colon | J | CRS | $400.00 |
| 08/14/2012 | Tisher | J | CRS Holding | $1,538.47 |
| 05/19/2014 | Murray | J | Bargain | $960.00 |
| 09/03/2013 | Johnson | J | CRS | $1,320.00 |
| 04/07/2014 | Lugo | J | CRS | $400.00 |
| 04/21/2014 | Soto Martinez | J | CRS | $400.00 |
| 01/09/2008 | Fernandez-Igles | J | CRS | $960.00 |
| 10/24/2012 | Maner | J | CRS | $1,200.00 |
| 02/18/2013 | Oerter | J | CRS | $480.00 |
| 10/14/2013 | Neves | J | CRS | $720.00 |
| 09/07/2011 | Miller | J | CRS | $880.00 |
| 03/23/2006 | Cruz | J | CRS | $1,160.00 |
| 08/25/2012 | Colon | J | CRS | $400.00 |
| 04/21/2014 | Montero Rodrigu | J | CRS | $400.00 |
| 04/21/2014 | Ruiz | J | CRS | $400.00 |
| 02/05/2007 | Soto | J | CRS | $1,350.00 |
| 06/30/2014 | Sanchez | J | CRS | $720.00 |
| 02/14/2012 | Carazo | J | Bargain | $960.00 |
| 09/23/2011 | Perez | J | CRS | $1,100.00 |
| 12/02/2013 | Perry | J | CRS | $1,280.00 |
| 01/14/2013 | Ocampo | J | Bargain | $880.00 |
| 05/27/2014 | Mares | J | CRS | $400.00 |
| 11/15/2010 | Barbon | K | CRS | $640.00 |
| 08/04/2008 | Jaynes | K | CRS | $4,615.40 |
| 10/07/2013 | Schoeller | K | CRS | $4,230.77 |
| 06/23/2014 | Rivera Fred | K | CRS | $400.00 |
| 09/15/2011 | Perez | K | CRS Holding | $1,731.20 |
| 10/14/2013 | Dupree | K | CRS | $720.00 |
| 01/10/2014 | Marquez Jimene | K | CRS | $720.00 |
| 06/23/2014 | Vargas Medina | K | CRS | $400.00 |
| 02/13/2012 | Olson | L | CRS | $490.00 |
| 08/13/2008 | Erexson | L | CRS | $640.00 |
| 06/04/2013 | Rios | L | CRS | $480.00 |
| 02/11/2013 | Valentin-Smith | L | CRS Holding | $1,538.40 |
| 10/16/2008 | Pomales-Rivera | L | Bargain | $1,260.00 |
| 02/11/2008 | Martinez | L | CRS | $880.00 |
| 09/07/2011 | Negron | L | CRS | $1,280.00 |
| 04/03/2008 | Pomales | L | CRS | $1,280.00 |
| 04/28/2005 | Sorrells | M | CRS | $4,615.40 |
| 08/26/2011 | Doncsecz | M | CRS | $865.39 |
| 06/04/2013 | Vazquez | M | CRS | $480.00 |
| 04/21/2014 | Trinidad | M | CRS | $400.00 |
| 11/15/2010 | Alvare | M | CRS Holding | $8,000.00 |
| 06/23/2014 | Villalongo Ceder | M | CRS | $400.00 |
| 11/16/2011 | Torres | M | CRS | $800.00 |
| 09/03/2013 | Bradshaw | M | CRS | $471.20 |
| 03/02/2011 | Vanover | M | CRS Holding | $1,538.47 |
| 09/09/2011 | Perez Rodrigue: | M | Bargain | $880.00 |
| 04/09/2012 | Gambill | M | CRS | $520.00 |
| 03/01/2013 | Godri | M | CRS Holding | $5,769.23 |
| 04/21/2014 | Jaume | M | CRS | $400.00 |

| Date | Name | Col | Type | Amount |
|---|---|---|---|---|
| 10/20/2011 | Pelaez | M | Bargain | $1,120.00 |
| 08/26/2013 | McFadden | M | CRS | $700.00 |
| 04/07/2014 | Bridges | M | CRS | $400.00 |
| 08/27/2012 | Brown | M | CRS | $400.00 |
| 05/16/2014 | Lanning | M | CRS | $720.00 |
| 05/15/2013 | Piester | M | CRS | $2,692.31 |
| 08/07/2014 | Harris | M | CRS | $720.00 |
| 07/25/2014 | Owens | M | CRS | $720.00 |
| 12/12/2011 | Buenrostro | M | CRS | $843.75 |
| 10/14/2013 | Thomas | M | CRS | $480.00 |
| 06/26/2014 | Barbon | N | CRS Holding | $117.00 |
| 10/14/2013 | Diaz | N | Bargain | $800.00 |
| 02/09/2011 | Baum | N | CRS | $2,115.39 |
| 04/13/2011 | Robert | N | CRS | $400.00 |
| 11/12/2013 | Ephriam | N | Bargain | $1,000.00 |
| 07/24/2014 | Colon Padilla | N | CRS | $720.00 |
| 07/25/2014 | Gonzalez | N | CRS | $720.00 |
| 11/12/2013 | Flanders | N | CRS | $720.00 |
| 04/07/2014 | Martinez | N | CRS | $400.00 |
| 02/18/2013 | Montanez-Cruz | O | CRS | $400.00 |
| 03/01/2006 | Groom | O | CRS | $1,280.00 |
| 09/07/2013 | Daniels | O | CRS | $960.00 |
| 04/21/2014 | Carrasco | O | CRS | $400.00 |
| 08/06/2012 | Valentin | P | CRS | $400.00 |
| 11/16/2013 | Reed | P | CRS | $720.00 |
| 10/21/2013 | Cody | P | CRS | $600.00 |
| 06/10/2003 | Nettles | P | Bargain | $1,538.70 |
| 02/03/2010 | Hughes | P | CRS | $1,958.64 |
| 12/03/2013 | Van Reeth | P | Bargain | $1,280.00 |
| 01/06/2014 | Woods | Q | CRS | $880.00 |
| 06/09/2014 | Kristof | R | CRS | $288.00 |
| 10/04/1994 | Corr | R | CRS | $600.00 |
| 05/29/1998 | Leverett | R | CRS | $990.39 |
| 04/01/2013 | Arroyo | R | CRS | $600.00 |
| 08/24/2013 | Wilson Iv | R | CRS | $400.00 |
| 01/14/2013 | Ware | R | CRS Holding | $3,461.54 |
| 04/15/2013 | Redmond | R | CRS | $400.00 |
| 11/05/2009 | Johnson | R | CRS | $1,538.47 |
| 08/27/2012 | Mendoza | R | CRS | $400.00 |
| 07/21/1997 | Donaldson | R | Bargain | $1,460.02 |
| 05/13/2013 | Johnson | R | CRS | $400.00 |
| 11/18/2011 | Wise | R | CRS | $920.00 |
| 07/05/2002 | Golden | R | CRS | $3,943.46 |
| 11/19/2012 | Vest | R | CRS | $480.00 |
| 02/14/2012 | Miller | S | CRS | $400.00 |
| 10/14/2013 | Coipel Gavito | S | Bargain | $800.00 |
| 01/31/2007 | Sosa | S | Bargain | $2,173.08 |
| 06/19/2013 | Joseph | S | CRS | $800.00 |
| 06/02/2014 | Concepcion Var | S | Bargain | $880.00 |
| 03/18/2013 | Howell | S | CRS | $960.00 |
| 04/04/2008 | Rivera | S | Bargain | $1,040.00 |
| 12/02/2010 | Ross | S | CRS | $640.00 |

| Date | Name | | Type | Amount |
|------|------|---|------|--------|
| 04/07/2014 | Rosales | S | CRS | $480.00 |
| 06/30/2014 | Boderick | S | CRS | $720.00 |
| 11/17/2010 | OSullivan | S | CRS | $2,500.00 |
| 04/21/2014 | Smith | S | CRS | $400.00 |
| 02/13/2012 | Tilghman | S | CRS | $500.00 |
| 08/28/2012 | Schwarzkopf | T | CRS | $1,384.62 |
| 07/24/2014 | Wiggins-McClai | T | CRS | $720.00 |
| 10/14/2013 | Daniely | T | CRS | $720.00 |
| 03/12/2012 | Tyrrell | T | CRS | $400.00 |
| 07/14/2014 | Thomas | T | CRS | $720.00 |
| 02/28/2007 | Yancey | T | CRS | $3,076.93 |
| 02/18/2013 | Alston | T | CRS | $400.00 |
| 06/12/2013 | Varnum | T | Bargain | $800.00 |
| 04/26/2010 | Williams | T | CRS | $880.00 |
| 07/27/2011 | Davis | V | CRS | $1,280.00 |
| 11/14/2009 | Didonato | V | CRS | $1,634.62 |
| 06/10/2013 | Lintz | V | Bargain | $1,346.16 |
| 04/07/2014 | Tellado Barriera | W | CRS | $400.00 |
| 01/03/2012 | Pierre | W | CRS | $520.00 |
| 07/08/2014 | Bonachea | W | Bargain | $800.00 |
| 02/13/2012 | Lawrence | W | CRS | $400.00 |
| 01/02/2013 | Ramsay | W | CRS | $3,653.85 |
| 09/03/2013 | Ballard | W | Bargain | $960.00 |
| 04/07/2014 | Quinones | Y | CRS | $440.00 |
| 03/23/2011 | Castilla Gomez | Y | Bargain | $1,120.00 |

**$242,858.69**

B 6F (Official Form 6F) (12/07)

In re **CRS Holding of America, LLC**                              ,    Case No. **14-10142**
_____
                        Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**1800 Got Junk**<br>**11875 34th Street N**<br>**St Petersburg, FL 33716** | | | **Goods, services, monies owed and/or received** | | | X | **$24.05** |
| **ACCOUNT NO.**<br><br>**2trg**<br>**11093 Kenwood Rd**<br>**Bldg 7**<br>**Cincinnati, OH 45242** | | | **Goods, services, monies owed and/or received** | | | X | **$1,872.16** |
| **ACCOUNT NO.**<br><br>**360 Training**<br>**\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**55 Trinity Ave SW**<br>**Ste 1790**<br>**Atlanta, GA 30303** | | | **Goods, services, monies owed and/or received** | | | X | **$2,178.64** |

**334** continuation sheets attached

Subtotal▶ | $ | **4,074.85**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**              ,          Case No. **14-10142**
_____          _____
               **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AARC Environmental Southeast<br>P.O. Box 770216<br>Houston, TX 77215-0216 | | | Goods, services, monies owed and/or received | | | X | $1,430.00 |
| ACCOUNT NO.<br><br>Abacus Technology<br>5454 Wisconsin Avenue<br>Ste 1000<br>Chevy Chase, MD 20815 | | | Goods, services, monies owed and/or received | | | | $170.00 |
| ACCOUNT NO.<br><br>Abbeville Area Medical Center<br>420 Thompson Circle<br>Abbeville, SC 29620 | | | Goods, services, *monies owed and/or received | | | X | $178.56 |
| ACCOUNT NO.<br><br>Acosta Sales Marketing<br>6600 Corporate Pkwy<br>Jacksonville, FL 32216 | | | Goods, services, monies owed and/or received | | | X | $1,130.00 |

Sheet no. **1** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,908.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                     **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Adair County SD Technology Office** <br> **302 General John Adair Dr** <br> **Columbia, KY 42728** | | | **Goods, services, monies owed and/or received** | | | X | $1,243.95 |
| **ACCOUNT NO.** <br><br> **Adjuntant General Office** <br> **1 National Guard Rd** <br> **Attn Herman Durr** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $81.84 |
| **ACCOUNT NO.** <br><br> **Administrative Office of the Courts** <br> **100 Mill Creek Park** <br> **Frankfort, KY 40601** | | | **Goods, services, \*monies owed and/or received** | | | X | $2,821.08 |
| **ACCOUNT NO.** <br><br> **ADP Commercial Leasing** <br> **3726 Collections Center** <br> **Chicago, IL 60677-3007** | | | **Goods, services, monies owed and/or received** | | | X | $5,227.50 |

Sheet no.__**2**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **9,374.37**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **ADP Screening & Selection Service** <br> **P.O. Box 645177** <br> **Cincinnati, OH 45264-5177** | | | **Goods, services, monies owed and/or received** | | | X | **$1,551.43** |
| **ACCOUNT NO.** <br><br> **ADP, Inc.** <br> **P.O. Box 842875** <br> **Boston, MA 02284-2875** | | | **Goods, services, monies owed and/or received** | | | X | **$2,587.96** |
| **ACCOUNT NO.** <br><br> **Advanced Energy Solutions** <br> **P.O. Box 82973** <br> **Tampa, FL 33682** | | | **Goods, services, *monies owed and/or received** | | | X | **$2,407.30** |
| **ACCOUNT NO.** <br><br> **Advanced Maintenance** <br> **P.O. Box 41028** <br> **Raleigh, NC 27629** | | | **Goods, services, monies owed and/or received** | | | X | **$2,138.59** |

Sheet no.__**3**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,685.28**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,        Case No. **14-10142**
                      **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Advantica** <br> **PO Box 798349** <br> **St. Louis, MO 63179-8000** | | | **Goods, services, monies owed and/or received** | | | X | **$7,691.14** |
| **ACCOUNT NO.** <br><br> **AFA Protective Systems** <br> **155 Michael Drive** <br> **Syosset, NY 11791** | | | **Goods, services, monies owed and/or received** | | | X | **$182.90** |
| **ACCOUNT NO.** <br><br> **AGCO Corp.** <br> **4205 River Green Pkwy** <br> **Duluth , GA 30096** | | | **Goods, services, *monies owed and/or received** | | | X | **$28.25** |
| **ACCOUNT NO.** <br><br> **AGCS Marine Insurance Company** <br> **P. O. Box 2564** <br> **Carol Stream, IL 60132-2564** | | | **Goods, services, monies owed and/or received** | | | X | **$4,122.00** |

Sheet no. __4__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **12,024.29**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**    ,        Case No. **14-10142**
             **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Aiken County Government 828 Richland Ave W. Room 206 Aiken, SC 29801** | | | **Goods, services, monies owed and/or received** | | | X | $498.80 |
| **ACCOUNT NO.** <br><br> **Aiken County Government 1930 University Pkwy Aiken, SC 29801** | | | **Goods, services, monies owed and/or received** | | | X | $71.69 |
| **ACCOUNT NO.** <br><br> **Aiken County Solid Waste 828 Richland Avenue W Aiken, SC 29801** | | | **Goods, services, \*monies owed and/or received** | | | X | $7,527.34 |
| **ACCOUNT NO.** <br><br> **Aiken Regional Medical Centers IS Dept. 302 University Pkwy Aiken, SC 29801** | | | **Goods, services, monies owed and/or received** | | | X | $106.50 |

Sheet no. **5** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $     **8,204.33**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                              ,          Case No. __14-10142__
_____                                        _____
                          **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Aiken Technical College**<br>**PO Drawer 696**<br>**Aiken, SC 29802** | | | **Goods, services, monies owed and/or received** | | | X | **$1,245.75** |
| **ACCOUNT NO.**<br><br>**Air Center, Inc.**<br>**6373 Winside Drive**<br>**Bethlehem, PA 18017** | | | **Goods, services, monies owed and/or received** | | | X | **$2,352.14** |
| **ACCOUNT NO.**<br><br>**Alabama Power**<br>**600 N. 18th St**<br>**12N-0830**<br>**Birmingham, AL 35291** | | | **Goods, services, \*monies owed and/or received** | | | X | **$585.65** |
| **ACCOUNT NO.**<br><br>**Alamance Community College**<br>**1247 Jimmie Kerr Rd**<br>**Graham, NC 27253** | | | **Goods, services, monies owed and/or received** | | | X | **$286.95** |

Sheet no.__6__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   **4,470.49**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC_____ ,          Case No. __14-10142_____
                   **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Alamance Cty Solid Waste 2701 Austin Quarter Rd Graham, NC 27253** | | | **Goods, services, monies owed and/or received** | | | X | $657.35 |
| **ACCOUNT NO.** <br><br> **Albert J Solnit North Campus Treasurer State of Connecticut PO Box 1030 East East Windsor, CT 06088** | | | **Goods, services, monies owed and/or received** | | | X | $4.56 |
| **ACCOUNT NO.** <br><br> **All About Scrapping 1016 26th Ave E Bradenton, FL 34208** | | | **Goods, services, *monies owed and/or received** | | | X | $28.20 |
| **ACCOUNT NO.** <br><br> **All Fiber & Scrap Recycling 532 Mobile St Jackson, TN 38301** | | | **Goods, services, monies owed and/or received** | | | X | $418.81 |

Sheet no.__7__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,108.92**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                Case No. **14-10142**
_____                    _____
　　　　　　　　**Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Allegany County Public Schools** <br> **Attn Randall Bittinger** <br> **108 Washington Street** <br> **Cumberland, MD 21502-1724** | | | **Goods, services, monies owed and/or received** | | | X | $3,539.12 |
| **ACCOUNT NO.** <br> **Allendale County Public Works** <br> **PO Box 90** <br> **Allendale, SC 29810** | | | **Goods, services, monies owed and/or received** | | | X | $677.30 |
| **ACCOUNT NO.** <br> **Alley Cat Customs** <br> **10134 Fisher Avenue** <br> **A-5** <br> **Tampa, FL 33619** | | | **Goods, services, *monies owed and/or received** | | | X | $80.25 |
| **ACCOUNT NO.** <br> **Allied Trading** <br> **8831 Shirley Ave** <br> **Northridge, CA 91324** | | | **Goods, services, monies owed and/or received** | | | X | $5,607.20 |

Sheet no. __8__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,903.87**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**        ,      Case No. **14-10142**

                **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Allied Waste Services #743** <br> **P. O. Box 9001099** <br> **Louisville, KY 40290-1099** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Altec** <br> **4503 CASTAWAY DRIVE # 2** <br> **Tampa , FL 33615** | | | **Goods, services, monies owed and/or received** | | | X | **$0.02** |
| **ACCOUNT NO.** <br><br> **Altus-Hitzert, LLC** <br> **1610 Des Peres Road** <br> **Suite 320** <br> **St. Louis, MO 63131** | | | **Goods, services, *monies owed and/or received** | | | X | **$3,039.80** |
| **ACCOUNT NO.** <br><br> **Amerden Inc.** <br> **North 1 Business Center** <br> **PO box 240** <br> **St Augustine, FL 32085** | | | **Goods, services, monies owed and/or received** | | | X | **$153.75** |

Sheet no. __**9**__ of __**334**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal▶   $     **3,193.57**

                                 Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **American Fire & Safety** <br> **P. O. Box 23011** <br> **514 5th Avenue** <br> **Nashville, TN 37202** | | | **Goods, services, monies owed and/or received** | | | X | **$106.58** |
| **ACCOUNT NO.** <br><br> **American Lamp Recycling** <br> **55 Riverview Drive** <br> **Marlboro, NY 12542** | | | **Goods, services, monies owed and/or received** | | | X | **$2,411.78** |
| **ACCOUNT NO.** <br><br> **American Metal Export** <br> **801 South Garfield Ave** <br> **Alhambra, CA 91801** | | | **Goods, services, *monies owed and/or received** | | | X | **$4,132.65** |
| **ACCOUNT NO.** <br><br> **American Standard Scales, Inc.** <br> **P.O. Box 216** <br> **Powder Springs, GA 30127** | | | **Goods, services, monies owed and/or received** | | | X | **$275.00** |

Sheet no.__**10**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,926.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Amerigas Propane, LLC** <br> **P. O. Box 371473** <br> **Pittsburg, PA 15250-7473** | | | **Goods, services, monies owed and/or received** | | | X | $133.02 |
| **ACCOUNT NO.** <br><br> **Amerigas Propane, LP** <br> **P. O. Box 660288** <br> **Dallas, TX 75266-0288** | | | **Goods, services, monies owed and/or received** | | | X | $499.48 |
| **ACCOUNT NO.** <br><br> **Amity Regional School District (CTSC)** <br> **District Office** <br> **Attn: Terry Lumas** <br> **Woodbridge, CT 06525** | | | **Goods, services, \*monies owed and/or received** | | | X | $891.81 |
| **ACCOUNT NO.** <br><br> **Anchorage Independent Schools** <br> **11400 Ridge Road** <br> **Anchorage, KY 40223** | | | **Goods, services, monies owed and/or received** | | | X | $147.95 |

Sheet no. __11__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **1,672.26**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. __14-10142__
            **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **AndBurMac Pest Control, Inc.** **4311 W. Palmira Avenue** **Tampa, FL 33629** | | | **Goods, services, monies owed and/or received** | | | X | $85.60 |
| **ACCOUNT NO.** **Anderson 04 Schools** **458 Riverside St** **Pendleton, SC 29670** | | | **Goods, services, monies owed and/or received** | | | X | $23.89 |
| **ACCOUNT NO.** **Anderson County DS** **P.O. Box 827** **Anderson, SC 29622** | | | **Goods, services, *monies owed and/or received** | | | X | $39.30 |
| **ACCOUNT NO.** **Anderson County Government** **107 S Main Street** **Room 116** **Anderson, SC 29624** | | | **Goods, services, monies owed and/or received** | | | X | $709.22 |

Sheet no.__12__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **858.01**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,          Case No. **14-10142** _____
          **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Anderson County School District 3** <br> 335 West Front St <br> Iva, SC 29655 | | | **Goods, services, monies owed and/or received** | | | X | $1,951.49 |
| **ACCOUNT NO.** <br><br> **Anderson School District 1** <br> **ASD1-TSS** <br> **200 A Easley Highway** <br> **Piedmont, SC 29673** | | | **Goods, services, monies owed and/or received** | | | X | $1,769.69 |
| **ACCOUNT NO.** <br><br> **Anthem Propane Exchange, LLC** <br> P. O. Box 1078 <br> **Highland Park, IL 60035** | | | **Goods, services, *monies owed and/or received** | | | X | $736.70 |
| **ACCOUNT NO.** <br><br> **Anthony Szafranic** <br> **308 West Bay Drive** <br> **Venice, FL 34285** | | | **Goods, services, monies owed and/or received** | | | X | $264.70 |

Sheet no.__**13**__of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $      **4,722.58**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Antioch Commty. Consol. School District 34** <br>**964 Spafford St** <br>**Antioch, IL 60002** | | | Goods, services, monies owed and/or received | | | X | $535.50 |
| **ACCOUNT NO.** <br><br>**Applied Scale Technology** <br>**P. O. Box 78602** <br>**Nashville, TN 37207** | | | Goods, services, monies owed and/or received | | | X | $120.18 |
| **ACCOUNT NO.** <br><br>**Applied Underwriters** <br>**\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | Goods, services, \*monies owed and/or received | | | X | Unknown |
| **ACCOUNT NO.** <br><br>**Appomattox County Public School** <br>**PO Box 548** <br>**Appomattox, VA 24522** | | | Goods, services, monies owed and/or received | | | X | $862.10 |

Sheet no. __14__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **1,517.78**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,          Case No. **14-10142**
_____                      _____
                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **AquaPure Solutions** P. O. Box 3069 Woburn, MA 01888-1969 | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** **Aramark Atlantic Group** P. O. Box 905810 Charlotte, NC 28290-5810 | | | **Goods, services, monies owed and/or received** | | | X | **$6,055.33** |
| **ACCOUNT NO.** **Aramark Florida** P. O. Box 904035 Charlotte, NC 28290-4035 | | | **Goods, services, *monies owed and/or received** | | | X | **$7,030.66** |
| **ACCOUNT NO.** **Aramark Illinois** 25259 Network Place Chicago, IL 60673-1252 | | | **Goods, services, monies owed and/or received** | | | X | **$80.52** |

Sheet no. **15** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **13,166.51**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**               ,          Case No. **14-10142**
_____          _____
                      **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Aramark South** <br> **P. O. Box 904035** <br> **Charlotte, NC 28290-4035** | | | **Goods, services, monies owed and/or received** | | | X | **$1,011.24** |
| **ACCOUNT NO.** <br><br> **Arc of Alachua County** <br> **3303 NW 83rd St** <br> **Gainesville, FL 32606** | | | **Goods, services, monies owed and/or received** | | | X | **$1,470.13** |
| **ACCOUNT NO.** <br><br> **Ard's Container Service, LLC** <br> **P. O. Box 7823** <br> **Columbia, SC 29202** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,116.74** |
| **ACCOUNT NO.** <br><br> **Ashland Commty. & Technical College** <br> **902 Technology Dr** <br> **Graysona, KY 41101** | | | **Goods, services, monies owed and/or received** | | | X | **$2,419.60** |

Sheet no. **16** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,017.71**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,    Case No. **14-10142**
_____
            **Debtor**                                                     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ashland Indep. School District 1420 Central Ave Ashland, KY 41101 | | | Goods, services, monies owed and/or received | | | X | $161.04 |
| **ACCOUNT NO.** Asnuntuck Community College 170 Elm Street Enfield, CT 06082 | | | Goods, services, monies owed and/or received | | | X | $379.14 |
| **ACCOUNT NO.** Associated Industries of Florida P. O. Box 784 Tallahassee, FL 32302 | | | Goods, services, *monies owed and/or received | | | X | $10,000.00 |
| **ACCOUNT NO.** Asylum Hill Neighborhood Association (CTSW) 525 Main Street Hartford, CT 06103 | | | Goods, services, monies owed and/or received | | | X | $294.42 |

Sheet no. **17** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $   **10,834.60**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
               **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **AT&T** <br> **P. O. Box 105262** <br> **Atlanta, GA 30348-5262** | | | **Goods, services, monies owed and/or received** | | | X | $524.04 |
| **ACCOUNT NO.** <br><br> **AT&T Mobility** <br> **P. O. Box 6463** <br> **Carol Stream, IL 60197-6463** | | | **Goods, services, monies owed and/or received** | | | X | $5,101.53 |
| **ACCOUNT NO.** <br><br> **AT&T Yellow Pages** <br> **2247 Northlake Pkwy** <br> **Tucker , GA 30084** | | | **Goods, services, *monies owed and/or received** | | | X | $40.00 |
| **ACCOUNT NO.** <br><br> **Athens Limestone Recycling Center** <br> **15896 Lucas Ferry Road** <br> **Athens , AL 35611** | | | **Goods, services, monies owed and/or received** | | | X | $258.03 |

Sheet no. __18__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $   **5,923.60**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CRS Holding of America, LLC**                    ,          Case No.  **14-10142**
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Atlantix Global Systems-Peachtree 1 Sun Court Norcross, GA 30092** | | | Goods, services, monies owed and/or received | | | X | $2.75 |
| **ACCOUNT NO.** **Attorney General PO Box 11549 Columbia, SC 29211** | | | Goods, services, monies owed and/or received | | | X | $25.35 |
| **ACCOUNT NO.** **Auditor of Public Accounts 208 St Clair St Frankfort, KY 40601** | | | Goods, services, *monies owed and/or received | | | X | $19.02 |
| **ACCOUNT NO.** **Auditors of Public Accounts-CTSC Treasurer, State of Connecticut 20 Trinity Street, 3rd Floor Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $17.79 |

Sheet no. **19** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **64.91**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**            ,          Case No. **14-10142**
_____                    _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Augusta Independent Schools<br>307 Braken Street<br>Augusta, KY 41002 | | | Goods, services, monies owed and/or received | | | X | $138.64 |
| ACCOUNT NO. <br><br>Autauga County Schools<br>153 W 4th St<br>Prattville, AL 36067 | | | Goods, services, monies owed and/or received | | | X | $1,049.01 |
| ACCOUNT NO. <br><br>Ava Logistics<br>3495 Lakeside Drive<br>Suite 254<br>Reno, NV 89509 | | | Goods, services, *monies owed and/or received | | | X | $25.00 |
| ACCOUNT NO. <br><br>Baker Distributing Co.<br>14610 Breakers Dr<br>Jacksonville, Florida  32258 | | | Goods, services, monies owed and/or received | | | | $351.80 |

Sheet no. **20** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,564.45**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
                            **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Baltimore County Electronics** <br> **11112 Gilroy Road** <br> **Ste 101** <br> **Hunt Valley, MD 21031** | | | **Goods, services, monies owed and/or received** | | | X | $1,670.02 |
| **ACCOUNT NO.** <br><br> **Baltimore County Government** <br> **Purchasing & Disbursements** <br> **400 Washington Ave. Rm 148** <br> **Townson, MD 21204** | | | **Goods, services, monies owed and/or received** | | | X | $5,532.94 |
| **ACCOUNT NO.** <br><br> **Baltimore Cty Department of Corrections** <br> **720 Bosley Ave** <br> **Towson, MD 21204** | | | **Goods, services, *monies owed and/or received** | | | X | $543.45 |
| **ACCOUNT NO.** <br><br> **Banner Industrial Staffing** <br> **1101 West 31st Street** <br> **#170** <br> **Downers Grove, IL 60515** | | | **Goods, services, monies owed and/or received** | | | X | $1,647.91 |

Sheet no.__**21**__of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,394.32**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**     ,     Case No. **14-10142**
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Baptist Health Occupational Medical<br>P.O. Box 950243<br>Louisville, KY 40295-0243 | | | Goods, services, monies owed and/or received | | | X | $40.00 |
| ACCOUNT NO.<br><br>Bardstown Independent Schools<br>308 N Fifth St<br>Bardstown , KY 40004 | | | Goods, services, monies owed and/or received | | | X | $1,083.06 |
| ACCOUNT NO.<br><br>Barren County Schools<br>511 Trojan Trail<br>Glasgow, KY 42141 | | | Goods, services, *monies owed and/or received | | | X | $580.14 |
| ACCOUNT NO.<br><br>Basel Action Network<br>206 First Avenue S.<br>#410<br>Seattle, WA 98104 | | | Goods, services, monies owed and/or received | | | X | $8,750.00 |

Sheet no. **22** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **10,453.20**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,   Case No. __14-10142_____
                              **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Bath County Public Schools** **405 W Main St** **Owningsville, KY 40360-2062** | | | **Goods, services, monies owed and/or received** | | | X | $878.32 |
| **ACCOUNT NO.** **Bay City Forklift, Inc.** **5201 S. 36th Avenue** **Tampa, FL 33619** | | | **Goods, services, monies owed and/or received** | | | X | $632.48 |
| **ACCOUNT NO.** **Bay County Solid Waste** **11411 Landfill Rd** **Panama City, FL 32413** | | | **Goods, services, \*monies owed and/or received** | | | X | $888.82 |
| **ACCOUNT NO.** **Bayard, PA** **222 Delaware Avenue** **Suite 900** **Wilmington, DE 19899** | | | **Goods, services, monies owed and/or received** | | | X | $7,172.10 |

Sheet no.__23__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **9,571.72**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
          **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BCN Telecom, Inc.<br>P. O. Box 842853<br>Boston, MA 02284-2853 | | | Goods, services, monies owed and/or received | | | X | $509.40 |
| ACCOUNT NO.<br><br>BD Technologies<br>21 Davis Drive<br>Research Triangle, NC 27709 | | | Goods, services, monies owed and/or received | | | X | $5,863.00 |
| ACCOUNT NO.<br><br>Beaver Street Fisheries<br>1741 W Beaver Street<br>Jacksonville, FL 32209 | | | Goods, services, *monies owed and/or received | | | X | $284.70 |
| ACCOUNT NO.<br><br>Bell County<br>PO Box 1067<br>Pineville, KY 40977 | | | Goods, services, monies owed and/or received | | | X | $298.69 |

Sheet no.__**24**__of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,955.79**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CRS Holding of America, LLC**                          ,          Case No.  **14-10142**
                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Berkely County Schools** <br> **231 E Main Street** <br> **Corner, SC 29461** | | | Goods, services, monies owed and/or received | | | X | $25.60 |
| **ACCOUNT NO.** <br><br> **Berks Career & Technology Center** <br> **1057 County Road** <br> **Leesport, PA 19533** | | | Goods, services, monies owed and/or received | | | X | $261.00 |
| **ACCOUNT NO.** <br><br> **Bethany Public Schools (CTSC)** <br> **Bethany Public Schools - Community School** <br> **44 Peck Rd.** <br> **Bethany , CT 06524** | | | Goods, services, *monies owed and/or received | | | X | $20.31 |
| **ACCOUNT NO.** <br><br> **BGE** <br> **P. O. Box 13070** <br> **Philadelphia, PA 19101-3070** | | | Goods, services, monies owed and/or received | | | X | $939.51 |

Sheet no. **25** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **1,246.42**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                          ,          Case No. **14-10142**
_____          _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bic Graphics USA**<br>**14421 Myer Lake Circle**<br>**Clearwater, FL 33760** | | | **Goods, services, monies owed and/or received** | | | X | $112.00 |
| **ACCOUNT NO.**<br><br>**Bi-County Solid Waste**<br>**PO Box 192**<br>**Woodlawn, TN 37191** | | | **Goods, services, monies owed and/or received** | | | X | $123.78 |
| **ACCOUNT NO.**<br><br>**Big Sandy Area Dev. District**<br>**110 Resource Court**<br>**Prestonburg, KY 41653** | | | **Goods, services, *monies owed and/or received** | | | X | $58.31 |
| **ACCOUNT NO.**<br><br>**Big Spring School District**<br>**45 Mt. Rock Road**<br>**Newville, PA 17241** | | | **Goods, services, monies owed and/or received** | | | X | $162.40 |

Sheet no. **26** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **456.49**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,        Case No. **14-10142**
_____          _____
          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Bishop McLaughlin Catholic HS** <br> **13651 Hays Road** <br> **Spring Hill, FL 34610** | | | **Goods, services, monies owed and/or received** | | | X | $41.90 |
| **ACCOUNT NO.** <br><br> **Bissell Home Care** <br> **2345 Walker Ave NW** <br> **Grand rapids, MI 45905** | | | **Goods, services, monies owed and/or received** | | | X | $2.00 |
| **ACCOUNT NO.** <br><br> **Blackburn Corrections** <br> **3111 Spurr Rd** <br> **Lexington, KY 40511** | | | **Goods, services, *monies owed and/or received** | | | X | $78.42 |
| **ACCOUNT NO.** <br><br> **Blue Cross Blue Shield of Florida** <br> **P. O. Box 660299** <br> **Dallas, TX 75266-0299** | | | **Goods, services, monies owed and/or received** | | | X | $8,549.53 |

Sheet no. **27** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **8,671.85**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Blue Grass Challenge Academy**<br>**714 Dixie Dr**<br>**Ft. Knox, KY 41021** | | | **Goods, services, monies owed and/or received** | | | X | $249.06 |
| ACCOUNT NO.<br><br>**Blue Grass Commty Action Partnership**<br>**111 Professional Court**<br>**Frankfort, KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | $186.85 |
| ACCOUNT NO.<br><br>**Blue Sky Inc.**<br>**2501 Millers Lane**<br>**Bldg. 1**<br>**Louisville, KY 40216** | | | **Goods, services, *monies owed and/or received** | | | X | $229.47 |
| ACCOUNT NO.<br><br>**BMG Conveyor Services of Florida**<br>**5010 16th Avenue South**<br>**Tampa, FL 33619** | | | **Goods, services, monies owed and/or received** | | | X | $4,923.00 |

Sheet no.__**28**__of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **5,588.38**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**              ,          Case No. **14-10142**
_____
                                                     Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**BMW Manufacturing Co. LLC PO Box 11000 Spartanburg , SC 29304-4100** | | | **Goods, services, monies owed and/or received** | | | X | **$8,798.90** |
| ACCOUNT NO. <br><br>**BMW of No. America Woodcliffe Lake PO Box 11000 Spartanburg, SC 23904-4100** | | | **Goods, services, monies owed and/or received** | | | X | **$1,353.00** |
| ACCOUNT NO. <br><br>**BOCC Cecil County 758 E Old Philadelphia Rd Elkton, MD 21921** | | | **Goods, services, *monies owed and/or received** | | | X | **$8,358.74** |
| ACCOUNT NO. <br><br>**Borough of Naugatuck (CTSW) 246 Rubber Avenue Naugatuck, CT 06770** | | | **Goods, services, monies owed and/or received** | | | X | **$1,833.90** |

Sheet no. **29** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,344.54**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. __14-10142__
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Bouchard Insurance P. O. Box 6090 Clearwater, FL 33758-6090 | | | Goods, services, monies owed and/or received | | | X | $67,170.00 |
| ACCOUNT NO.  Bourbon County Schools 3343 Lexington Road Paris, KY 40361 | | | Goods, services, monies owed and/or received | | | X | $1,045.99 |
| ACCOUNT NO.  Bowman Trailer Leasing P. O. Box 433 Williamsport, MD 21795 | | | Goods, services, *monies owed and/or received | | | X | $4,533.48 |
| ACCOUNT NO.  Boyd County Public Library 1740 Central Ave Ashland , KY 41101 | | | Goods, services, monies owed and/or received | | | X | $170.27 |

Sheet no. __30__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    72,919.74

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Boyle County Recycling Center** <br> **1862 S Danville ByPass** <br> **Danville, KY 40422** | | | **Goods, services, monies owed and/or received** | | | X | $252.10 |
| ACCOUNT NO. <br><br> **Bozeman Insurance** <br> **6400 Central Avenue** <br> **St Petersburg, FL 33707** | | | **Goods, services, monies owed and/or received** | | | X | $0.02 |
| ACCOUNT NO. <br><br> **Brad Brown** <br> **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | **Goods, services, \*monies owed and/or received** | | | X | **Unknown** |
| ACCOUNT NO. <br><br> **BRC Restoration** <br> **400 9th Avenue** <br> **Safety Harbor, FL 34695** | | | **Goods, services, monies owed and/or received** | | | X | $3.45 |

Sheet no.__**31**_ of _**334**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $          **255.57**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **BRE/FL Tampa Industrial Properties** <br> **Lockbox #774735** <br> **4735 Solutions** <br> **Chicago, IL 60677-4007** | | | Goods, services, monies owed and/or received | | | X | $67,727.90 |
| **ACCOUNT NO.** <br><br> **Breathitt County Schools** <br> **PO Box 750** <br> **Jackson, KY 41399** | | | Goods, services, monies owed and/or received | | | X | $872.42 |
| **ACCOUNT NO.** <br><br> **Breckinridge County School District** <br> **86 Airport Road** <br> **Hardinsburg, KY 40143** | | | Goods, services, *monies owed and/or received | | | X | $11.81 |
| **ACCOUNT NO.** <br><br> **Bridgeport School District** <br> **IT Dept** <br> **280 Destiny ave** <br> **Bridgeport, CT 06606** | | | Goods, services, monies owed and/or received | | | X | $7,036.40 |

Sheet no.__**32**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **75,648.53**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **CRS Holding of America, LLC**_____,        Case No.__14-10142_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bristol Technical Education Center (CTSC)**<br>**431 Minor Street**<br>**Bristol, CT 06010** | | | **Goods, services, monies owed and/or received** | | | X | **$242.70** |
| ACCOUNT NO.<br><br>**Broadvox, Inc.**<br>**75 Erieview Plaza**<br>**Suite 400**<br>**Cleveland, OH 44114** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| ACCOUNT NO.<br><br>**Broadway New & Used**<br>**5804 E. Broadway Avenue**<br>**Tampa, FL 33619** | | | **Goods, services, *monies owed and/or received** | | | X | **$2,754.18** |
| ACCOUNT NO.<br><br>**Brokerbin.com**<br>**32 7th Avenue NE**<br>**Rochester, MN 55906** | | | **Goods, services, monies owed and/or received** | | | X | **$109.95** |

Sheet no.__33__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **3,106.83**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                     **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Bronx Community College 2155 University Ave Loew Annex Room-9 Bronx, NY 10453** | | | Goods, services, monies owed and/or received | | | X | $9,145.42 |
| **ACCOUNT NO.** <br><br> **Bryan County School Board of Education 8810 Highway 280 E Black Creek, GA 31308** | | | Goods, services, monies owed and/or received | | | X | $655.20 |
| **ACCOUNT NO.** <br><br> **Buckhead DuPage Industrial Properties Lockbox 843808 Dallas, TX 75284-3808** | | | Goods, services, *monies owed and/or received | | | X | $80,294.50 |
| **ACCOUNT NO.** <br><br> **Budget and Control Board:BCBIS 1026 Sumter Street Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $78.03 |

Sheet no. __34__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                Subtotal▶   $       **90,173.15**

                                       Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____
               **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Bullitt County Schools-Roby Elementary** <br> **1148 Highway 44 E** <br> **Shepherdsville, KY 40165** | | | Goods, services, monies owed and/or received | | | X | $720.25 |
| **ACCOUNT NO.** <br><br> **Bullitt County Solid Waste** <br> **PO Box 768** <br> **Shepherdsville, KY 40165** | | | Goods, services, monies owed and/or received | | | X | $409.86 |
| **ACCOUNT NO.** <br><br> **Bullitt Couny Schools-Sherherdsville** <br> **1040 Hwy 44** <br> **Shepherdsville, KY 40165** | | | Goods, services, *monies owed and/or received | | | X | $528.67 |
| **ACCOUNT NO.** <br><br> **Burke County Public Schools** <br> **500 Park Dr** <br> **Waynesboro, GA 30830** | | | Goods, services, monies owed and/or received | | | X | $3,700.15 |

Sheet no.__**35**__of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **5,358.93**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **CRS Holding of America, LLC**                    ,                    Case No. __14-10142__
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Butler County Public Library** <br> **116 W Ohio Street** <br> **Morganstown , KY 42261** | | | Goods, services, monies owed and/or received | | | X | $8.46 |
| **ACCOUNT NO.** <br><br> **C.H. Robinson Worldwide** <br> **PO Box 9121** <br> **Minneapolis, MN 55480-9121** | | | Goods, services, monies owed and/or received | | | X | $14,781.00 |
| **ACCOUNT NO.** <br><br> **Cabinet for Health & Family Services** <br> **1711 Twilight Trail** <br> **Frankfort , KY 40601** | | | Goods, services, *monies owed and/or received | | | X | $774.09 |
| **ACCOUNT NO.** <br><br> **Cabrini College** <br> **610 King of Prussia Rd** <br> **Business Office** <br> **Radnor, PA 19087** | | | Goods, services, monies owed and/or received | | | X | $581.30 |

Sheet no.__36__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **16,144.85**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,     Case No. __14-10142_____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Calhoun County Public Works SCSC**<br>**2240 Purple Martin Rd**<br>**St Matthews, SC 29135** | | | Goods, services, monies owed and/or received | | | X | $23.10 |
| **ACCOUNT NO.**<br><br>**Callahan Tires**<br>**P. O. Box 628283**<br>**Orlando, FL 32862-8283** | | | Goods, services, monies owed and/or received | | | X | $658.00 |
| **ACCOUNT NO.**<br><br>**Calloway County**<br>**101 S 5th Street**<br>**Murray, KY 42071** | | | Goods, services, *monies owed and/or received | | | X | $232.20 |
| **ACCOUNT NO.**<br><br>**Camden Kershaw Cty Solid Waste**<br>**860 Park Rd**<br>**Cassatt, SC 29032** | | | Goods, services, monies owed and/or received | | | X | $560.34 |

Sheet no. __37__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **1,473.64**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                          ,          Case No. **14-10142**
_____                    _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Canterbury Public Schools** <br> **Baldwin Middle School** <br> **45 Westminster Road** <br> **Canterbury, CT 06331** | | | **Goods, services, monies owed and/or received** | | | X | $96.81 |
| **ACCOUNT NO.** <br><br> **Capital Bank** <br> **704 Washington Ave** <br> **Homestead, FL 33030** | | | **Goods, services, monies owed and/or received** | | | X | $2,537.82 |
| **ACCOUNT NO.** <br><br> **Capital Bank Burlington** <br> **99451 Overseas Hwy** <br> **Key Largo, FL 33037** | | | **Goods, services, *monies owed and/or received** | | | X | $862.56 |
| **ACCOUNT NO.** <br><br> **Capital Bank-Greenville** <br> **704 Washington Ave** <br> **Homestead, FL 33030** | | | **Goods, services, monies owed and/or received** | | | X | $1,168.74 |

Sheet no. **38** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **4,665.93**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,          Case No. **14-10142**
         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Capital Community College** **950 Main Street** **Hartford, CT 06103** | | | Goods, services, monies owed and/or received | | | X | $1,622.71 |
| **ACCOUNT NO.** **Capitol Reg. Mental Health Ctr. (DMHAS)** **Treasurer State of Connecticut** **500 Vine Street, 15th Fl.** **Hartford, CT 06112** | | | Goods, services, monies owed and/or received | | | X | $271.93 |
| **ACCOUNT NO.** **Capitol Region Mental Health Center** **Treasurer, State of Connecticut** **55 Elm Street** **Hartford, CT 06106** | | | Goods, services, *monies owed and/or received | | | X | $271.93 |
| **ACCOUNT NO.** **Carlisle County School System** **4557 State Rte 1377** **Bardwell, KY 42023** | | | Goods, services, monies owed and/or received | | | X | $251.37 |

Sheet no.__**39**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **2,417.94**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Carlton Fields** <br> **4221 W. Boyscout Blvd.** <br> **Suite 100** <br> **Tampa, FL 33607-5780** | | | Goods, services, monies owed and/or received | | | X | $27,066.59 |
| **ACCOUNT NO.** <br> **Carolina Compactor & Baler Service** <br> **P. O. Box 38345** <br> **Charlotte, NC 28278** | | | Goods, services, monies owed and/or received | | | X | $1,060.75 |
| **ACCOUNT NO.** <br> **Carolina Pines I, LLC** <br> **c/o Miller Valentine Partners** <br> **P.O. Box 744** <br> **Dayton, OH 45401-0744** | | | Goods, services, *monies owed and/or received | | | X | $59,831.39 |
| **ACCOUNT NO.** <br> **Carolina Scales, Inc.** <br> **P. O. Box 8233** <br> **Columbia, SC 29202** | | | Goods, services, monies owed and/or received | | | X | $255.00 |

Sheet no. __40__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  88,213.73

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __CRS Holding of America, LLC_____ ,                Case No. __14-10142_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Caroline Couty Public Schools**<br>**16221 Richmond Turnpike**<br>**Bowling Green , VA 22427** | | | **Goods, services, monies owed and/or received** | | | X | $3,708.18 |
| ACCOUNT NO.<br><br>**Caroline Cty Public Schools**<br>**204 Franklin St**<br>**Denton, MD 21269** | | | **Goods, services, monies owed and/or received** | | | X | $257.10 |
| ACCOUNT NO.<br><br>**Carroll Community College**<br>**1601 Washington Rd**<br>**Westminster, MD 21157** | | | **Goods, services, *monies owed and/or received** | | | X | $20.00 |
| ACCOUNT NO.<br><br>**Carroll County Bd of Education**<br>**517 Park Avenue**<br>**Carrollton, KY 41008** | | | **Goods, services, monies owed and/or received** | | | X | $2,153.90 |

Sheet no.__41_ of _334_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **6,139.18**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,        Case No. **14-10142**_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Carter County Public Schools 228 S Carol Malone Blvd. Grayson, KY 41143** | | | Goods, services, monies owed and/or received | | | X | $1,760.50 |
| **ACCOUNT NO.** <br><br> **Carter County Schools Grayson Grayson, KY 41143** | | | Goods, services, monies owed and/or received | | | X | $1,760.50 |
| **ACCOUNT NO.** <br><br> **Cartersville City Schools PO Box 3310 Cartersville, GA 30120** | | | Goods, services, *monies owed and/or received | | | X | $720.00 |
| **ACCOUNT NO.** <br><br> **Casey County Bd of Education 1922 N US 127 Liberty, KY 42539** | | | Goods, services, monies owed and/or received | | | X | $361.13 |

Sheet no. __**42**__ of __**334**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **4,602.13**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** _____,    Case No. **14-10142** _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Catawba Hospital**<br>**5525 Catawba Hospital Dr**<br>**Catawba, VA 20470** | | | Goods, services, monies owed and/or received | | | X | $0.16 |
| **ACCOUNT NO.**<br><br>**CBIZ MHM, LLC**<br>**25450 Network Place**<br>**Chicago, IL 60673-1254** | | | Goods, services, monies owed and/or received | | | X | $2,500.00 |
| **ACCOUNT NO.**<br><br>**CDS/Balance Staffing**<br>**201 S. Andrews Avenue**<br>**Suite 201-C**<br>**Fort Lauderdale, FL 33301** | | | Goods, services, *monies owed and/or received | | | X | $57,459.97 |
| **ACCOUNT NO.**<br><br>**Cegedim**<br>**1309 Executive Blvd.**<br>**Chesapeake, VA 23320** | | | Goods, services, monies owed and/or received | | | X | $191.55 |

Sheet no. __43__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **60,151.68**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,          Case No. **14-10142**_____
             **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Cellware, LLC** <br>**629 Space Park S Dr.** <br>**Nashville, TN 37211** | | | **Goods, services, monies owed and/or received** | | | X | **$2,365.30** |
| **ACCOUNT NO.** <br><br>**Centerline Drivers, LLC** <br>**P. O. Box 31001-1431** <br>**Pasadena, CA 91110-1431** | | | **Goods, services, monies owed and/or received** | | | X | **$30,470.59** |
| **ACCOUNT NO.** <br><br>**Centerstone Research Institute** <br>**2410 White Ave** <br>**Nashville, TN 37304** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,050.00** |
| **ACCOUNT NO.** <br><br>**Central Mass Special Ed. Collaborative** <br>**11 McKeon Blvd** <br>**Worster, MA 01610** | | | **Goods, services, monies owed and/or received** | | | X | **$354.25** |

Sheet no.__**44**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **34,240.14**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**            ,            Case No. **14-10142**
                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Central Virginia Commty. College 3506 Wards Rd Lynchburg, VA 24502 | | | Goods, services, monies owed and/or received | | | X | $670.08 |
| ACCOUNT NO. Centura College Norfolk 7020 N Military Hwy Norfolk, VA 23518 | | | Goods, services, monies owed and/or received | | | X | $8.20 |
| ACCOUNT NO. Century Link P. O. Box 96064 Charlotte, NC 28296-0064 | | | Goods, services, *monies owed and/or received | | | X | $133.35 |
| ACCOUNT NO. Ceridian P. O. Box 10989 Newark, NJ 07193 | | | Goods, services, monies owed and/or received | | | X | $152.20 |

Sheet no. **45** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **963.83**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                              ,                Case No. **14-10142**
　　　　　　　　　　　　　**Debtor**                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ceridian COBRA Services** <br> **P. O. Box 10989** <br> **St. Petersburg, FL 33747** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Charles County Public Schools** <br> **5980 Radio Station Rd** <br> **La Plata, MD 20646** | | | **Goods, services, monies owed and/or received** | | | X | **$8,041.87** |
| **ACCOUNT NO.** <br><br> **Charleston County Government** <br> **4045 Bridge View Dr** <br> **North Charleston, SC 29405** | | | **Goods, services, *monies owed and/or received** | | | X | **$326.68** |
| **ACCOUNT NO.** <br><br> **Charleston County Sheriff's Office** <br> **3891 Bridgview Drive** <br> **N Charleston, SC 29406** | | | **Goods, services, monies owed and/or received** | | | X | **$69.28** |

Sheet no. **46** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **8,437.83**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,     Case No. **14-10142**
_____      _____
            **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Charter Schools USA** <br> **6245 N Federal Hwy** <br> **Ste 500** <br> **Ft. Lauderdale, FL 33065** | | | **Goods, services, monies owed and/or received** | | | | **$1,601.60** |
| **ACCOUNT NO.** <br><br> **Chatham County Government** <br> **12 East Street** <br> **Pittsboro, NC 27312** | | | **Goods, services, monies owed and/or received** | | | X | **$58.85** |
| **ACCOUNT NO.** <br><br> **Checker's** <br> **4300 W Cypress Street** <br> **Ste 600** <br> **Tampa, FL 33607** | | | **Goods, services, \*monies owed and/or received** | | | X | **$154.00** |
| **ACCOUNT NO.** <br><br> **Cheshire Public Schools - CT** <br> **29 Main Street** <br> **Cheshire, CT 06410** | | | **Goods, services, monies owed and/or received** | | | X | **$779.34** |

Sheet no. **47** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **2,593.79**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____                                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Chester County Schools**<br>**109 Hinton Street**<br>**Chester , SC 29706** | | | **Goods, services, monies owed and/or received** | | | X | $108.45 |
| **ACCOUNT NO.**<br><br>**Chester Cty Intermediate Unit**<br>**455 Boot Rd**<br>**Downington, PA 19335** | | | **Goods, services, monies owed and/or received** | | | X | $231.00 |
| **ACCOUNT NO.**<br><br>**Chesterfield County Schools**<br>**109 Hinson St**<br>**Chester, SC 29706** | | | **Goods, services, *monies owed and/or received** | | | X | $108.45 |
| **ACCOUNT NO.**<br><br>**Chesterfield County Schools SC**<br>**401 West Blvd.**<br>**Chesterfield , SC 29709** | | | **Goods, services, monies owed and/or received** | | | X | $5,948.57 |

Sheet no. __**48**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **6,396.47**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. _**14-10142**_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Chesterfield Cty Recycling SCSC** <br>**97 Jones Road** <br>**Chesterfield , SC 29709** | | | **Goods, services, monies owed and/or received** | | | X | **$5,220.74** |
| **ACCOUNT NO.** <br><br>**Chicago Trailer Pool Corp.** <br>**P. O. 691** <br>**Paletine, IL 60078** | | | **Goods, services, monies owed and/or received** | | | X | **$1,479.81** |
| **ACCOUNT NO.** <br><br>**Chipola College FL** <br>**3094 Indian Cir** <br>**Marianna, FL 32448** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,359.00** |
| **ACCOUNT NO.** <br><br>**Chowan University** <br>**1 University Place** <br>**Murfreesboro, NC 27855** | | | **Goods, services, monies owed and/or received** | | | X | **$176.75** |

Sheet no.__**49**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,236.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
　　　　　　　　　　**Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chrin Hauling<br>1521 Van Buren Road<br>Easton, PA 18045 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO.<br><br>Christian County Bd of Education<br>200 Glass Avenue<br>Hokinsville, Kentucky  42240 | | | Goods, services, monies owed and/or received | | | X | $9,509.45 |
| ACCOUNT NO.<br><br>Chromalloy Castings<br>3401 Queen Palm Dr<br>Tampa, FL 33619 | | | Goods, services, *monies owed and/or received | | | X | $10.00 |
| ACCOUNT NO.<br><br>Chubb & Son<br>P.O. Box 382001<br>Pittsburgh, PA 15250-8001 | | | Goods, services, monies owed and/or received | | | X | $5,693.38 |

Sheet no. **50** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **15,212.83**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC_____ ,   Case No. __14-10142_____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **CII Associates** <br> **4700 Six Forks Rd** <br> **Ste 300** <br> **Raleigh , NC 27609** | | | Goods, services, monies owed and/or received | | | X | $119.10 |
| **ACCOUNT NO.** <br><br> **Cintas Corporation #051** <br> **3400 Briley Park Blvd N.** <br> **Nashville, TN 37207-2300** | | | Goods, services, monies owed and/or received | | | X | $122.15 |
| **ACCOUNT NO.** <br><br> **Cintas Corporation #101** <br> **P.O. Box 630910** <br> **Cincinnati, OH 45263-0910** | | | Goods, services, *monies owed and/or received | | | X | $65.81 |
| **ACCOUNT NO.** <br><br> **Cintas Corporation #201** <br> **P.O. Box 630910** <br> **Cincinnati, OH 45263-0910** | | | Goods, services, monies owed and/or received | | | X | $549.08 |

Sheet no. __51__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **856.14**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                 Case No. **14-10142**
_____           _____
Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Cirrus Pharmaceuticals** <br> **511 Davis Dr** <br> **Morrisville, NC 27560** | | | **Goods, services, monies owed and/or received** | | | X | $301.50 |
| **ACCOUNT NO.** <br><br> **Citizen's Prop. Insurance Corp.** <br> **2101 Maryland Circle** <br> **Tallahassee, FL 32303** | | | **Goods, services, monies owed and/or received** | | | X | $1,333.20 |
| **ACCOUNT NO.** <br><br> **Citrus County Solid Waste** <br> **110 N Apopka Ave** <br> **Inverness, FL 34450** | | | **Goods, services, *monies owed and/or received** | | | X | $232.00 |
| **ACCOUNT NO.** <br><br> **City of Alcoa Solid Waste** <br> **725 Universal Street** <br> **Alcoa, TN 37701** | | | **Goods, services, monies owed and/or received** | | | X | $15.90 |

Sheet no.__**52**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,882.60**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,          Case No. **14-10142**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **City of Atlanta 55 Trinity Ave SW Atlanta, GA 30303** | | | **Goods, services, monies owed and/or received** | | | X | $2,178.64 |
| **ACCOUNT NO.** <br><br> **City of Atlanta Dept of Aviation 55 Trinity Ave SW Ste 1790 Atlanta, GA 30303** | | | **Goods, services, monies owed and/or received** | | | X | $3,713.01 |
| **ACCOUNT NO.** <br><br> **City of Atlanta Dept of Watershed Mgmt. 55 Trinity Ave SW Ste 1790 Atlanta, GA 30303** | | | **Goods, services, *monies owed and/or received** | | | X | $2,990.80 |
| **ACCOUNT NO.** <br><br> **City of Atlanta Ofc. Municipal Ct. 55 Trinity Ave SW Ste 1790 Atlanta, GA 30303** | | | **Goods, services, monies owed and/or received** | | | X | $629.80 |

Sheet no.__**53**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **9,512.25**

Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,          Case No. **14-10142** _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**City of Atlantic Beach**<br>**800 Semiole Blvd.**<br>**Atlantic Beach, FL 32233** | | | **Goods, services, monies owed and/or received** | | | X | $240.00 |
| **ACCOUNT NO.**<br><br>**City of Danbury (CTSC)**<br>**155 Deer Hill Ave.**<br>**Danbury, CT 06810** | | | **Goods, services, monies owed and/or received** | | | X | $294.96 |
| **ACCOUNT NO.**<br><br>**City of Durham SW**<br>**1833 Camden Ave**<br>**Durham , NC 27701** | | | **Goods, services, *monies owed and/or received** | | | X | $3,136.43 |
| **ACCOUNT NO.**<br><br>**City of Franklin Solid Waste**<br>**417 Century Ct**<br>**Franklin, TN 37064** | | | **Goods, services, monies owed and/or received** | | | X | $10,191.41 |

Sheet no. __**54**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **13,862.80**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**_____,          Case No. **14-10142**_____
                          **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **City of Gainesville** <br> **Station 14** <br> **PO Box 490** <br> **Fainesvill, FL 32602** | | | **Goods, services, monies owed and/or received** | | | X | **$3,791.00** |
| ACCOUNT NO. <br><br> **City of Glasgow** <br> **400 Glen Gary Road** <br> **PO Box 278** <br> **Glasgow, KY 42141** | | | **Goods, services, monies owed and/or received** | | | X | **$550.35** |
| ACCOUNT NO. <br><br> **City of Gooletsville Solid Waste** <br> **215 Cartwright St** <br> **Goodlettsville, TN 37072** | | | **Goods, services, *monies owed and/or received** | | | X | **$133.48** |
| ACCOUNT NO. <br><br> **City of Guntersville Solid Waste** <br> **341 Gunter Ave** <br> **Guntersville, AL 39578** | | | **Goods, services, monies owed and/or received** | | | X | **$693.33** |

Sheet no.__**55**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **5,168.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**         ,       Case No. **14-10142**

Debtor                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**City of Hartford (CTSW) DPW 525 Main Street Hartford, CT 06103** | | | **Goods, services, monies owed and/or received** | | | X | **$25,682.84** |
| **ACCOUNT NO.** <br><br>**City of Hartford MHIS 260 Constitution Plaza Hartford, CT 06103** | | | **Goods, services, monies owed and/or received** | | | X | **$935.64** |
| **ACCOUNT NO.** <br><br>**City of Hartford Public Works (CTSC) 525 Main Street Hartford, CT 06103** | | | **Goods, services, *monies owed and/or received** | | | X | **$37.21** |
| **ACCOUNT NO.** <br><br>**City of Jacksonville Solid Waste Division 1031 Superior Street Jacksonville, FL 32254** | | | **Goods, services, monies owed and/or received** | | | X | **$732.00** |

Sheet no. **56** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $    **27,387.69**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **City of Knoxville** <br>**400 Main St** <br>**Knoxville, TN 37902** | | | **Goods, services, monies owed and/or received** | | | X | $279.00 |
| **ACCOUNT NO.** <br><br> **City Of Mansfield** <br>**4 South Eagleville Rd.** <br>**Storrs, CT 06268** | | | **Goods, services, monies owed and/or received** | | | X | $505.04 |
| **ACCOUNT NO.** <br><br> **City of Miami** <br>**444 SW 2nd Ave** <br>**Miami, FL 33130** | | | **Goods, services, *monies owed and/or received** | | | X | $1,145.00 |
| **ACCOUNT NO.** <br><br> **City of Miami Police** <br>**444 SW 2nd Avenue** <br>**Miami, FL 32030** | | | **Goods, services, monies owed and/or received** | | | X | $1,180.00 |

Sheet no. **57** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **3,109.04**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　　　**Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**City of Naperville**<br>**180 Fort Hill Drive**<br>**Naperville, IL 60540** | | | **Goods, services, monies owed and/or received** | | | X | **$4,794.48** |
| **ACCOUNT NO.** <br><br>**City of Nicholasville**<br>**PO BOX 450**<br>**Nicholasville, KY 40356** | | | **Goods, services, monies owed and/or received** | | | X | **$59.90** |
| **ACCOUNT NO.** <br><br>**City of North Miami**<br>**776 NE 125th Street**<br>**3rd fl**<br>**North Miami, FL 33161** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,108.00** |
| **ACCOUNT NO.** <br><br>**City of North Miami**<br>**776 NE 125th St**<br>**3rd fl.**<br>**North Miami, FL 33161** | | | **Goods, services, monies owed and/or received** | | | X | **$408.00** |

Sheet no. **58** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **6,370.38**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **City of North Miami Library** <br> **835 NE 132nd Street** <br> **North Miami, FL 33161** | | | **Goods, services, monies owed and/or received** | | | X | **$218.00** |
| **ACCOUNT NO.** <br><br> **City of Riviera Beach** <br> **600 W. Blue Heron Blvd** <br> **West Riviera Beach, FL 33404** | | | **Goods, services, monies owed and/or received** | | | X | **$198.00** |
| **ACCOUNT NO.** <br><br> **City of Tampa - McKay Bay** <br> **2105 N. Nebraska Avenue** <br> **Tampa, FL 33602** | | | **Goods, services, *monies owed and/or received** | | | X | **$2,329.50** |
| **ACCOUNT NO.** <br><br> **City of Tampa Utilities** <br> **P.O. Box 30191** <br> **Tampa, FL 33630-3191** | | | **Goods, services, monies owed and/or received** | | | X | **$200.00** |

Sheet no. **59** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **2,945.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
             **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **City of Tarpon Springs** <br> **PO Box 5004** <br> **Tarpon Springs , FL 34688** | | | Goods, services, monies owed and/or received | | | X | $1,347.00 |
| **ACCOUNT NO.** <br><br> **City of Tullahoma Public Works** <br> **P.O. Box 807** <br> **Tullahoma, TN 37388** | | | Goods, services, monies owed and/or received | | | X | $213.78 |
| **ACCOUNT NO.** <br><br> **City of Winchester Public works** <br> **15 North Cameron Street** <br> **Winchester, VA 22601** | | | Goods, services, *monies owed and/or received | | | X | $119.92 |
| **ACCOUNT NO.** <br><br> **City of Zephyrhills** <br> **5335 8th Street** <br> **Zephyrhills, FL 33542** | | | Goods, services, monies owed and/or received | | | X | $475.00 |

Sheet no. __60__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **2,155.70**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,     Case No. **14-10142**_____
              **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Civitas Schools**<br>**1033 W Van Buren St, #640**<br>**Chicago, IL 60607** | | | Goods, services, monies owed and/or received | | | X | $418.90 |
| **ACCOUNT NO.**<br><br>**Clarendon County Public Works**<br>**411 Sunset Drive**<br>**Manning, SC 29102** | | | Goods, services, monies owed and/or received | | | X | $1,022.75 |
| **ACCOUNT NO.**<br><br>**Clarendon School District 2**<br>**PO Box 1252**<br>**Manning, SC 29102** | | | Goods, services, *monies owed and/or received | | | X | $562.47 |
| **ACCOUNT NO.**<br><br>**Clay County Bd of Education**<br>**128 Richmond Rd**<br>**Manchester, KY 40962** | | | Goods, services, monies owed and/or received | | | X | $1,162.29 |

Sheet no.__**61**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal►   $     **3,166.41**

                      Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                          ,      Case No. **14-10142**

          **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Clay County Schools** <br> **520 Brown Street** <br> **Celina, TN 38551** | | | Goods, services, monies owed and/or received | | | X | $316.00 |
| **ACCOUNT NO.** <br><br> **Clay County Utility Authority** <br> **3176 Old Jennings Road** <br> **Middleburg, FL 32068** | | | Goods, services, monies owed and/or received | | | X | $314.00 |
| **ACCOUNT NO.** <br><br> **Clean Harbors Environmental Svces.** <br> **PO Box 3442** <br> **Boston, MA 03341-3442** | | | Goods, services, *monies owed and/or received | | | X | $138,594.30 |
| **ACCOUNT NO.** <br><br> **Clemson University** <br> **310 Klugh ave** <br> **Clemson, SC 29634** | | | Goods, services, monies owed and/or received | | | X | $120.05 |

Sheet no. __62__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **139,344.35**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC_____ ,                    Case No. __14-10142_____
                        __Debtor__                                                         __(if known)__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Clemson University Charleston <br> 2700 Savannah Hwy <br> Charleston, SC 29414 | | | Goods, services, monies owed and/or received | | | X | $49.79 |
| ACCOUNT NO. <br><br> Cliff Davis <br> 282 Roy Davis Road <br> Pinson, TN 38366 | | | Goods, services, monies owed and/or received | | | X | $1,100.00 |
| ACCOUNT NO. <br><br> Clorox Services Co. - Oakland <br> 4920 Johnson Dr <br> Pleasanton, CA 94588 | | | Goods, services, *monies owed and/or received | | | X | $35,988.88 |
| ACCOUNT NO. <br><br> Cloud Blue <br> 3140 Northwood Parkway <br> Ste 100 <br> Norcross, GA 30071 | | | Goods, services, monies owed and/or received | | | X | $37,233.00 |

Sheet no.__63__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $  74,371.67

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
                          **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cloverport Bd. of Education PO Box 37 Cloverport, KY 40111 | | | Goods, services, monies owed and/or received | | | X | $159.36 |
| ACCOUNT NO. Coastal Carolina University PO Box 261954 Conway, SC 29528 | | | Goods, services, monies owed and/or received | | | X | $338.00 |
| ACCOUNT NO. Cobra Electronics Corp. 6500 W. Cortland Chicago, IL 69797 | | | Goods, services, *monies owed and/or received | | | X | $826.00 |
| ACCOUNT NO. Cogent Healthcare 5410 Maryland Way #300 Brentwood, TN 37027 | | | Goods, services, monies owed and/or received | | | X | $220.00 |

Sheet no. **64** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,543.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**           ,         Case No. **14-10142**
                    **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Coker College** 300 E. College avenue Hartsville, SC 29550 | | | Goods, services, monies owed and/or received | | | X | $78.31 |
| **ACCOUNT NO.** | | | | | | | |
| **Colonial Life & Accident Insurance** Processing Center P.O. Box 903 Columbia, SC 29202-0903 | | | Goods, services, monies owed and/or received | | | X | $11,954.59 |
| **ACCOUNT NO.** | | | | | | | |
| **Colt Recycling of New York, LLC** PO Box 4440 Schenectady , NY 12304 | | | Goods, services, *monies owed and/or received | | | X | $27,742.93 |
| **ACCOUNT NO.** | | | | | | | |
| **Columbia Cty Solid Waste** 1347 NW Oosterhouep Lane Lake City, FL 32055 | | | Goods, services, monies owed and/or received | | | X | $14.00 |

Sheet no. **65** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal▶   $      **39,789.83**

                                         Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **CRS Holding of America, LLC**                    ,        Case No. __14-10142__
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Columbia University <br> 710 W 168th St <br> Basement BO4D <br> New York, NY 10032 | | | Goods, services, monies owed and/or received | | | X | $357.15 |
| ACCOUNT NO. <br><br> Comcast <br> P.O. Box 105184 <br> Atlanta, GA 30348-5184 | | | Goods, services, monies owed and/or received | | | X | $316.01 |
| ACCOUNT NO. <br><br> Comcast SportsNet <br> 350 North Orleans St <br> Chicago, IL 60654 | | | Goods, services, *monies owed and/or received | | | X | $410.20 |
| ACCOUNT NO. <br><br> Command Center, Inc. <br> P.O. Box 105184 <br> Atlanta, GA 31193-2685 | | | Goods, services, monies owed and/or received | | | X | Unknown |

Sheet no. __66__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,083.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
_____ Debtor _____  _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Command Transportation** **2633 Paysphere Circle** **Chicago, IL 60674** | | | **Goods, services, monies owed and/or received** | | | X | **$41,475.00** |
| **ACCOUNT NO.** **Commercial Plastics** **1920 Tampa East Blvd** **Tampa, FL 33619** | | | **Goods, services, monies owed and/or received** | | | X | **$491.36** |
| **ACCOUNT NO.** **Commonwealth of Virginia** **1910 Darbytown Rd** **Richmond, VA 23231** | | | **Goods, services, *monies owed and/or received** | | | X | **$11,293.84** |
| **ACCOUNT NO.** **Commonwealth of Virginia** **1910 Darbytown Road** **Richmond, VA 23231** | | | **Goods, services, monies owed and/or received** | | | X | **$50.00** |

Sheet no. __67__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **53,310.20**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>CRS Holding of America, LLC</u>                        ,        Case No. <u>14-10142</u>
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER <br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Commonwealth Office of Technology** <br>**120 Glenns Creek Rd** <br>**Frankfort, KY 40601** | | | Goods, services, monies owed and/or received | | | X | $7,056.85 |
| **ACCOUNT NO.** <br><br> **Commonwealth Office of Technology** <br>**101 Twin Oaks Circle** <br>**Frankfort, KY 40601** | | | Goods, services, monies owed and/or received | | | X | $1,231.92 |
| **ACCOUNT NO.** <br><br> **Commonwealth Office of Technology -Frankfort** <br>**120 Glenns Creek Road** <br>**Frankfort , KY 40601** | | | Goods, services, *monies owed and/or received | | | X | $2,420.19 |
| **ACCOUNT NO.** <br><br> **Compressed Air Systems, Inc.** <br>**9303 Stannum Street** <br>**Tampa, FL 33619** | | | Goods, services, monies owed and/or received | | | X | $1,982.85 |

Sheet no. __68__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **12,691.81**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Computer Exchange Augusta <br> 3206 Peach Orchard Rd <br> Augusta, GA 30906 | | | Goods, services, monies owed and/or received | | | X | $586.05 |
| ACCOUNT NO. <br><br> Computer Exchange Martinez <br> 3835-B Washington Rd <br> Martinez, GA 30901 | | | Goods, services, monies owed and/or received | | | X | $574.06 |
| ACCOUNT NO. <br><br> Computer Exchange-North Augusta <br> 404 E Martintown Rd. <br> North Augusta, GA 29841 | | | Goods, services, *monies owed and/or received | | | X | $511.32 |
| ACCOUNT NO. <br><br> Computer Fixx <br> Ripa Office Park <br> 4608 Cedar Ave., Ste 103 <br> Wilmington, DE 28403 | | | Goods, services, monies owed and/or received | | | X | $177.75 |

Sheet no. **69** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,849.18**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
                              **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Computer for Kids of America Inc.** <br> **111 Clinton Rd** <br> **Attn Mark DeTroia** <br> **Fairfield, NJ 07004** | | | **Goods, services, monies owed and/or received** | | | X | $1,867.80 |
| **ACCOUNT NO.** <br><br> **Concurrent Computer** <br> **2881 Gateway Dr** <br> **SW 41st** <br> **Pompano, FL 33069** | | | **Goods, services, monies owed and/or received** | | | X | $405.00 |
| **ACCOUNT NO.** <br><br> **Concurrent Computer Corp.** <br> **4375 River Green Pkwy** <br> **Ste 100** <br> **Duluth, GA 30096** | | | **Goods, services, *monies owed and/or received** | | | X | $476.57 |
| **ACCOUNT NO.** <br><br> **Conex Recycling** <br> **P.O. Box 1165** <br> **Cumming, GA 30028** | | | **Goods, services, monies owed and/or received** | | | X | $360.00 |

Sheet no. **70** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **3,109.37**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Connecticut Agricultural Experiment Station PO Box 116 New Haven, CT 06504** | | | **Goods, services, monies owed and/or received** | | | X | $24.40 |
| **ACCOUNT NO.** <br><br> **Connecticut Agricultural Experiment Station PO Bo 116 New Haven, CT 06504** | | | **Goods, services, monies owed and/or received** | | | X | $24.40 |
| **ACCOUNT NO.** <br><br> **Connecticut Center for Massage Therapy 75 Kitts Lane Newington, CT 06111** | | | **Goods, services, \*monies owed and/or received** | | | X | $949.52 |
| **ACCOUNT NO.** <br><br> **Connecticut Depart. of Veteran's Affairs Treasurer, State of Connecticut P.O. Box 559 Rocky Hill, CT 06067** | | | **Goods, services, monies owed and/or received** | | | X | $115.11 |

Sheet no. **71** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **1,113.43**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Connecticut Department of Administrative Services Department of Administrative Services Treasurer, State of Connecticut Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $1,617.82 |
| **ACCOUNT NO.** <br> **Connecticut Department of Children and Families 505 Hudson Street Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $1,676.30 |
| **ACCOUNT NO.** <br> **Connecticut Department of Developmental Services 104 South Turnpike Road Wallingford, CT 06492** | | | Goods, services, *monies owed and/or received | | | X | $72.14 |
| **ACCOUNT NO.** <br> **Connecticut Department of Education - Emmet O'Brien Technical High School 141 Prindle Ave. Ansonia, CT 06401** | | | Goods, services, monies owed and/or received | | | X | $631.14 |

Sheet no.__**72**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,997.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**        ,         Case No. **14-10142**

              **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Connecticut Department of Education - Grass Technical College** <br> **189 Fort Hill Road** <br> **Groton, CT 06340** | | | Goods, services, monies owed and/or received | | | X | $2,090.50 |
| **ACCOUNT NO.** <br><br> **Connecticut Department of Public Health** <br> **Treasurer, State of Connecticut** <br> **P.O. Box 31308** <br> **Hartford, CT 06134** | | | Goods, services, monies owed and/or received | | | X | $3,405.93 |
| **ACCOUNT NO.** <br><br> **Connecticut Department of Rehabilitation Services** <br> **184 Windsor Ave.** <br> **Windsor, CT 06095** | | | Goods, services, *monies owed and/or received | | | X | $236.81 |
| **ACCOUNT NO.** <br><br> **Connecticut Department of Revenue Services** <br> **Treasurer, State of Connecticut** <br> **25 Sigourney Street** <br> **Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $156.92 |

Sheet no. **73** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **5,890.16**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,        Case No. **14-10142**_____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Connecticut Dept of Education: Oliver Wolcott Technical School Treasurer, State of Connecticut 75 Oliver Street Torrington, CT 06790** | | | Goods, services, monies owed and/or received | | | X | $343.02 |
| **ACCOUNT NO.** **Connecticut Division of Criminal Justice Division of Criminal Justice Treasurer, State of Connecticut Rocky Hill, CT 06067** | | | Goods, services, monies owed and/or received | | | X | $54.59 |
| **ACCOUNT NO.** **Connecticut Division of Criminal Justice Office of the Chief State's Attorney Treasurer, State of Connecticut Rocky Hill, CT 06067** | | | Goods, services, *monies owed and/or received | | | X | $22.33 |
| **ACCOUNT NO.** **Connecticut Light & Power P.O. Box 15493 Hartford, CT 06115-0493** | | | Goods, services, monies owed and/or received | | | X | **Unknown** |

Sheet no.__**74**_ of _**334**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $        **419.94**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                      _____
                    **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Connecticut State Department of Education: Danielson 401 Flatbush Ave Hartford , CT 06106** | | | Goods, services, monies owed and/or received | | | X | $1,757.38 |
| **ACCOUNT NO.** **Connecticut State Department of Education:Meriden Treasurer, State of Connecticut 298 Oregon Road Meriden, CT 06451** | | | Goods, services, monies owed and/or received | | | X | $70.98 |
| **ACCOUNT NO.** **Connecticut State Library Treasurer, State of Connecticut 231 Capitol Ave Hartford, CT 06106** | | | Goods, services, *monies owed and/or received | | | X | $83.81 |
| **ACCOUNT NO.** **Connecticut Valley Hospital (DMHAS) Treasurer, State of Connecticut P.O. Box 351 Middletown, CT 06457** | | | Goods, services, monies owed and/or received | | | X | $4,338.31 |

Sheet no. __75__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **6,250.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC_____ ,          Case No. __14-10142_____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Constellation Technology Corp.** <br> **7887 Bryan Dairy Rd.** <br> **Ste 100** <br> **Largo , FL 33777** | | | **Goods, services, monies owed and/or received** | | | X | **$4.70** |
| **ACCOUNT NO.** <br><br> **Cooperative Educational Svces.** <br> **40 Lindman Dr.** <br> **Trimbull, CT 06611** | | | **Goods, services, monies owed and/or received** | | | X | **$1,548.06** |
| **ACCOUNT NO.** <br><br> **Coordinated Health** <br> **P.O. Box 826348** <br> **Philadelphia, PA 19182-6348** | | | **Goods, services, *monies owed and/or received** | | | X | **$70.00** |
| **ACCOUNT NO.** <br><br> **Corbin Independent Schools** <br> **108 Roy Kidd Ave.** <br> **Corbin, ***Creditor unsecured mailing state RMC**** | | | **Goods, services, monies owed and/or received** | | | | **$284.88** |

Sheet no.__76__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **1,907.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,            Case No. **14-10142**
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **CoreCentric** <br> **175 Wall street** <br> **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | Goods, services, monies owed and/or received | | | X | $107.60 |
| **ACCOUNT NO.** <br><br> **County of Franklin-Franklin Street** <br> **1255 Franklin St. #108** <br> **Suite 108** <br> **Rocky Mount, VA 24151** | | | Goods, services, monies owed and/or received | | | X | $498.64 |
| **ACCOUNT NO.** <br><br> **Coverall North America, Inc.** <br> **2955 Momentum Place** <br> **Chicago, IL 60689** | | | Goods, services, \*monies owed and/or received | | | X | $1,118.15 |
| **ACCOUNT NO.** <br><br> **Coweta County Tax Commission** <br> **PO Box 195** <br> **Newman, GA 30264-0195** | | | Goods, services, monies owed and/or received | | | X | $3,147.07 |

Sheet no. __**77**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **4,871.46**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,                Case No. **14-10142**
                      **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Craven County Solid Waste** <br> **406 Craven St** <br> **New Bern, NC 28560** | | | **Goods, services, monies owed and/or received** | | | X | **$0.11** |
| **ACCOUNT NO.** <br><br> **Crenshaw County Schools** <br> **183 Votec Drive** <br> **Luverne, AL 36049** | | | **Goods, services, monies owed and/or received** | | | X | **$4,026.23** |
| **ACCOUNT NO.** <br><br> **Crockett County Solid Waste** <br> **1 S Belle Street** <br> **Suite 3** <br> **Alamo, TN 38001** | | | **Goods, services, *monies owed and/or received** | | | X | **$383.64** |
| **ACCOUNT NO.** <br><br> **Crowley Logistics, Inc.** <br> **PO Box 2684** <br> **Carol Stream, IL 60132-26844** | | | **Goods, services, monies owed and/or received** | | | X | **$80,156.00** |

Sheet no. __**78**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **84,565.98**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. __14-10142__
                           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Crown Castle USA**<br>**2000 Corporate Drive**<br>**Canonsburg, PA  15317** | | | **Goods, services, monies owed and/or received** | | | X | **$24,244.50** |
| **ACCOUNT NO.**<br>**Crystal Springs**<br>**PO Box 660579**<br>**Dallas , TX 75266-0579** | | | **Goods, services, monies owed and/or received** | | | X | **$450.11** |
| **ACCOUNT NO.**<br>**Cumberland Plateau**<br>**P.O. Box 548**<br>**Lebanon, VA 24266** | | | **Goods, services, *monies owed and/or received** | | | X | **$65.82** |
| **ACCOUNT NO.**<br>**Curlin, Inc.**<br>**6001 E. Columbus Drive**<br>**Tampa, FL 33619** | | | **Goods, services, monies owed and/or received** | | | X | **$977.00** |

Sheet no.__79__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **25,737.43**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re CRS Holding of America, LLC                    ,          Case No.  14-10142
               Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cushman Wakefield, Inc. <br> 1650 Market Street. 33 fl. <br> Attn: Chris Black <br> Philadelphia, PA 19103 | | | Goods, services, monies owed and/or received | | | X | $169,130.95 |
| ACCOUNT NO. <br><br> Dabney S Lancaster Community College <br> 1000 Dabney Dr. <br> Clifton Forge, VA 24422 | | | Goods, services, monies owed and/or received | | | X | $664.08 |
| ACCOUNT NO. <br><br> Dan Hirschy <br> 11300 124th Ave #143 <br> Largo, FL 33778 | | | Goods, services, *monies owed and/or received | | | X | $71.80 |
| ACCOUNT NO. <br><br> Dandee Pallet & Packaging, Inc. <br> 633 Dogleg Lane <br> Bartlett, IL 60103 | | | Goods, services, monies owed and/or received | | | X | $3,441.61 |

Sheet no.   80   of   334   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    173,308.44

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CRS Holding of America, LLC**                                    ,          Case No. **14-10142**
　　　　　　　　　　**Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Danville City Health Department** <br> **326 Taylor Drive** <br> **Danville, VA 24541** | | | **Goods, services, monies owed and/or received** | | | X | **$11.20** |
| **ACCOUNT NO.** <br><br> **Darien Public Schools** <br> **2 Renshaw Rd.** <br> **Darien, CT 06820** | | | **Goods, services, monies owed and/or received** | | | X | **$434.50** |
| **ACCOUNT NO.** <br><br> **Darlington County Environmental Services** <br> **1st Public Sq.** <br> **Room 210** <br> **Darlington, SC 29532** | | | **Goods, services, *monies owed and/or received** | | | X | **$772.40** |
| **ACCOUNT NO.** <br><br> **Davantica** <br> **P. O. Box 798349** <br> **St. Louis, MO 63179-8000** | | | **Goods, services, monies owed and/or received** | | | X | **$7,619.14** |

Sheet no. __81__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **8,837.24**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Daviess County Board of Education** <br> **PO Box 21510** <br> **Owensboro, KY 43201** | | | **Goods, services, monies owed and/or received** | | | X | $468.26 |
| **ACCOUNT NO.** <br><br> **Davis H Elliot Company** <br> **673 Blue Sky Parkway** <br> **Lexington, KY 40509** | | | **Goods, services, monies owed and/or received** | | | X | $171.00 |
| **ACCOUNT NO.** <br><br> **Dawson Springs Independent Schools** <br> **118 E Arcadia Ave** <br> **Dawsom Springs, KY 42408** | | | **Goods, services, *monies owed and/or received** | | | X | $365.74 |
| **ACCOUNT NO.** <br><br> **DBVI** <br> **1102 Monticello Rd** <br> **Charlottesville, VA 22902** | | | **Goods, services, monies owed and/or received** | | | X | $135.44 |

Sheet no. **82** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,140.44**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____                           _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Decatur City Board of Education** <br> **302 4th Ave NE** <br> **Decatur, AL 35601** | | | **Goods, services, monies owed and/or received** | | | X | **$2,037.20** |
| **ACCOUNT NO.** <br><br> **Deer Park** <br> **PO Box 856192** <br> **Louisville, KY 40285-6192** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Dell Business Credit** <br> **Payment Processing Center** <br> **PO Box 5275** <br> **Carol Stream, IL 60197-5275** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,988.09** |
| **ACCOUNT NO.** <br><br> **Dell Commercial Credit** <br> **Dept-50-0029818963** <br> **PO Box 689020** <br> **Des Moines, IA 50368-9020** | | | **Goods, services, monies owed and/or received** | | | X | **$2,357.00** |

Sheet no. **83** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,382.29**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Department of Correction:Asset Management Treasurer, State of Connecticut 24 Wolcott Hill Road Wethersfield, CT 06019 | | | Goods, services, monies owed and/or received | | | X | $2,290.43 |
| **ACCOUNT NO.** Department of Juvenile Justice - 13th Court Service Unit 1600 Oliver Hill Way Richmond , VA 23219 | | | Goods, services, monies owed and/or received | | | X | $24.96 |
| **ACCOUNT NO.** Department of Alchohol & Other Drug Abuse 214 Bull Street Columbia, SC 29201 | | | Goods, services, *monies owed and/or received | | | X | $45.69 |
| **ACCOUNT NO.** Department of Banking Treasurer, State of Connecticut 260 Constitution Plaza Hartford, CT 06103 | | | Goods, services, monies owed and/or received | | | X | $15.68 |

Sheet no. __**84**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **2,376.76**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
_____                    _____
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Department of Children & Families Treasurer, State of Connecticut 505 Hudson Street Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $326.15 |
| **ACCOUNT NO.** <br><br> **Department of Corrections:SC 4420 Broad River Road Columbia, SC 29210** | | | Goods, services, monies owed and/or received | | | X | $120.05 |
| **ACCOUNT NO.** <br><br> **Department of Disabilities and Special Needs 3440 Harden Street Extension Columbia, SC 29203** | | | Goods, services, *monies owed and/or received | | | X | $367.51 |
| **ACCOUNT NO.** <br><br> **Department of Education-Platt Tech Torrington 75 Oliver Street Torrington, CT 06790** | | | Goods, services, monies owed and/or received | | | X | $1,344.64 |

Sheet no. **85** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **2,158.35**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                     ,          Case No. **14-10142**
                      **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Department of Education-Platt Tech Howell Cheney Technical High 791 West Middle Turnpike Manchester, CT 06040** | | | Goods, services, monies owed and/or received | | | X | $874.41 |
| **ACCOUNT NO.** | | | | | | | |
| **Department of Education: Platt Tech Treasurer, State of Connecticut 600 Orange Ave. Milford, CT 06460** | | | Goods, services, monies owed and/or received | | | X | $417.64 |
| **ACCOUNT NO.** | | | | | | | |
| **Department of Education: SC 1429 Senate St Columbia , SC 29201** | | | Goods, services, *monies owed and/or received | | | X | $102.55 |
| **ACCOUNT NO.** | | | | | | | |
| **Department of Emerg. Serv & Public Protection Treasurer, State of Connecticut 294 Colony Street Building 4 Meriden, CT 06451** | | | Goods, services, monies owed and/or received | | | X | $958.82 |

Sheet no. **86** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **2,353.42**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Department of Employment & Workforce:SC**<br>**1550 Gadsden Street**<br>**Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $2,231.44 |
| **ACCOUNT NO.**<br><br>**Department of Energy & Environment Protection Treasurer, State of Connecticut**<br>**79 Elm Street**<br>**Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $659.13 |
| **ACCOUNT NO.**<br><br>**Department of Financial Institutions**<br>**1025 Capital Center Drive**<br>**Suite 200**<br>**Frankfort, KY 40601** | | | Goods, services, *monies owed and/or received | | | X | $5.16 |
| **ACCOUNT NO.**<br><br>**Department of General Services**<br>**1910 Darbytown Rd**<br>**Richmond, VA 23231** | | | Goods, services, monies owed and/or received | | | X | $108.72 |

Sheet no. **87** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **3,004.45**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**            ,            Case No. **14-10142**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Department of Health & Environmental Cont:Division of Food Prote** <br> **2600 Bull St** <br> **Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $112.79 |
| **ACCOUNT NO.** <br><br> **Department of Health & Human Services:SC** <br> **1801 Main Street** <br> **Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $2,277.90 |
| **ACCOUNT NO.** <br><br> **Department of Insurance - Asset Management Unit (CTSC)** <br> **153 Market Street** <br> **Hartford, CT 06103** | | | Goods, services, *monies owed and/or received | | | X | $152.20 |
| **ACCOUNT NO.** <br> **Department of Labor - CT State of Connecticut/Department of Labor Treasurer, State of Connecticut** <br> **Wethersfield, CT 06109** | | | Goods, services, monies owed and/or received | | | X | $729.95 |

Sheet no. **88** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **3,272.84**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Department of Labor, Licensing & Regulation 110 Center View Dr Columbia, SC 29210** | | | **Goods, services, monies owed and/or received** | | | X | **$165.99** |
| **ACCOUNT NO.** <br><br> **Department of Mental Health 8301 Farrow Rd. Columbia, SC 29203** | | | **Goods, services, monies owed and/or received** | | | X | **$148.08** |
| **ACCOUNT NO.** <br><br> **Department of Natural Resources 1000 Assembly Street Columbia, SC 29202** | | | **Goods, services, *monies owed and/or received** | | | X | **$496.81** |
| **ACCOUNT NO.** <br><br> **Department of Public Safety:SC PO Box 1993 Blythewood, SC 29016** | | | **Goods, services, monies owed and/or received** | | | X | **$242.80** |

Sheet no. **89** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,053.68**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
_____**Debtor**_____                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Department of Revenue** <br> **1942 Laurel Street** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | **$13.78** |
| **ACCOUNT NO.** <br><br> **Department of Social Services** <br> **Treasurer, State of Connecticut** <br> **25 Sigourney Street** <br> **Hartford, CT 06106** | | | **Goods, services, monies owed and/or received** | | | X | **$2,598.92** |
| **ACCOUNT NO.** <br><br> **Department of Transportation** <br> **1232 JA Cochran Bypass** <br> **Chester, SC 29706** | | | **Goods, services, \*monies owed and/or received** | | | X | **$111.18** |
| **ACCOUNT NO.** <br><br> **Department of Transportation** <br> **Treasurer, State of Connecticut** <br> **2800 Berlin Turnpike** <br> **Newington, CT 06131** | | | **Goods, services, monies owed and/or received** | | | X | **$2,861.18** |

Sheet no.__**90**__ of __**334**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **5,585.06**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Department of Transportation:Greenville 252 S Pleasantburg Dr Greenville, SC 29607 | | | Goods, services, monies owed and/or received | | | X | $87.20 |
| **ACCOUNT NO.** <br><br> Department of Transportation:North Charleston 6355 Fain Blvd North Charleston, SC 29406 | | | Goods, services, monies owed and/or received | | | X | $134.55 |
| **ACCOUNT NO.** <br><br> Derry School District 5 Hood Road Derry, NH 03038 | | | Goods, services, *monies owed and/or received | | | X | $52.15 |
| **ACCOUNT NO.** <br><br> Design Interactive 10211 N Hyaleah Rd Tampa, FL 33617 | | | Goods, services, monies owed and/or received | | | X | $2.00 |

Sheet no. **91** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            **275.90**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> DGR Systems, LLC <br> 13555 Automotive Blvd. <br> Suite 420 <br> Clearwater, FL 33762 | | | Goods, services, monies owed and/or received | | | X | $55,299.80 |
| **ACCOUNT NO.** <br><br> DGSDRES Perimeter Center <br> 110 Bank Street <br> 3rd FLoor <br> Richmond, VA 23219 | | | Goods, services, monies owed and/or received | | | X | $520.32 |
| **ACCOUNT NO.** <br><br> Diamond Springs <br> PO Box 38668 <br> Richmond, VA 23231 | | | Goods, services, *monies owed and/or received | | | X | $590.52 |
| **ACCOUNT NO.** <br><br> Discoverorg.com <br> 12518 NE 95th Street <br> Vancouver, WA 98682 | | | Goods, services, monies owed and/or received | | | X | $5,495.00 |

Sheet no. **92** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **61,905.64**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CRS Holding of America, LLC**                      ,          Case No.  **14-10142**
_____          _____
            **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Divanti Group LLC** <br> **26055 Emory Rd** <br> **Unit C** <br> **Warrensville Hts, OH 44128** | | | **Goods, services, monies owed and/or received** | | | X | **$3,924.50** |
| **ACCOUNT NO.** <br><br> **Division of Mine Permits** <br> **2 Hudson Hollow Road** <br> **Frankfort, KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | **$575.97** |
| **ACCOUNT NO.** <br><br> **Division of Public Defender Services** <br> **30 Trinity Street** <br> **Hartford, CT 06106** | | | **Goods, services, *monies owed and/or received** | | | X | **$670.87** |
| **ACCOUNT NO.** <br><br> **Division of Technology - SC** <br> **4430 Broad River Road** <br> **Columbia, SC 29210** | | | **Goods, services, monies owed and/or received** | | | X | **$280.68** |

Sheet no. **93** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,452.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**       ,        Case No. **14-10142**
            **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **DMV Fiscal Services Treasurer, State of Connecticut 60 State Street Wethersfield, CT 06161** | | | **Goods, services, monies owed and/or received** | | | X | **$540.10** |
| **ACCOUNT NO.** **Dorchester School District Two 102 Green Wave Blvd Summerville, SC 29483** | | | **Goods, services, monies owed and/or received** | | | X | **$968.68** |
| **ACCOUNT NO.** **Doug Belden, Tax Collector PO Box 172920 Tampa, FL 33672-0920** | | | **Goods, services, *monies owed and/or received** | | | X | **$12,950.23** |
| **ACCOUNT NO.** **DTI Data 1155 Pasadena Ave. So. #H South Pasadena, FL 33707** | | | **Goods, services, monies owed and/or received** | | | X | **$100.00** |

Sheet no. **94** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **14,559.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,     Case No. **14-10142**
              **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Duke Energy <br> PO Box 70516 <br> Charlotte, NC 28272-0516 | | | Goods, services, monies owed and/or received | | | X | $4,723.16 |
| ACCOUNT NO. <br><br> Duke Energy:Cincinnati <br> 139 E. 4th Street <br> Cincinnati, OH 45202 | | | Goods, services, monies owed and/or received | | | X | $4,637.31 |
| ACCOUNT NO. <br><br> DunRite Mobile Trailer Svc., LLC <br> 150 Distant Lane <br> Chapin, SC 29036 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> Dunstable School District (Groton) <br> 344 Main Street <br> Groton, MA 01450 | | | Goods, services, monies owed and/or received | | | X | $122.98 |

Sheet no. **95** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **9,483.45**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                                    ,          Case No. **14-10142**
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **DuPage County : City of Wood Dale** <br> **404 N. Wood Dale Rd** <br> **Wood Dale, IL 60191** | | | Goods, services, monies owed and/or received | | | X | $86.68 |
| **ACCOUNT NO.** <br><br> **DuPage County York Township Highway** <br> **19W 475 Roosevelt Rd** <br> **Lombard, IL 60148** | | | Goods, services, monies owed and/or received | | | X | $26.27 |
| **ACCOUNT NO.** <br><br> **DuPage County: Addison Township** <br> **411 W Potter** <br> **Wood Dale, IL 60191** | | | Goods, services, *monies owed and/or received | | | X | $18.02 |
| **ACCOUNT NO.** <br><br> **DuPage County: City of Naperville** <br> **180 Ft. Hill Dr** <br> **Naperville, IL 60540** | | | Goods, services, monies owed and/or received | | | X | $5,521.39 |

Sheet no. **96** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,652.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC__ ,     Case No. __14-10142__
           **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **DuPage County: City of Westmont** <br> **328 S Wilmette Ave** <br> **Westmont, IL 60559** | | | **Goods, services, monies owed and/or received** | | | X | $133.25 |
| **ACCOUNT NO.** <br><br> **DuPage County: City of Wheaton** <br> **303 W Wesley St** <br> **Box 727** <br> **Wheaton, IL 60187** | | | **Goods, services, monies owed and/or received** | | | X | $2,701.40 |
| **ACCOUNT NO.** <br><br> **DuPage County: Downers Grove-Special Collection** <br> **801 Burlington Ave** <br> **Downers Grove, IL 60515** | | | **Goods, services, *monies owed and/or received** | | | X | $2,634.70 |
| **ACCOUNT NO.** <br><br> **DuPage County: Drop Offs** <br> **421 N County Farm Rd** <br> **Wheaton, IL 60187** | | | **Goods, services, monies owed and/or received** | | | X | $56.56 |

Sheet no. __97__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $     **5,525.91**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **DuPage County: Glendale Heights** <br> **300 Civic Center Plaza** <br> **Glendale Heights, IL 60139** | | | **Goods, services, monies owed and/or received** | | | X | **$94.01** |
| **ACCOUNT NO.** <br><br> **DuPage County: Hanover Park** <br> **2121 Lake St** <br> **Hanover Park, IL 60133** | | | **Goods, services, monies owed and/or received** | | | X | **$1,845.12** |
| **ACCOUNT NO.** <br><br> **DuPage County: Molex Incorporated** <br> **2222 Wellington Ct** <br> **Lisle, IL 60532** | | | **Goods, services, *monies owed and/or received** | | | X | **$1.75** |
| **ACCOUNT NO.** <br><br> **DuPage County:Village of Bensenville** <br> **717 E. Jefferson Street** <br> **Bensenville, IL 60160** | | | **Goods, services, monies owed and/or received** | | | X | **$49.21** |

Sheet no. **98** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,990.09**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> DuPage County:Village of Glen Ellyn <br> 535 Duane Street <br> Glen Ellyn, IL 60137 | | | **Goods, services, monies owed and/or received** | | | X | $4,023.07 |
| **ACCOUNT NO.** <br><br> DuPage County:Village of Lisle <br> 925 Burlington Ave <br> Lisle, IL 60532 | | | **Goods, services, monies owed and/or received** | | | X | $4,951.46 |
| **ACCOUNT NO.** <br><br> DuPage County:Village of Schaumburg Public Works <br> S Plum Grove Rd <br> Schaumburg, IL 60193 | | | **Goods, services, *monies owed and/or received** | | | X | $4,570.35 |
| **ACCOUNT NO.** <br><br> DuPage County:Village of Woodridge <br> 5 Plaza Dr <br> Woodridge, IL 60517 | | | **Goods, services, monies owed and/or received** | | | X | $1,337.35 |

Sheet no. **99** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **14,882.23**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**_____,        Case No. **14-10142**_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Durham County Government 200 E Main Street, 4th Floor Jacqueline Boyce Durham , NC 27705** | | | Goods, services, monies owed and/or received | | | X | $412.45 |
| **ACCOUNT NO.**<br><br>**Durham Public Schools 1817 Hamlin Rd Durham, NC 27704** | | | Goods, services, monies owed and/or received | | | X | $2,383.74 |
| **ACCOUNT NO.**<br><br>**DWC IT New York Life: IT: New York Life 51 Madison Ave Room 304-D9 New York , NY 10010** | | | Goods, services, *monies owed and/or received | | | X | $734.05 |
| **ACCOUNT NO.**<br><br>**DWC- IT- New York Life:NJ 51 Madison Avenue New Yrok, NY 10010** | | | Goods, services, monies owed and/or received | | | X | $850.65 |

Sheet no. **100** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **4,380.89**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DWC: IT <br> DWC 4950 Keller Springs Rd #415 <br> Addison , TX 75001 | | | Goods, services, monies owed and/or received | | | X | $1,759.95 |
| ACCOUNT NO. <br><br> Dyer County Solid Waste <br> 1910 Pioneer Road <br> Dyersburg, TN 38024 | | | Goods, services, monies owed and/or received | | | X | $1,461.33 |
| ACCOUNT NO. <br><br> EarthSavers Recycling, LLC <br> PO Box 60945 <br> Nashville, TN 37206 | | | Goods, services, *monies owed and/or received | | | X | $859.50 |
| ACCOUNT NO. <br><br> East Haddam School District - CTSC <br> 7 Main Street <br> East Haddam, CT 06423 | | | Goods, services, monies owed and/or received | | | X | $853.03 |

Sheet no. **101** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,933.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,    Case No. **14-10142**_____
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **East Hampton Public Schools 94 Main Street East Hampton, CT 06424** | | | **Goods, services, monies owed and/or received** | | | X | **$1,910.93** |
| **ACCOUNT NO.** <br><br> **East Haven Public Library Inc (CTSC) Hagaman Memorial Library 227 Main Street East Haven, CT 06512** | | | **Goods, services, monies owed and/or received** | | | X | **$26.28** |
| **ACCOUNT NO.** <br><br> **East Windsor School District 38 Main Street Broad Brook, CT 01016** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,170.21** |
| **ACCOUNT NO.** <br><br> **Eastern Kentucky Veterans Center 200 Veterans Dr Hazard, KY 41701** | | | **Goods, services, monies owed and/or received** | | | X | **$154.98** |

Sheet no. **102** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,262.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. __14-10142__
                      **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Eastern Lift Truck Co., Inc. <br> PO Box 307 <br> Maple Shade , NJ 08052 | | | Goods, services, monies owed and/or received | | | X | $373.00 |
| **ACCOUNT NO.** <br><br> Eastern State Hospital <br> 1711 Twilight Trail <br> Frankfort, KY 40601 | | | Goods, services, monies owed and/or received | | | X | $29.18 |
| **ACCOUNT NO.** <br><br> Echo Global Logistics <br> 22168 Network Place <br> Chicago, IL 60673-1221 | | | Goods, services, *monies owed and/or received | | | X | $348.00 |
| **ACCOUNT NO.** <br><br> ECPI University Virginia Beach <br> 5555 Greenwich Road <br> Suite 600 <br> Virginia Beach, VA 23462 | | | Goods, services, monies owed and/or received | | | X | $382.15 |

Sheet no. __103__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,132.33**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ECR World Inc<br>5002 Lindsay CT<br>China, CA 91710 | | | Goods, services, monies owed and/or received | | | X | $40,000.01 |
| ACCOUNT NO.<br><br>ECUA Sanitation<br>PO Box 15311<br>Pensacola, FL 32514 | | | Goods, services, monies owed and/or received | | | X | $228.00 |
| ACCOUNT NO.<br><br>Edgecombe County Dept. of Health & SS<br>201 Sait Andrew Street<br>Suite 414<br>Tarboro, NC 27886 | | | Goods, services, *monies owed and/or received | | | X | $109.35 |
| ACCOUNT NO.<br><br>Edgecombe County Solid Waste<br>PO Box 10<br>Tarboro, NC 27886 | | | Goods, services, monies owed and/or received | | | X | $437.65 |

Sheet no. **104** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **40,775.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Edgefield County School District** **3 Par Drive Bldg B** **Johnson, SC 29832** | | | Goods, services, monies owed and/or received | | | X | $416.73 |
| **ACCOUNT NO.** | | | | | | | |
| **Edison Township Public Schools** **3112 Pierson Ave** **Edison, NJ 08232** | | | Goods, services, monies owed and/or received | | | X | $327.85 |
| **ACCOUNT NO.** | | | | | | | |
| **Edmonson County Schools** **Edmonson Co board of Ed** **PO Box 129** **Brownsville, KY 42210** | | | Goods, services, *monies owed and/or received | | | X | $1,382.74 |
| **ACCOUNT NO.** | | | | | | | |
| **EDX** **1040 Willa Springs Drive** **Winter Springs, FL 32708** | | | Goods, services, monies owed and/or received | | | X | $827.03 |

Sheet no. **105** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **2,954.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Electrical Engineering Enterprises <br> 6115 Hartford Street <br> Tampa, FL 33619 | | | Goods, services, monies owed and/or received | | | X | $1,500.00 |
| ACCOUNT NO. <br><br> Elite Waste Services, LLC <br> 1415 S. Bloodworth Street <br> Raleigh , NC 27610 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> Elizabethtown Community & Technical College <br> 610 College Street Road <br> Elizabethtown, KY 42701 | | | Goods, services, *monies owed and/or received | | | X | $761.62 |
| ACCOUNT NO. <br><br> Elizabethtown Independent School District <br> 219 Helm St <br> Elizabethtown, KY 42701 | | | Goods, services, monies owed and/or received | | | X | $372.56 |

Sheet no. **106** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **2,634.18**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Elmhurst College <br> 190 Prospect Ave <br> Elmhurst, IL 60126 | | | Goods, services, monies owed and/or received | | | X | $689.35 |
| ACCOUNT NO. <br><br> Enhanced Recovery Company, LLC <br> 8014 Bayberry Rd <br> Jacksonville, FL 32256 | | | Goods, services, monies owed and/or received | | | X | $764.60 |
| ACCOUNT NO. <br><br> EPCUSA <br> 3941 Harry S Truman Blvd. <br> St. Charles, MO 63301 | | | Goods, services, *monies owed and/or received | | | X | $3,392.97 |
| ACCOUNT NO. <br><br> EQ-The Environmental Quality Co. <br> PO Box 673974 <br> Detroit, MI 48267-3974 | | | Goods, services, monies owed and/or received | | | X | $91,626.61 |

Sheet no. **107** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **96,473.53**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
             **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>eScrap<br>2220 E. 11th Avenue<br>Miami, FL 33013-4310 | | | **Goods, services, monies owed and/or received** | | | X | $13,432.95 |
| **ACCOUNT NO.**<br><br>eScreen, Inc.<br>Dept. 3143<br>PO box 123143<br>Dallas, TX 75312-3143 | | | **Goods, services, monies owed and/or received** | | | X | $2,506.50 |
| **ACCOUNT NO.**<br><br>Executive IT<br>PO Box 23271<br>St. Petersburg, FL 33742 | | | **Goods, services, \*monies owed and/or received** | | | X | $5,875.00 |
| **ACCOUNT NO.**<br><br>Exeter West Greenwich Regional School District<br>940 Nooseneck Hill Road<br>West Greenwich, RI 02817 | | | **Goods, services, monies owed and/or received** | | | X | $304.60 |

Sheet no. __108__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **22,119.05**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                     ,          Case No. **14-10142**
_____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> E-Z Pass Maryland <br>PO Box 17600 <br>Baltimore, MD 21297-7600 | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Fairfax County - DIT Gov Center <br>12000 Government Center Parkway <br>Fairfax , VA 22035 | | | **Goods, services, monies owed and/or received** | | | X | **$168.12** |
| **ACCOUNT NO.** <br><br> Fairfax County - South County Building <br>8350 Richmond Highway <br>Alexandria , VA 22309 | | | **Goods, services, *monies owed and/or received** | | | X | **$1,478.80** |
| **ACCOUNT NO.** <br><br> Fairfax County DPSM <br>12000 Government Center Parkway <br>Suite 527 <br>Fairfax, VA 22035 | | | **Goods, services, monies owed and/or received** | | | X | **$2,794.10** |

Sheet no. **109** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **4,441.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Fairfax County Government 12000 Government Center Pkwy Suite 527 Fairfax, VA 22035** | | | Goods, services, monies owed and/or received | | | X | $6,264.07 |
| **ACCOUNT NO.** **Fairfax County Government - Suite 427 12000 Government Center Pkwy Suite 427 Fairfax, VA 22035** | | | Goods, services, monies owed and/or received | | | X | $3,613.10 |
| **ACCOUNT NO.** **Fairfax County Public Schools 6800-B Industrial Rd Springfield , VA 22151** | | | Goods, services, *monies owed and/or received | | | X | $3,227.60 |
| **ACCOUNT NO.** **Fairfax County-DPSM MPSTOC 4890 ALliance Drive Fairfax, VA 22030** | | | Goods, services, monies owed and/or received | | | X | $2,782.80 |

Sheet no. **110** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **15,887.57**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Fairfield County Public Works** PO Box 60 Winnsboro, SC 29180 | | | Goods, services, monies owed and/or received | | | X | $341.77 |
| **ACCOUNT NO.** **Fairfield School District** 418 Meadow Street Fairfield, CT 06624 | | | Goods, services, monies owed and/or received | | | X | $88.39 |
| **ACCOUNT NO.** **Fairfield School District-Woods School-CT** 501 Kings Highway Fairfield, CT 06825 | | | Goods, services, *monies owed and/or received | | | X | $2,784.78 |
| **ACCOUNT NO.** **Fanyuanjie International Company** 14835 Proctor Ave Suite B City of Industry, CA 91746 | | | Goods, services, monies owed and/or received | | | X | $194.00 |

Sheet no. __111__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **3,408.94**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** , Case No. **14-10142**
                 **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Farrow Road Associates, LLC** <br> **Attn: L. Clinton Baker, Jr.** <br> **2 Office Park Court, Suite 103** <br> **Columbia, SC 29223** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Fayette County Public Schools KY** <br> **1126 Russell Cave road** <br> **Lexington, KY 40503** | | | **Goods, services, monies owed and/or received** | | | X | **$1,616.68** |
| **ACCOUNT NO.** <br><br> **Fayetteville State University Facilities Building** <br> **1200 Murchison Road** <br> **Fayetteville, NC 28301** | | | **Goods, services, *monies owed and/or received** | | | X | **$419.70** |
| **ACCOUNT NO.** <br><br> **Fed Ex** <br> **PO Box 660481** <br> **Dallas, TX 75266-0481** | | | **Goods, services, monies owed and/or received** | | | X | **$19,145.46** |

Sheet no. **112** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **21,181.84**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                 Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Federal Safety Compliance** <br> **389 E. Dania Beach Blvd.** <br> **Suite 152** <br> **Dania Beach, FL 33004** | | | Goods, services, monies owed and/or received | | | X | $289.50 |
| **ACCOUNT NO.** <br><br> **Ferrellgas** <br> **PO Box 173940** <br> **Denver, CO 80217-3940** | | | Goods, services, monies owed and/or received | | | X | $553.36 |
| **ACCOUNT NO.** <br><br> **Fiorenzano Comercio Exterior, LTC** <br> **Av. Getuilio Vargas 460** <br> **Villa Itjai, ***Creditor unsecured mailing state RMC*** 888303-220** | | | Goods, services, *monies owed and/or received | | | X | $13,419.28 |
| **ACCOUNT NO.** <br><br> **Fire Safe, Inc.** <br> **PO Box 21031** <br> **Baltimore, MD 21228-0531** | | | Goods, services, monies owed and/or received | | | X | $450.23 |

Sheet no. **113** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **14,712.37**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**First Advantage Background Services** <br>**7301 Calhoun Place** <br>**Rockville, MD 20855** | | | **Goods, services, monies owed and/or received** | | | X | **$20.50** |
| **ACCOUNT NO.** <br><br>**First Bank - NC** <br>**PO Box 508** <br>**Troy, NC 27371** | | | **Goods, services, monies owed and/or received** | | | X | **$3,299.08** |
| **ACCOUNT NO.** <br><br>**First Metal Group Pty Ltd** <br>**23 Bridge St Epping 2121** <br>**Unit 4** <br>**NSW, Australia** | | | **Goods, services, \*monies owed and/or received** | | | X | **$10,425.72** |
| **ACCOUNT NO.** <br><br>**FJS Family, LLC** <br>**19 E. Dudley Town Road** <br>**Bloomfield, CT 06002** | | | **Goods, services, monies owed and/or received** | | | X | **$4,780.68** |

Sheet no. **114** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **18,525.98**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (cont.)

In re  CRS Holding of America, LLC                          ,          Case No.  14-10142
                            Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FJS Family, LLC<br>19 E. Dudley Town Road<br>Bloomfield, CT 06002 | | | Goods, services, monies owed and/or received | | | X | $20,891.99 |
| ACCOUNT NO.<br><br>Flatiron Capital<br>Dept. 2165<br>Denver, CO 80271-2195 | | | Goods, services, monies owed and/or received | | | X | $19,265.35 |
| ACCOUNT NO.<br><br>Fleetmatics USA, Inc.<br>PO box 347472<br>Pittsburgh, PA 15251 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO.<br><br>Fleetone, LLC<br>MSC 30425<br>PO Box 41500<br>Nashville, TN 37241-5000 | | | Goods, services, monies owed and/or received | | | X | $4,175.09 |

Sheet no. **115** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **44,332.43**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Fleetpride**<br>**PO Box 740559**<br>**Atlanta, GA 30384** | | | Goods, services, monies owed and/or received | | | X | $175.14 |
| **ACCOUNT NO.**<br><br>**Florence 01 School District**<br>**319 South Dargan Street**<br>**Florence, SC 29506** | | | Goods, services, monies owed and/or received | | | X | $207.39 |
| **ACCOUNT NO.**<br><br>**Florence 3 Schools**<br>**PO Drawer 1389**<br>**Lake City, SC 29560** | | | Goods, services, *monies owed and/or received | | | X | $317.47 |
| **ACCOUNT NO.**<br><br>**Florence Darlington Technical College**<br>**2715 W Lucas St**<br>**Florence, SC 29501** | | | Goods, services, monies owed and/or received | | | X | $1,816.33 |

Sheet no. **116** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **2,516.33**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,        Case No. **14-10142**_____
                         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Florida Atlantic University Property Management Dept 777 Glades Rd Boca Raton, FL 33431** | | | Goods, services, monies owed and/or received | | | X | $2,035.00 |
| **ACCOUNT NO.** **Florida Combined Life PO Box 740559 Atlanta, GA 30374-0559** | | | Goods, services, monies owed and/or received | | | X | $18,818.72 |
| **ACCOUNT NO.** **Florida Crystals Corporation 626 N Dixie Hwy West Palm Beach, FL 33445** | | | Goods, services, *monies owed and/or received | | | X | $747.35 |
| **ACCOUNT NO.** **Florida Department of Revenue 6302 E. Dr. Martin Luther King Suite 100 Tampa, FL 33619-1166** | | | Goods, services, monies owed and/or received | | | X | $2,204.44 |

Sheet no. **117** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **23,805.51**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Florida Department of Revenue <br> PO Box 8045 <br> Tallahassee , FL 32314-8045 | | | Goods, services, monies owed and/or received | | | X | $131.97 |
| ACCOUNT NO. <br><br> Florida Division of Motor Vehicles <br> Bureau of Motor Carrier Services <br> Tallahassee, FL 32399 | | | Goods, services, monies owed and/or received | | | X | $164.00 |
| ACCOUNT NO. <br><br> Florida East Coast Railway <br> 7411 Fullerton Street <br> Suite 101 <br> Jacksonville, FL 32256 | | | Goods, services, *monies owed and/or received | | | X | $620.46 |
| ACCOUNT NO. <br><br> Florida Lift Gas, Inc. <br> PO Box 89951 <br> Tampa, FL 33689 | | | Goods, services, monies owed and/or received | | | X | $2,176.44 |

Sheet no. **118** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **3,092.87**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re CRS Holding of America, LLC _____,          Case No. 14-10142 _____
               Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Florida Power & Light**<br>**9250 W Flagler St**<br>**Miami, FL 33174** | | | **Goods, services, monies owed and/or received** | | | X | $69,259.75 |
| **ACCOUNT NO.**<br><br>**Florida State College at Jacksonville**<br>**11 West State St**<br>**Jacksonville, FL 32202** | | | **Goods, services, monies owed and/or received** | | | X | $1,574.50 |
| **ACCOUNT NO.**<br><br>**Floyd County Schools KY**<br>**106 N Front Ave**<br>**Prestonburg, KY 41653** | | | **Goods, services, *monies owed and/or received** | | | X | $3,494.19 |
| **ACCOUNT NO.**<br><br>**Focus Technologies**<br>**5971 Cattleridge Blvd**<br>**Suite 101**<br>**Sarasota, FL 34232** | | | **Goods, services, monies owed and/or received** | | | X | $57.60 |

Sheet no. __119__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   74,386.04

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re CRS Holding of America, LLC                ,            Case No. 14-10142
                            Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Forklifts, Inc.<br>7406 Fairfield Road<br>Columbia, SC 29203 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO.<br><br>Fort Mill Schools<br>2233 Deerfield Dr<br>Fort Mill, SC 29715 | | | Goods, services, monies owed and/or received | | | X | $1,048.72 |
| ACCOUNT NO.<br><br>Francis Marion University<br>4822 E Palmetto St<br>Florence, SC 29501 | | | Goods, services, *monies owed and/or received | | | X | $1,519.67 |
| ACCOUNT NO.<br><br>Frankfort Independent Schools<br>328 Shelby Street<br>Frankfort, KY 40601 | | | Goods, services, monies owed and/or received | | | X | $263.90 |

Sheet no. 120 of 334 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 2,832.29

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Franklin County Schools KY** <br> **916 E Main St** <br> **Frankfort, KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | $1,155.63 |
| **ACCOUNT NO.** <br><br> **Free Press Publishing Company, Inc.** <br> **1010 W. Cass Street** <br> **Tampa , FL 33606** | | | **Goods, services, monies owed and/or received** | | | X | $48.00 |
| **ACCOUNT NO.** <br><br> **Frontier** <br> **PO Box 20550** <br> **Rochester, NY 14602-0550** | | | **Goods, services, *monies owed and/or received** | | | X | $466.53 |
| **ACCOUNT NO.** <br><br> **FUJIFILM Diosynth Biotecnologies USA, Inc** <br> **101 J Morris Commons Lane** <br> **Morrisville, NC 27560** | | | **Goods, services, monies owed and/or received** | | | X | $149.00 |

Sheet no. **121** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,819.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,     Case No. **14-10142** _____
               **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Fulton County Government**<br>**79 Milton Ave SE**<br>**Atlanta, GA 30303** | | | **Goods, services, monies owed and/or received** | | | X | $1,839.62 |
| ACCOUNT NO.<br><br>**Gallatin County Schools**<br>**75 Boardwalk**<br>**Warsaw, KY 41095** | | | **Goods, services, monies owed and/or received** | | | X | $441.29 |
| ACCOUNT NO.<br><br>**GAPS**<br>**500 Mero St.**<br>**Frankfort , KY 40601** | | | **Goods, services, *monies owed and/or received** | | | X | $108.20 |
| ACCOUNT NO.<br><br>**Garrard County Schools**<br>**322 W Naple Ave**<br>**Lancaster, KY 40444** | | | **Goods, services, monies owed and/or received** | | | X | $1,738.10 |

Sheet no. **122** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                  Subtotal▶    $      **4,127.21**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __CRS Holding of America, LLC_____ ,          Case No. __14-10142_____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Gateway Community College CT** <br> **20 Church Street** <br> **Room N325** <br> **New Haven, CT 06510** | | | **Goods, services, monies owed and/or received** | | | X | $298.23 |
| **ACCOUNT NO.** <br><br> **GC Services** <br> **1775 Interstate Drive** <br> **Lakeland, FL 33805** | | | **Goods, services, monies owed and/or received** | | | X | $902.40 |
| **ACCOUNT NO.** <br><br> **GE Appliance** <br> **AP6-206** <br> **Louisville, KY 40225** | | | **Goods, services, *monies owed and/or received** | | | X | $252.04 |
| **ACCOUNT NO.** <br><br> **Gene Hyde Logistics, Inc.** <br> **PO Box 3797** <br> **Lakeland, FL 33802** | | | **Goods, services, monies owed and/or received** | | | X | $450.00 |

Sheet no.__123__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ | **1,902.67**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**          ,          Case No. **14-10142**
_____                              _____
**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>George Mason University <br>MSN 5C6 <br>4400 University Dr <br>Fairfax, VA 22030 | | | Goods, services, monies owed and/or received | | | X | $3,535.64 |
| **ACCOUNT NO.** <br><br>Georgetown County School <br>400 S Kaminski St <br>Georgetown, SC 29440 | | | Goods, services, monies owed and/or received | | | X | $1,109.17 |
| **ACCOUNT NO.** <br><br>Georgetown County Solid Waste <br>201 Landfill Rd <br>Georgetown, SC 29440 | | | Goods, services, *monies owed and/or received | | | X | $1,095.85 |
| **ACCOUNT NO.** <br><br>Georgetown Technical College, Horry <br>2050 Highway 501 East <br>Conway, SC 29526 | | | Goods, services, monies owed and/or received | | | X | $1,204.93 |

Sheet no. **124** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,945.59**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
_____          _____
              **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Georgetown University** <br>**B-24 Harbin Hall** <br>**3300 Whitehaven Street, RM 2000** <br>**Washington , DC 20007** | | | **Goods, services, monies owed and/or received** | | | X | $1,729.55 |
| **ACCOUNT NO.** <br><br>**Georgia Department of Administrative Services** <br>**200 Piedmont Ave** <br>**Suite 1802** <br>**Atlanta, GA 30334** | | | **Goods, services, monies owed and/or received** | | | X | $166,601.89 |
| **ACCOUNT NO.** <br><br>**Georgia Power Company** <br>**62 Lake Mirror Rd** <br>**Bldg 2B, Bin 50025** <br>**Forest Park, GA 30297** | | | **Goods, services, \*monies owed and/or received** | | | X | $2,135.60 |
| **ACCOUNT NO.** <br><br>**German Electronics** <br>**PO Box 757** <br>**Indian Rocks, FL 33785** | | | **Goods, services, monies owed and/or received** | | | X | $0.20 |

Sheet no. **125** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **170,467.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____
Debtor                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> GI VII Tampa East, LLC <br> Attn:  Corporation Service Company <br> 1201 Hays St. <br> Tallahassee, FL 32301-2525 | | | Goods, services, monies owed and/or received | | | | 110992.77 |
| **ACCOUNT NO.** <br><br> Gibson County Solid Waste <br> 1 Court Square <br> Courthouse Suite 200 <br> Trenton, TN 38382 | | | Goods, services, monies owed and/or received | | | X | $722.19 |
| **ACCOUNT NO.** <br><br> Glasglow Electric Plant Board <br> 100 Mallory Road <br> Glasgow, KY 42141 | | | Goods, services, *monies owed and/or received | | | X | $165.60 |
| **ACCOUNT NO.** <br><br> Glasgow Independent Schools <br> 629 West Cherry St <br> Glasgow, KY 42141 | | | Goods, services, monies owed and/or received | | | X | $941.59 |

Sheet no. **126** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **1,829.38**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                            ,          Case No. **14-10142**
_____                                    _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Glenn Rasmussen, PA**<br>**100 S. Ashley Drive**<br>**Tampa, FL 33602** | | | **Goods, services, monies owed and/or received** | | | X | **$29,755.46** |
| **ACCOUNT NO.**<br><br>**Gold Leaf**<br>**PO Box 51228**<br>**Dubai, UAE** | | | **Goods, services, monies owed and/or received** | | | X | **$12.00** |
| **ACCOUNT NO.**<br><br>**Golden Sun LLC**<br>**1105 Camphor Glen Ct**<br>**Valrico, FL 33594** | | | **Goods, services, *monies owed and/or received** | | | X | **$23.00** |
| **ACCOUNT NO.**<br><br>**Goochland County**<br>**PO Box 10**<br>**Goochland, VA 23063** | | | **Goods, services, monies owed and/or received** | | | X | **$331.20** |

Sheet no. **127** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $  **30,121.66**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Government of the District of Columbia<br>2100 Adams Place NE<br>Washington, DC 20018 | | | Goods, services, monies owed and/or received | | | X | $7,847.88 |
| **ACCOUNT NO.**<br><br>GPS Paducah Recycle Now<br>1830 N 8th St<br>Padacuh, ky 42002 | | | Goods, services, monies owed and/or received | | | X | $608.72 |
| **ACCOUNT NO.**<br><br>Grainger<br>Department 842735169<br>PO Box 419267<br>Kansas City , MO 64141 | | | Goods, services, *monies owed and/or received | | | X | $11,886.96 |
| **ACCOUNT NO.**<br><br>Granville County Schools<br>2652 Hwy 56<br>Creedmoor, NC 27522 | | | Goods, services, monies owed and/or received | | | X | $365.40 |

Sheet no. **128** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,708.96**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                             _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Graphcom 1375 Highlands Ridge Rd SE Smyrna, GA 30082 | | | Goods, services, monies owed and/or received | | | X | $100.00 |
| **ACCOUNT NO.** Graves County Schools 2290 St RT 121 N Mayfield , NY 42066 | | | Goods, services, monies owed and/or received | | | X | $2,736.52 |
| **ACCOUNT NO.** Gray Robinson PO Box 3068 Orlando, FL 32802 | | | Goods, services, *monies owed and/or received | | | X | $3,029.50 |
| **ACCOUNT NO.** Grayson County School District PO Box 4009 Leitchfield, KY 42755 | | | Goods, services, monies owed and/or received | | | X | $1,770.92 |

Sheet no. **129** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **7,636.94**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,          Case No. **14-10142**_____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **GRC Tampa Tire Center** <br> **PO Box 910530** <br> **Denver, CO 80291-0530** | | | Goods, services, monies owed and/or received | | | X | $505.64 |
| **ACCOUNT NO.** <br><br> **Green Recycling Solution** <br> **510 Pearl Street** <br> **Bew Albany, IN** | | | Goods, services, monies owed and/or received | | | X | $1,095.60 |
| **ACCOUNT NO.** <br><br> **Green River Correctional Complex** <br> **1200 River Road** <br> **Central City, KY 42330** | | | Goods, services, *monies owed and/or received | | | X | $269.40 |
| **ACCOUNT NO.** <br><br> **Green River Regional Educational Cooperation** <br> **1230 Technology Way** <br> **Bowling Green, KY 42101** | | | Goods, services, monies owed and/or received | | | X | $6.66 |

Sheet no.__**130**__of__**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,877.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
_____
            **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Greeneye Partners**<br>**13850 Dory Avenue**<br>**Apple Valley, MN 55124** | | | Goods, services, monies owed and/or received | | | X | $8,485.00 |
| **ACCOUNT NO.**<br><br>**Greenup County Schools**<br>**196 Musketeer Drive**<br>**Greenup, KY 41144** | | | Goods, services, monies owed and/or received | | | X | $1,031.05 |
| **ACCOUNT NO.**<br><br>**Greenup County Schools -**<br>**Wurtland Elementary School**<br>**611 East Street**<br>**Wurtland, KY 41144** | | | Goods, services, *monies owed and/or received | | | X | $228.18 |
| **ACCOUNT NO.**<br><br>**Greenup County Schools -**<br>**Wurtland Middle School**<br>**700 Center Street**<br>**Wurtland, KY 41144** | | | Goods, services, monies owed and/or received | | | X | $75.36 |

Sheet no. **131** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **9,819.59**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____Debtor_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Greenup County Schools: Greysbranch Elementary 196 Musketeer Drive Greenup, KY 41144** | | | **Goods, services, monies owed and/or received** | | | X | **$98.12** |
| **ACCOUNT NO.** <br><br> **Greenville County Health 200 University Ridge Greenville, SC 29601** | | | **Goods, services, monies owed and/or received** | | | X | **$197.28** |
| **ACCOUNT NO.** <br><br> **Greenville County Information Systems 301 University Ridge Greenville, SC 29601** | | | **Goods, services, *monies owed and/or received** | | | X | **$3,398.59** |
| **ACCOUNT NO.** <br><br> **Greenville County Library System 25 Heritage Green Place Greenville, SC 29601** | | | **Goods, services, monies owed and/or received** | | | X | **$799.50** |

Sheet no. **132** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,493.49**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __CRS Holding of America, LLC_____ ,    Case No. __14-10142_____
                       **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Greenville County Schools - SDGC Procurement Department 2 Space Drive Taylors , SC 29687** | | | Goods, services, monies owed and/or received | | | X | $532.78 |
| **ACCOUNT NO.** <br><br> **Greenville County Schools SC 2 Space Dr Taylors, SC 29687** | | | Goods, services, monies owed and/or received | | | X | $36,783.08 |
| **ACCOUNT NO.** <br><br> **Greenville County Solid Waste Division 11075 Augusta Rd Honea Path , SC 29654** | | | Goods, services, *monies owed and/or received | | | X | $2,539.28 |
| **ACCOUNT NO.** <br><br> **Greenville Technical College PO Box 5616 Greenville, SC 29606** | | | Goods, services, monies owed and/or received | | | X | $1,138.04 |

Sheet no. __133__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $      **40,993.18**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Grid One Solutions** <br>**5564 Essen Lane** <br>**Baton Rouge, LA 70809** | | | **Goods, services, monies owed and/or received** | | | X | **$50,541.72** |
| ACCOUNT NO. <br><br> **Griswold School District (CTSC)** <br>**267 Slater Avenue** <br>**Griswold, CT 06351** | | | **Goods, services, monies owed and/or received** | | | X | **$0.90** |
| ACCOUNT NO. <br><br> **Grundy County Schools** <br>**PO Box 97** <br>**Altamont, TN 37301** | | | **Goods, services, \*monies owed and/or received** | | | X | **$334.62** |
| ACCOUNT NO. <br><br> **Guilford Public School** <br>**280 South Union Street** <br>**Guilford , CT 06437** | | | **Goods, services, monies owed and/or received** | | | X | **$594.54** |

Sheet no. **134** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **51,471.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                              ,          Case No. **14-10142**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gulfside Regional Hospice <br> 6117 Trouble Creek Road <br> New Port Richey, FL 34653 | | | Goods, services, monies owed and/or received | | | X | $83.40 |
| ACCOUNT NO. <br><br> H&M Container Transport <br> 65 East 9th Court <br> Hialeah, FL 33010 | | | Goods, services, monies owed and/or received | | | X | $8,235.00 |
| ACCOUNT NO. <br><br> Habitat for Humanity of Pitt County Inc <br> 210 E 14th #D <br> Greenville, NC 27858 | | | Goods, services, *monies owed and/or received | | | X | $6.90 |
| ACCOUNT NO. <br><br> Habitat for Humanity Restore <br> 5501 Durham Chapel Hill <br> Durham , NC 27707 | | | Goods, services, monies owed and/or received | | | X | $182.25 |

Sheet no. **135** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **8,507.55**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                          **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Habitat for Humanity: Golsboro** <br> **124 E. Mulberry St.** <br> **Goldsboro, NC 27530** | | | **Goods, services, monies owed and/or received** | | | X | **$10.80** |
| **ACCOUNT NO.** <br><br> **Halifax Community College** <br> **100 College Dr** <br> **Weldon , NC 27890** | | | **Goods, services, monies owed and/or received** | | | X | **$196.00** |
| **ACCOUNT NO.** <br><br> **Hamilton Wenham School District** <br> **5 Central Street** <br> **Wenham , MA 01982** | | | **Goods, services, *monies owed and/or received** | | | X | **$369.97** |
| **ACCOUNT NO.** <br><br> **Hampton University** <br> **657 Huntington Road** <br> **Hampton, VA 23668** | | | **Goods, services, monies owed and/or received** | | | X | **$608.00** |

Sheet no. **136** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,184.77**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**_____ ,          Case No. __14-10142_____
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hannover Life Reassurance Company of America<br>200 S. Orange Avenue<br>Suite 1900<br>Orlando, FL 32801 | | | Goods, services, monies owed and/or received | | | X | $350.00 |
| ACCOUNT NO.<br><br>Hanover Park Parks<br>1919 Walnut St<br>Hanover Park, IL 60133 | | | Goods, services, monies owed and/or received | | | X | $442.20 |
| ACCOUNT NO.<br><br>Hardee County Schools<br>PO Drawer 1678<br>Wauchula, FL 33873 | | | Goods, services, *monies owed and/or received | | | X | $96.00 |
| ACCOUNT NO.<br><br>Hardin County Schools<br>209 Corporate Dr<br>Elizabethtown, KY 42701 | | | Goods, services, monies owed and/or received | | | X | $7,398.50 |

Sheet no. __137__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **8,286.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**       ,      Case No. **14-10142**
       **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Hardin County Solid Waste**<br>**465 Main Street**<br>**Savannah, TN 38372** | | | **Goods, services, monies owed and/or received** | | | X | $469.90 |
| **ACCOUNT NO.**<br><br>**Harford County Schools**<br>**Office of Technology**<br>**102 South Hickory Ave**<br>**Bel Air , MD 21014** | | | **Goods, services, monies owed and/or received** | | | X | $17,886.00 |
| **ACCOUNT NO.**<br><br>**Harnett Computer Services**<br>**PO Box 758**<br>**Lillintong, NC 27546** | | | **Goods, services, \*monies owed and/or received** | | | X | $912.68 |
| **ACCOUNT NO.**<br><br>**Harris Fire Protection**<br>**50 Kane Street**<br>**Baltimore, MD 21224-2095** | | | **Goods, services, monies owed and/or received** | | | X | $1,233.76 |

Sheet no. **138** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **20,502.34**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                Case No. **14-10142**
 _____                _____
                **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Harrisburg Area Community College <br> 1641 Old Philadelphia Pike <br> Lancaster , PA 17602 | | | Goods, services, monies owed and/or received | | | X | $75.52 |
| ACCOUNT NO. <br><br> Harrisburg School District <br> 2101 North Front Street, BLDG #2 <br> Harrisburg, PA 17110 | | | Goods, services, monies owed and/or received | | | X | $1,168.60 |
| ACCOUNT NO. <br><br> Harrison County Beautification Commission <br> PO Drawer CC <br> Gulfport , MS 39502 | | | Goods, services, *monies owed and/or received | | | X | $38.79 |
| ACCOUNT NO. <br><br> Harrison County Solid Waste Authority <br> 115 Rosemar Rd. Ste. 2 <br> Parkersburg, WV 26104 | | | Goods, services, monies owed and/or received | | | X | $46.71 |

Sheet no. **139** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **1,329.62**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Hartford Hospital** <br>**80 Seymour Street** <br>**Hartford, CT 06102** | | | **Goods, services, monies owed and/or received** | | | X | **$3,381.22** |
| **ACCOUNT NO.** <br><br> **Hartford Public Schools** <br>**388 Wethersfield Avenue** <br>**Hartford, CT 06114** | | | **Goods, services, monies owed and/or received** | | | X | **$3,234.56** |
| **ACCOUNT NO.** <br><br> **Hauser's Truck Service, Inc.** <br>**850 Church Street** <br>**Catasauqua, PA 18032** | | | **Goods, services, \*monies owed and/or received** | | | X | **$976.26** |
| **ACCOUNT NO.** <br><br> **HB Swoffrod AVC School** <br>**5620 Highway 11** <br>**Inman, SC 29349** | | | **Goods, services, monies owed and/or received** | | | X | **$322.50** |

Sheet no. **140** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **7,914.54**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                                ,      Case No. **14-10142**
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hebron Public Schools - Hebron Board of Education (CTSC) <br> 580 Gilead Street <br> Hebron, CT 06248 | | | Goods, services, monies owed and/or received | | | X | $668.93 |
| ACCOUNT NO. <br><br> Henderson Community College <br> 2660 S. Main Street <br> Henderson, KY 42420 | | | Goods, services, monies owed and/or received | | | X | $114.64 |
| ACCOUNT NO. <br><br> Henderson County Schools <br> 1715 2nd Street <br> Henderson, KY 42420 | | | Goods, services, *monies owed and/or received | | | X | $2,001.48 |
| ACCOUNT NO. <br><br> Henry County Public Works <br> 533 Hampton Road <br> McDonough, GA 30253 | | | Goods, services, monies owed and/or received | | | X | $1,023.80 |

Sheet no. **141** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **3,808.85**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                              ,            Case No. **14-10142**
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Henry County Solid Waste <br> PO Box 7 <br> Paris, TN 38242 | | | Goods, services, monies owed and/or received | | | X | $205.89 |
| ACCOUNT NO. <br><br> Heritage Propane Atlanta <br> 134 Jonesboro Road <br> Fairburn, GA 30213 | | | Goods, services, monies owed and/or received | | | X | $63.05 |
| ACCOUNT NO. <br><br> Highland County Schools <br> 240 Myers Moon Road <br> Montery, VA 24465 | | | Goods, services, *monies owed and/or received | | | X | $2,196.84 |
| ACCOUNT NO. <br><br> Hillsborough Area Regional Transit <br> 1201 E. 7th Avenue <br> Accounts Receivable <br> Tampa, FL 33605 | | | Goods, services, monies owed and/or received | | | X | $719.00 |

Sheet no. **142** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **3,184.78**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                        ,          Case No. **14-10142**
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Hillsborough County Aviation Authority** <br> **PO Box 22287** <br> **Tampa, FL 33622** | | | **Goods, services, monies owed and/or received** | | | X | **$2,685.00** |
| **ACCOUNT NO.** <br><br> **Hillsborough County Public Schools (4224 W. Crest Ave, Tampa, Florida 33614)** <br> **4224 W. Crest Ave** <br> **Tampa, FL 33614** | | | **Goods, services, monies owed and/or received** | | | X | **$51,999.56** |
| **ACCOUNT NO.** <br><br> **Hillsborough Education Foundation** <br> **2306 N. Howard Avenue** <br> **Tampa, FL 33607** | | | **Goods, services, \*monies owed and/or received** | | | X | **$2,500.00** |
| **ACCOUNT NO.** <br><br> **Hines Interest Limited** <br> **One Ravina Drive** <br> **Suite 1160** <br> **Atlanta, GA 30346** | | | **Goods, services, monies owed and/or received** | | | X | **$57.84** |

Sheet no. **143** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **57,242.40**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                        ,          Case No. **14-10142**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Hines Interests Limited 1201 West Peachtree St NW Suite 1710 Atlanta, GA 30309** | | | **Goods, services, monies owed and/or received** | | | X | $1,016.07 |
| **ACCOUNT NO.** <br><br> **Homer School District 33C 15733 Bell Road Homer Glen , IL 60491** | | | **Goods, services, monies owed and/or received** | | | X | $440.20 |
| **ACCOUNT NO.** <br><br> **Hong Da Trading 916 62nd Street Brooklyn, NY 11219** | | | **Goods, services, *monies owed and/or received** | | | X | $674.58 |
| **ACCOUNT NO.** <br><br> **Hopkinsville Community College PO Box 2100 Hokinsville, KY 42241** | | | **Goods, services, monies owed and/or received** | | | X | $8.78 |

Sheet no. **144** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | **2,139.63** |
| Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Horry County Schools** **335 Four Mile road** **Conway, SC 29526** | | | Goods, services, monies owed and/or received | | | X | $15,058.13 |
| **ACCOUNT NO.** **Horry County Solid Waste** **PO Box 1664** **Conway, SC 29528** | | | Goods, services, monies owed and/or received | | | X | $11,209.19 |
| **ACCOUNT NO.** **Hospital of Central Connecticut** **100 Grand Street** **New Britain, CT 06050** | | | Goods, services, *monies owed and/or received | | | X | $192.41 |
| **ACCOUNT NO.** **Housatonic Community College** **ATTN: Accounts Payables Department** **900 Lafayette Blvd** **Bridgeport, CT 06604** | | | Goods, services, monies owed and/or received | | | X | $2,469.02 |

Sheet no. **145** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          28,928.75

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re CRS Holding of America, LLC                    ,          Case No. 14-10142
                  **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Housatonic Valley Regional High School**<br>**246 Warren Turnpike**<br>**Falls Village , CT 06031** | | | **Goods, services, monies owed and/or received** | | | X | $396.46 |
| **ACCOUNT NO.**<br><br>**Howard County Director of Finance**<br>**PO Box 37237**<br>**Baltimore, MD 21297-3237** | | | **Goods, services, monies owed and/or received** | | | X | $47,456.34 |
| **ACCOUNT NO.**<br><br>**Huber Heights City Schools**<br>**5954 Longford Rd**<br>**Huber Heights , OH 45424** | | | **Goods, services, *monies owed and/or received** | | | X | $1,605.80 |
| **ACCOUNT NO.**<br><br>**Hustler Conveyor Company**<br>**4101 Crusher Drive**<br>**St. Charles, MO 63304-8695** | | | **Goods, services, monies owed and/or received** | | | X | $230.98 |

Sheet no. **146** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **49,689.58**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____            _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**HWS Resource Management**<br>**4357 Ferguson Dr**<br>**Suite 100**<br>**Cincinnati, OH 45245** | | | **Goods, services, monies owed and/or received** | | | X | **$24,230.76** |
| **ACCOUNT NO.**<br><br>**Hyde County Schools**<br>**PO Box 217**<br>**Swan Qaurter, NC 27885** | | | **Goods, services, monies owed and/or received** | | | X | **$41.85** |
| **ACCOUNT NO.**<br><br>**Hyde Park Capital Partners, LLC**<br>**701 N. Franklin Street**<br>**Tampa, FL 33602** | | | **Goods, services, *monies owed and/or received** | | | X | **$640.86** |
| **ACCOUNT NO.**<br><br>**Hyland Filter Service, Inc.**<br>**610 Locust Lane**<br>**Louisville, KY 40217** | | | **Goods, services, monies owed and/or received** | | | X | **$41.20** |

Sheet no. **147** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **24,954.67**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IAITAM <br> 4848 Munson St. NW <br> Canton, OH 44718 | | | Goods, services, monies owed and/or received | | | X | $2,990.00 |
| ACCOUNT NO. <br><br> IESI-MD Corporation <br> PO Box 650546 <br> Dallas, TX 75265-0546 | | | Goods, services, monies owed and/or received | | | X | $1,761.10 |
| ACCOUNT NO. <br><br> iHelp Computer Services <br> 314 Rosebank Ave. <br> Nashville, TN 37206 | | | Goods, services, *monies owed and/or received | | | X | $93.75 |
| ACCOUNT NO. <br><br> Illinois Department of Employment <br> PO Box 3637 <br> Springfield , IL 62701-3637 | | | Goods, services, monies owed and/or received | | | X | $3,812.81 |

Sheet no. **148** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **8,657.66**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532-5201** | | | **Goods, services, monies owed and/or received** | | | X | **$86.40** |
| **ACCOUNT NO.**<br><br>**Incorp Services, Inc.**<br>**PO 94438**<br>**Las Vegas, NV 89193-4438** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Indian Community School of Milwaukee**<br>**10405 W St. Marin's Road**<br>**Franklin, WI 53132** | | | **Goods, services, \*monies owed and/or received** | | | X | **$2,232.00** |
| **ACCOUNT NO.**<br><br>**Indiana University**<br>**c/o IU Surplus Stores**<br>**2931 East 10th street**<br>**Bloomington, IN 47408** | | | **Goods, services, monies owed and/or received** | | | X | **$11,109.30** |

Sheet no. **149** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **13,427.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** _____ ,      Case No. __14-10142__
           **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Indiana University IUPUI campus** <br>**980 Indiana Avenue** <br>**Indianapolis, IN 46202** | | | Goods, services, monies owed and/or received | | | X | $286.05 |
| **ACCOUNT NO.** <br><br> **Industrial Distribution Group** <br>**9407 Meridian Way** <br>**West Chester , OH 45069** | | | Goods, services, monies owed and/or received | | | X | $196.60 |
| **ACCOUNT NO.** <br><br> **Industrial Services of America** <br>**PO Box 32428** <br>**Louisville, KY 40232** | | | Goods, services, *monies owed and/or received | | | X | $16,696.25 |
| **ACCOUNT NO.** <br><br> **InnerWorkings** <br>**27011 Network Place** <br>**Chicago, IL 60673** | | | Goods, services, monies owed and/or received | | | X | $4,846.37 |

Sheet no. __150__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **22,025.27**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** , Case No. **14-10142**
 Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Innovative Crushing & Aggregate** <br> **2412 Millers Lane** <br> **Louisville, KY 40216** | | | Goods, services, monies owed and/or received | | | X | $2,275.00 |
| **ACCOUNT NO.** <br> **Inrad Optics- Sarasota** <br> **6455 Parkland Drive** <br> **Ssarasota, FL 34243** | | | Goods, services, monies owed and/or received | | | X | $27.90 |
| **ACCOUNT NO.** <br> **Inrego AB** <br> **Enhagsvagen 11** <br> **187 40 , Taby** | | | Goods, services, *monies owed and/or received | | | X | $1,599.00 |
| **ACCOUNT NO.** <br> **Internal Revenue Service** <br> **1211 Governor's Squard Blvd.** <br> **Room 426** <br> **Tallahassee, FL 32301-1380** | | | Goods, services, monies owed and/or received | | | X | **Unknown** |

Sheet no. **151** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,901.90**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                     ,                    Case No. **14-10142**
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> 3848 W. Columbus Drive <br> Tampa, FL 33607 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> International Finance Bank <br> 3663 SW 8th st. <br> Miami, FL 33135 | | | Goods, services, monies owed and/or received | | | X | $200.00 |
| ACCOUNT NO. <br><br> Intersection One, LLC <br> 979 Post Road East <br> Westport, CT 068802 | | | Goods, services, *monies owed and/or received | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Island Business Solutions <br> PO Box 67121 <br> St. Petersburg, FL 33736 | | | Goods, services, monies owed and/or received | | | X | $6,865.65 |

Sheet no. **152** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **7,065.65**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**      ,      Case No. **14-10142**
<br>                    **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ISRI Services Corporation <br> 1615 L Street NW <br> Suite 600 <br> Washington, DC 20036-5610 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> J & J Pallet <br> PO Box 583 <br> New Albany, IN 47150 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> J. J. Keller & Associates, Inc. <br> PO Box 548 <br> Neehah, WI 54957-0548 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> J. Sargeant Reynolds Community College <br> PO Box 85622 <br> Richmond, VA 23285 | | | Goods, services, monies owed and/or received | | | X | $3,407.12 |

Sheet no. **153** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **3,407.12**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
            **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**J. V. Manufacturing, Inc**<br>**PO Box 1088**<br>**Fort Smith, AZ 72902** | | | **Goods, services, monies owed and/or received** | | | X | **$1,168.61** |
| **ACCOUNT NO.**<br><br>**Jabez Group, LLC**<br>**220 Waterford Square**<br>**Suite C**<br>**Madison, MS 39110** | | | **Goods, services, monies owed and/or received** | | | X | **$11,153.43** |
| **ACCOUNT NO.**<br><br>**Jackson County Public Schools**<br>**526 Main Street South P.O. Box**<br>**McKee, KY 40447** | | | **Goods, services, *monies owed and/or received** | | | X | **$240.64** |
| **ACCOUNT NO.**<br><br>**Jackson Health System Capital Asset Department**<br>**169 East Flagler Street**<br>**Miami, FL 33131** | | | **Goods, services, monies owed and/or received** | | | X | **$3,017.50** |

Sheet no. **154** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **15,580.18**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,      Case No. **14-10142**
         **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jamaican Tech** <br> **11408 197th St** <br> **Jamaica, NY 11412** | | | Goods, services, monies owed and/or received | | | X | **$1,100.00** |
| **ACCOUNT NO.** <br><br> **Jefferson Community & Technical College** <br> **109 East Broadway** <br> **Louisville, KY 40202** | | | Goods, services, monies owed and/or received | | | X | **$560.22** |
| **ACCOUNT NO.** <br><br> **Jefferson Community and Technical College** <br> **1000 Valley College Drive** <br> **Louisville, KY 40272** | | | Goods, services, *monies owed and/or received | | | X | **$1,313.06** |
| **ACCOUNT NO.** <br><br> **Jefferson County Schools** <br> **2100 18th Street S** <br> **Birmingham, AL 35209** | | | Goods, services, monies owed and/or received | | | X | **$5,980.09** |

Sheet no. **155** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal▶   $      **8,953.37**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                          ,          Case No. **14-10142**
_____                    _____
                          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jefferson County Schools <br> 3001 Crittenden Dr <br> Louisville, KY 40209 | | | Goods, services, monies owed and/or received | | | X | $302.93 |
| ACCOUNT NO. <br><br> Jenkins Gas Co. of Pittsboro <br> PO Box 583 <br> Pittsboro, NC 27312-0745 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> Jingle Jeff Recycling Company <br> 2857 Executive Drive <br> Clearwater, FL 33762 | | | Goods, services, *monies owed and/or received | | | X | $66.00 |
| ACCOUNT NO. <br><br> John F. Lauro, P.A. <br> 101 E. Kennedy Boulevard <br> Suite 3100 <br> Tampa, FL 33602 | | | Goods, services, monies owed and/or received | | | X | $3,420.00 |

Sheet no. **156** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,788.93**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,          Case No. **14-10142** _____
                          **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Johns Hopkins University School of Medicine 2024 Monument Street Suite B1100 Baltimore, MD 21205** | | | Goods, services, monies owed and/or received | | | X | $372.38 |
| **ACCOUNT NO.** **Johnson City Solid Waste PO BOX 2150 Johnson City, TN 37601** | | | Goods, services, monies owed and/or received | | | X | $2,936.60 |
| **ACCOUNT NO.** **Joliet Public School District 86 420 N. Raynor Avenue Joliet, IL 60435** | | | Goods, services, *monies owed and/or received | | | X | $2,313.92 |
| **ACCOUNT NO.** **Judicial Department 1015 Sumter St Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $181.23 |

Sheet no. **157** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $          **5,804.13**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Junk King<br>125 Space Park South<br>Nashville, TN 37211 | | | Goods, services, monies owed and/or received | | | X | $107.20 |
| ACCOUNT NO.<br><br>JVC America Inc<br>2 JVC Road<br>Tuscaloosa, AL 35405 | | | Goods, services, monies owed and/or received | | | X | $291.00 |
| ACCOUNT NO.<br><br>JY Creative Holdings, Inc.<br>c/o Providence Family Offices<br>704 W. Bay Street<br>Tampa, FL 33606 | | | Goods, services, *monies owed and/or received | X | X | X | $46,559.87 |
| ACCOUNT NO.<br><br>K Force Services Corp<br>1001 E Palm Ave<br>Tampa, FL 33605 | | | Goods, services, monies owed and/or received | | | X | $1,020.00 |

Sheet no. **158** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **47,978.07**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**      ,      Case No. **14-10142**
          **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kankakee School District 111 240 Warren Ave. Kankakee, IL 60901** | | | Goods, services, monies owed and/or received | | | X | $101.00 |
| **ACCOUNT NO.** <br><br> **KEDC 904 Rose Road Ashland, KY 41102** | | | Goods, services, monies owed and/or received | | | X | $164.40 |
| **ACCOUNT NO.** <br><br> **Kenton County Schools 1055 Eaton Dr Ft. Wright , KY 41017** | | | Goods, services, *monies owed and/or received | | | X | $2,970.70 |
| **ACCOUNT NO.** <br><br> **Kentucky Commission on Human Rights 332 West Broadway 7th Floor Louisville, KY 40202** | | | Goods, services, monies owed and/or received | | | X | $174.46 |

Sheet no. **159** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,410.56**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kentucky Commonwealth Office of Technology 275 East Main Street Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $101.36 |
| ACCOUNT NO. <br><br> Kentucky Correctional Institution for Women 3000 Ash Avenue PO Box 337 Peewee Valley , KY 40056 | | | Goods, services, monies owed and/or received | | | X | $41.72 |
| ACCOUNT NO. <br><br> Kentucky Department for Environmental Protection 200 Fair Oaks Lane Frankfort , KY 40601 | | | Goods, services, *monies owed and/or received | | | X | $10.15 |
| ACCOUNT NO. <br><br> Kentucky Department for Libraries and Ar 300 Coffee Tree Rd. Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $59.93 |

Sheet no. **160** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **213.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                                    ,          Case No. **14-10142**
_____                              _____
                        **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kentucky Department of Agriculture - IT** <br>**500 Mero Street** <br>**7th Floor** <br>**Frankfort , KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | **$114.95** |
| **ACCOUNT NO.** <br><br> **Kentucky Department of Veterans Affairs** <br>**1111B Louisville Road** <br>**Frankfort , KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | **$77.61** |
| **ACCOUNT NO.** <br><br> **Kentucky Dept. of Criminal Justice Traini** <br>**521 Lancaster Ave** <br>**Funderburk Bldg** <br>**Richmond, KY 40475** | | | **Goods, services, *monies owed and/or received** | | | X | **$390.22** |
| **ACCOUNT NO.** <br><br> **Kentucky Division Of Forestry** <br>**627 Comanche Trail** <br>**Frankfort , KY 40601** | | | **Goods, services, monies owed and/or received** | | | X | **$105.53** |

Sheet no. **161** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $             **688.31**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,          Case No. **14-10142**
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Kentucky Division of State Surplus <br>999 Chenault Rd <br>Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $8,194.47 |
| ACCOUNT NO. <br><br>Kentucky Finance & Administrative Cabinet <br>702 Capitol Avenue <br>Annex Room 383 <br>Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $37.92 |
| ACCOUNT NO. <br><br>Kentucky Infrastructure Authority <br>1024 Capital Center Drive <br>Ste 340 <br>Frankfort , KY 40601 | | | Goods, services, *monies owed and/or received | | | X | $17.63 |
| ACCOUNT NO. <br><br>Kentucky Labor Cabinet <br>657 Chamberlin Avenue <br>Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $143.84 |

Sheet no. **162** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **8,393.86**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CRS Holding of America, LLC                ,          Case No.  14-10142
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kentucky Legislative Research Commission 700 Capitol Ave Room 64 Frankfort , KY 40601 | | | Goods, services, monies owed and/or received | | | X | $130.98 |
| ACCOUNT NO. <br><br> Kentucky Lottery 1011 W. Main Street Louisville, KY 40202 | | | Goods, services, monies owed and/or received | | | X | $368.41 |
| ACCOUNT NO. <br><br> Kentucky Public Service Commission 211 Sower Blvd Frankfort , KY 40601 | | | Goods, services, *monies owed and/or received | | | X | $458.66 |
| ACCOUNT NO. <br><br> Kentucky Real Estate Commission 10200 Linn Station Road Suite 201 Louisville , KY 40223 | | | Goods, services, monies owed and/or received | | | X | $35.16 |

Sheet no. **163** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $                    **993.21**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kentucky State Office of Attorney General 700 Capital Ave Frankfort, KY 40601** | | | Goods, services, monies owed and/or received | | | X | $353.43 |
| **ACCOUNT NO.** <br><br> **Kentucky State Penitentiary 266 Water St. Eddyville, KY 42038** | | | Goods, services, monies owed and/or received | | | X | $179.85 |
| **ACCOUNT NO.** <br><br> **Kentucky Teacher's Retirement System 479 Versailles Rd. Frankfort , KY 40601** | | | Goods, services, *monies owed and/or received | | | X | $179.33 |
| **ACCOUNT NO.** <br><br> **Kentucky Transportation Cabinet (200 Mero Street, Frankfort, Kentucky 40622) 200 Mero Street Frankfort , KY 40622** | | | Goods, services, monies owed and/or received | | | X | $657.28 |

Sheet no. **164** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **1,369.89**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,      Case No. __14-10142__
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kentwood Public Schools** <br> **5820 Eastern Avenue SE** <br> **Kentwood , MI 49508** | | | Goods, services, monies owed and/or received | | | X | $105.60 |
| **ACCOUNT NO.** <br><br> **Kershaw County Department of Social Services** <br> **110 E. DeKalb Street** <br> **Suite 1C** <br> **Camden , SC 29020** | | | Goods, services, monies owed and/or received | | | X | $1.20 |
| **ACCOUNT NO.** <br><br> **Kershaw County School District** <br> **2029 W. Dekalb St.** <br> **Camden , SC 29020** | | | Goods, services, *monies owed and/or received | | | X | $1,366.54 |
| **ACCOUNT NO.** <br><br> **Kettering University** <br> **1700 University Ave.** <br> **Flint , MI 48504** | | | Goods, services, monies owed and/or received | | | X | $190.35 |

Sheet no. __165__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **1,663.69**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**      ,      Case No. **14-10142**

           **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Keystone State Auctioneers** <br> **1215 West Southern Ave.** <br> **South Williams , PA 17702** | | | **Goods, services, monies owed and/or received** | | | X | $5,368.37 |
| **ACCOUNT NO.** <br><br> **Kids Central, Inc** <br> **2117 S. S. W. HWY 484** <br> **Ocala, FL 34473** | | | **Goods, services, monies owed and/or received** | | | X | $3,633.00 |
| **ACCOUNT NO.** <br><br> **Kilbride Insurance** <br> **4501 N. Nebraska** <br> **Tampa , FL 33603** | | | **Goods, services, *monies owed and/or received** | | | X | $1.00 |
| **ACCOUNT NO.** <br><br> **King Pallett** <br> **1112 Hengemihle Avenue** <br> **Baltimore, MD 21221** | | | **Goods, services, monies owed and/or received** | | | X | $189.83 |

Sheet no. **166** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **9,192.20**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
                          Debtor                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kingsdown** <br> **126 W. Holt Street** <br> **Mebane, NC 27302** | | | **Goods, services, monies owed and/or received** | | | X | $426.78 |
| **ACCOUNT NO.** <br><br> **KMH Systems, Inc.** <br> **PO Box 634660** <br> **Cincinnati, OH 45263** | | | **Goods, services, monies owed and/or received** | | | X | $653.78 |
| **ACCOUNT NO.** <br><br> **Knott County Solid Waste** <br> **PO Box 505** <br> **Hindman, KY 41822** | | | **Goods, services, *monies owed and/or received** | | | X | $320.33 |
| **ACCOUNT NO.** <br><br> **Kolb Electric, Inc** <br> **6774 Dorsey Road** <br> **Elkridge, MD 21075** | | | **Goods, services, monies owed and/or received** | | | X | $540.00 |

Sheet no. **167** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **1,940.89**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**KY:Rockcastle County Schools**<br>245 Richmond St<br>Mt. Vernon, KY 40456 | | | **Goods, services, monies owed and/or received** | | | X | $278.23 |
| **ACCOUNT NO.**<br><br>**Kynes, Markman & Feldman, PA**<br>PO Box 3396<br>Tampa, FL 33601 | | | **Goods, services, monies owed and/or received** | | | X | $18,048.54 |
| **ACCOUNT NO.**<br><br>**Kyozou**<br>4580 Dufferin St., Suite 510<br>Suite 510<br>Toronto, Ontario, Canada<br>M3H 5Y2 | | | **Goods, services, *monies owed and/or received** | | | X | $789.45 |
| **ACCOUNT NO.**<br><br>**L & S Recycling**<br>P.O. Box 604<br>Lenoir, NC 28645 | | | **Goods, services, monies owed and/or received** | | | X | $486.53 |

Sheet no. **168** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **19,602.75**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                          **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Labcorp** <br> **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | **Goods, services, monies owed and/or received** | | | X | $474.70 |
| **ACCOUNT NO.** <br><br> **Labor Ready Mid-Atlantic, Inc.** <br> **PO Box 740435** <br> **Atlanta, GA 30374-0535** | | | **Goods, services, monies owed and/or received** | | | X | $1,525.37 |
| **ACCOUNT NO.** <br><br> **Laclede Gas Co.** <br> **Drawer 2** <br> **St. Louis, MO 63171** | | | **Goods, services, \*monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Lake Fenton Community Schools** <br> **11425 Torrey Rd.** <br> **Fenton, MI 48430** | | | **Goods, services, monies owed and/or received** | | | X | $1,181.95 |

Sheet no. **169** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,182.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                ,        Case No. **14-10142**
_____         _____
                        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Lakeland Housing Authority**<br>**430 Hartsell Avenue**<br>**Attn: Bob Sacks**<br>**Lakeland, FL 33815** | | | **Goods, services, monies owed and/or received** | | | X | $108.00 |
| **ACCOUNT NO.**<br><br>**Lancaster 01 School District**<br>**300 South Catawba St**<br>**Lancaster, SC 29720** | | | **Goods, services, monies owed and/or received** | | | X | $8,100.00 |
| **ACCOUNT NO.**<br><br>**Lancaster County Solid Waste**<br>**1299 Harrisbug Pike**<br>**Lancaster, PA 17604** | | | **Goods, services, *monies owed and/or received** | | | X | $1,514.01 |
| **ACCOUNT NO.**<br><br>**Lander University**<br>**320 Stanley Ave**<br>**Greenwood, SC 29649** | | | **Goods, services, monies owed and/or received** | | | X | $125.25 |

Sheet no. __170__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **9,847.26**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __CRS Holding of America, LLC__ ,          Case No. __14-10142__
                                Debtor                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Laptop Computers Technology 6101 Johns Rd Suite 5-6 Tampa, FL 33634 | | | Goods, services, monies owed and/or received | | | X | $22,851.74 |
| **ACCOUNT NO.** Laurel County School District 718 N Main St London, KY 40741 | | | Goods, services, monies owed and/or received | | | X | $802.96 |
| **ACCOUNT NO.** Laurens County Public School 467  Firestower Rd Dublin, GA 31021 | | | Goods, services, *monies owed and/or received | | | X | $516.95 |
| **ACCOUNT NO.** Laurens School District 55 1029 West Main Street Laurens, SC 29360 | | | Goods, services, monies owed and/or received | | | X | $2,417.36 |

Sheet no. __171__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **26,589.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __CRS Holding of America, LLC_____,  Case No. __14-10142_____
                      **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Lawrence County Schools<br>50 Bulldog Lane<br>Louisa, KY 41230 | | | Goods, services, monies owed and/or received | | | X | $441.62 |
| **ACCOUNT NO.**<br><br>Lawrence County Schools<br>700 Mahr Ave<br>Lawrenceburg, TN 38464 | | | Goods, services, monies owed and/or received | | | X | $964.57 |
| **ACCOUNT NO.**<br><br>LEARN Regional Educational Service Center<br>44 Hatchetts Hill Rd.<br>Old Lyme , CT 06371 | | | Goods, services, *monies owed and/or received | | | X | $814.89 |
| **ACCOUNT NO.**<br><br>Lebanon Special School District<br>701 Coles Ferry Pike<br>Lebanon, TN 37087 | | | Goods, services, monies owed and/or received | | | X | $416.52 |

Sheet no. __172__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,637.60**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                          ,          Case No. **14-10142**
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ledyard Public Schools** <br> **4 Blonders Blvd.** <br> **Ledyard, CT 06339** | | | Goods, services, monies owed and/or received | | | X | $749.83 |
| **ACCOUNT NO.** <br><br> **Lee County Schools** <br> **1280 College View Drive** <br> **Tupelo, MO 38804** | | | Goods, services, monies owed and/or received | | | X | $124.05 |
| **ACCOUNT NO.** <br><br> **Lee County Solid Waste** <br> **PO Box 309** <br> **Bishopville, SC 29010** | | | Goods, services, *monies owed and/or received | | | X | $3,722.90 |
| **ACCOUNT NO.** <br><br> **Lee Transervices** <br> **415 S. 1st Street** <br> **#200** <br> **Lufkin, TX 75901** | | | Goods, services, monies owed and/or received | | | X | $281.80 |

Sheet no. **173** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **4,878.58**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re **CRS Holding of America, LLC**                      ,          Case No. **14-10142**
_____                              _____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Lehigh University** <br> **516 Brodhead Ave** <br> **Bethlehem, PA 18015** | | | Goods, services, monies owed and/or received | | | X | $1,415.68 |
| **ACCOUNT NO.** <br><br> **Lenny Wilson** <br> **10805 Allen Court** <br> **Raleigh, NC 27617** | | | Goods, services, monies owed and/or received | | | X | $1,275.00 |
| **ACCOUNT NO.** <br><br> **Lenoir County Schools** <br> **PO Box 3289** <br> **Kinston, NC 28502** | | | Goods, services, *monies owed and/or received | | | X | $623.30 |
| **ACCOUNT NO.** <br><br> **Lenox Public School** <br> **197 East Street** <br> **Lenox, MA 01240** | | | Goods, services, monies owed and/or received | | | X | $32.55 |

Sheet no. **174** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **3,346.53**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Leslie County Area Technology** <br> **175 Eagle Lane** <br> **Hyden, KY 41749** | | | **Goods, services, monies owed and/or received** | | | X | $217.30 |
| **ACCOUNT NO.** <br><br> **Letcher County Schools** <br> **752 Hazard Rd #B** <br> **Whitesburg, KY 41858** | | | **Goods, services, monies owed and/or received** | | | X | $2,002.73 |
| **ACCOUNT NO.** <br><br> **Levy County School Board - FLSC** <br> **Board of Levy County** <br> **Bronson, FL 32621** | | | **Goods, services, *monies owed and/or received** | | | X | $156.00 |
| **ACCOUNT NO.** <br><br> **Lexington County School District 1** <br> **P.O. Box 1869** <br> **Lexington, SC 29071** | | | **Goods, services, monies owed and/or received** | | | X | $417.03 |

Sheet no. **175** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **2,793.06**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                                  ,          Case No. **14-10142**
　　　　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lexington Fayette Urban County Government<br>360 Thompson Road<br>Lexington, KY 40508 | | | Goods, services, monies owed and/or received | | | X | $98.58 |
| ACCOUNT NO.<br><br>Lexington Medical Center<br>2720 Sunset Blvd<br>West Columbia, SC 29169 | | | Goods, services, monies owed and/or received | | | X | $1,001.75 |
| ACCOUNT NO.<br><br>LG & E<br>PO Box 538612<br>Atlanta, GA 30353-8612 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO.<br><br>Liberty Property Limited Partnership<br>11875 34th Street N<br>St Petersburg, FL 33716 | | | Goods, services, monies owed and/or received | | | X | $116,232.31 |

Sheet no. **176** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **117,332.64**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____
   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Liberty Property Ltd. Partners 312 W. Rt 38 & Eastgage Dr. Box 828438 Moorestown, NJ 08057** | | | **Goods, services, monies owed and/or received** | | | X | **$38,356.37** |
| **ACCOUNT NO.** <br><br> **Liberty Property Ltd. Partners** <br><br> **312 W. Rt 38 & Eastgage Dr. Moorestown, NJ 08057** | | | **Goods, services, monies owed and/or received** | | | X | **$21,098.44** |
| **ACCOUNT NO.** <br><br> **Liberty Property Ltd. Partners** <br><br> **312 W. Rt 38 & Eastgage Dr. Moorestown, NJ 08057** | | | **Goods, services, *monies owed and/or received** | | | X | **$76,217.25** |
| **ACCOUNT NO.** <br><br> **LifeSpan - MD 275 Grove Street Newton, MA 02466** | | | **Goods, services, monies owed and/or received** | | | X | **$13,149.72** |

Sheet no. **177** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **148,821.78**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                          ,                    Case No. **14-10142**
　　　　　　　　　　　**Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lighting Resources <br> 5105 W Knox St <br> Tampa, FL 33634 | | | Goods, services, monies owed and/or received | | | X | $157.08 |
| ACCOUNT NO. <br><br> Lincoln County Board of Education <br> 305 Danville Avenue <br> Standford , KY 40484 | | | Goods, services, monies owed and/or received | | | X | $968.75 |
| ACCOUNT NO. <br><br> Lincoln County Schools <br> 1 Timken Drive <br> Lincolnton, NC 28092 | | | Goods, services, *monies owed and/or received | | | X | $5,823.16 |
| ACCOUNT NO. <br><br> Lincoln Trail Area Development District <br> 613 College Street Road <br> Elizabethtown, KY 42701 | | | Goods, services, monies owed and/or received | | | X | $319.25 |

Sheet no. **178** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **7,268.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Livingston County Schools 750 US Hwy 60 W Smithland, KY 42081** | | | Goods, services, monies owed and/or received | | | X | **$1,522.45** |
| **ACCOUNT NO.** <br><br> **Loews Don Cesar Hotel 3400 Gulf Boulevard St. Pete Beach, FL 33706** | | | Goods, services, monies owed and/or received | | | X | **$320.00** |
| **ACCOUNT NO.** <br><br> **Logan County Board of Education 2222 Bowling Green Rd Russellville, KY 42276** | | | Goods, services, *monies owed and/or received | | | X | **$1,461.49** |
| **ACCOUNT NO.** <br><br> **Logan Memorial Hospital 1625 S. Nashville Road Russellville, KY 42276** | | | Goods, services, monies owed and/or received | | | X | **$175.62** |

Sheet no. **179** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **3,479.56**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Loss Prevention of Louisville** PO Box 609 Newburge, IN 47629-0609 | | | Goods, services, monies owed and/or received | | | X | $666.00 |
| **ACCOUNT NO.** **Louisville & Jefferson County metro Sewer District MSD** Louisville, KY 40203 | | | Goods, services, monies owed and/or received | | | X | $1,647.43 |
| **ACCOUNT NO.** **Louisville Metro Technology Services** 410 South 5th St Louisville, KY 40217 | | | Goods, services, *monies owed and/or received | | | X | $4,346.26 |
| **ACCOUNT NO.** **Lowe & Moyer Garage, Inc.** PO Box 266 Fogelsville, PA 18051 | | | Goods, services, monies owed and/or received | | | X | $1,410.34 |

Sheet no. **180** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,070.03**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
_____    _____
            **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Lynn University<br>Green Center Building<br>Boca Raton, FL 33063** | | | Goods, services, monies owed and/or received | | | X | $1,868.00 |
| **ACCOUNT NO.**<br><br>**Lyon County Schools<br>217 Jenkins Road<br>Eddyville, KY 42038** | | | Goods, services, monies owed and/or received | | | X | $16.52 |
| **ACCOUNT NO.**<br><br>**Lyon County Solid Waste<br>P.O. Box 598<br>Eddyville, KY 42038** | | | Goods, services, *monies owed and/or received | | | X | $58.43 |
| **ACCOUNT NO.**<br><br>**Macon County Schools<br>1202 Old Murphy Road<br>Franklin, NC 28734** | | | Goods, services, monies owed and/or received | | | X | $350.00 |

Sheet no. **181** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **2,292.95**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re **CRS Holding of America, LLC**          ,          Case No. **14-10142**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Maddock Truck Repair 185 Etowah Trace Fayetteville, GA 30214** | | | Goods, services, monies owed and/or received | | | X | $8,515.14 |
| **ACCOUNT NO.** <br><br> **Madisonville Community College 2000 College Drive Madisonville, KY 42431** | | | Goods, services, monies owed and/or received | | | X | $365.14 |
| **ACCOUNT NO.** <br><br> **Mainline Information Systems 1700 Summit Lake Dr. Tallahassee, FL 32317** | | | Goods, services, *monies owed and/or received | | | X | $102.50 |
| **ACCOUNT NO.** <br><br> **Manchester Community College 60 Bidwell Street Manchester, CT 06040** | | | Goods, services, monies owed and/or received | | | X | $551.09 |

Sheet no. **182** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **9,533.87**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. __14-10142__
                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Marine Resources Commission<br>2600 Washington Ave<br>Newsport News, VA 23602 | | | Goods, services, monies owed and/or received | | | X | $12.88 |
| ACCOUNT NO.<br><br>Marion County Environmental Services<br>PO Box 992<br>Marion, SC 29571 | | | Goods, services, monies owed and/or received | | | X | $979.54 |
| ACCOUNT NO.<br><br>Marion County Schools<br>PO Box 670<br>Ocala, FL 33471 | | | Goods, services, *monies owed and/or received | | | X | $1,416.35 |
| ACCOUNT NO.<br><br>Marion County Schools KY<br>755 East Main Street<br>Lebanon, KY 40033 | | | Goods, services, monies owed and/or received | | | X | $947.72 |

Sheet no. __183__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,356.49**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
 _____                     _____
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Marquardt School District 15**<br>**1860 Glenn Ellyn Road**<br>**Glendale Heights, IL 60139** | | | Goods, services, monies owed and/or received | | | X | $43.00 |
| **ACCOUNT NO.**<br><br>**Marsh & McLennan Agency - Seitlin**<br>**1000 Corporate Dr. #400**<br>**Ft. Lauderdale, FL 33334** | | | Goods, services, monies owed and/or received | | | X | $160.00 |
| **ACCOUNT NO.**<br><br>**Marshall County Recycling**<br>**1101 Main Street**<br>**Benton, KY 42025** | | | Goods, services, *monies owed and/or received | | | X | $239.00 |
| **ACCOUNT NO.**<br><br>**Martin Co. Board of County Commissioners**<br>**Purchasing Department**<br>**Stuart, FL 34996** | | | Goods, services, monies owed and/or received | | | X | $498.00 |

Sheet no. **184** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $       **940.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,          Case No. __14-10142__
_____Debtor_____                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Martin County Schools <br> 300 N. Watts Street <br> Williamson, NC 27892 | | | Goods, services, monies owed and/or received | | | X | $1,292.95 |
| ACCOUNT NO. <br><br> Martinsville City Public Schools <br> P.O. Box 5548 <br> Martinsville, VA 24115 | | | Goods, services, monies owed and/or received | | | X | $877.00 |
| ACCOUNT NO. <br><br> Maryland Environmental Services <br> Silver Spring <br> Silver Spring, MD 20910 | | | Goods, services, *monies owed and/or received | | | X | $1,523.54 |
| ACCOUNT NO. <br><br> Maryland Mobile Trailer Service <br> 6735 Dorsey Road <br> Elkridge , MD 21075 | | | Goods, services, monies owed and/or received | | | X | $930.81 |

Sheet no. __185__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶          $          **4,624.30**

Total▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) — Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Masco Corporation**<br>**21001 Van Born Road**<br>**Taylor, MI 48180** | | | **Goods, services, monies owed and/or received** | | | X | $3,833.31 |
| ACCOUNT NO.<br><br>**Mason County Schools**<br>**Amson County Board of Education**<br>**P.O. Box 130**<br>**Maysville, KY 41056** | | | **Goods, services, monies owed and/or received** | | | X | $1,486.58 |
| ACCOUNT NO.<br><br>**Massapequa Union Free School District**<br>**4925 Merrick Road**<br>**Massapequa, NY 11758** | | | **Goods, services, *monies owed and/or received** | | | X | $60.00 |
| ACCOUNT NO.<br><br>**Mayfield Independent Schools**<br>**914 East College Street**<br>**Mayfield, KY 42066** | | | **Goods, services, monies owed and/or received** | | | X | $148.66 |

Sheet no. **186** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,528.55**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                            **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McCracken County Public Schools<br>435 Berger Road<br>Paducah, KY 42003 | | | Goods, services, monies owed and/or received | | | X | $304.55 |
| ACCOUNT NO.<br><br>McCreary County Solid Waste<br>PO Box 579<br>Whitely City, KY 42653 | | | Goods, services, monies owed and/or received | | | X | $240.10 |
| ACCOUNT NO.<br><br>McDaniel College<br>2 College Hill<br>Westminster, MD 21157 | | | Goods, services, *monies owed and/or received | | | X | $40.30 |
| ACCOUNT NO.<br><br>McGladrey & Pullen, LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | | | Goods, services, monies owed and/or received | | | X | $32,000.00 |

Sheet no. **187** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **32,584.95**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**      ,      Case No. **14-10142**
              **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Meade County Solid Waste and Recycle** <br> **750 Ready Mix Road** <br> **Brandenburg, KY 40108** | | | Goods, services, monies owed and/or received | | | X | $589.85 |
| **ACCOUNT NO.** <br><br> **Meadowridge Industrial Center** <br> **PO Box 846255** <br> **Dallas, TX 75284-6255** | | | Goods, services, monies owed and/or received | | | X | $342,427.35 |
| **ACCOUNT NO.** <br><br> **Mecklenburg County** <br> **700 N Tryon St** <br> **Charlotte, NC 28202** | | | Goods, services, *monies owed and/or received | | | X | $50,476.30 |
| **ACCOUNT NO.** <br><br> **Medical Career Institute of ECPI** <br> **5555 Greenwich Road** <br> **Virginia Beach, VA 23462** | | | Goods, services, monies owed and/or received | | | X | $141.00 |

Sheet no. **188** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $     **393,634.50**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __CRS Holding of America, LLC_____,    Case No. __14-10142_____
                    __Debtor__                              __(if known)__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Medical Data Systems Inc. 2001 9th Ave. Suite 312 Vero Beach, FL 32960** | | | **Goods, services, monies owed and/or received** | | | X | **$60.15** |
| **ACCOUNT NO.** <br><br> **Medical University of South Carolina 97 Johnathan Lucas Street MSC 190 Charleston, SC 29425** | | | **Goods, services, monies owed and/or received** | | | X | **$559.85** |
| **ACCOUNT NO.** <br><br> **Medway Public Schools 155 Village Street Medway, MA 02053** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,965.00** |
| **ACCOUNT NO.** <br><br> **Melco PO Box 538417 Atlanta, GA 30353-8417** | | | **Goods, services, monies owed and/or received** | | | X | **$10,429.85** |

Sheet no. __189__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **13,014.85**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (cont.)

In re **CRS Holding of America, LLC**         ,         Case No. **14-10142**
              **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Memphis City Schools** <br>**1384 A Farmville Rd** <br>**Memphis, TN 38112** | | | Goods, services, monies owed and/or received | | | X | $1,502.45 |
| **ACCOUNT NO.** <br><br> **Mentor Group Inc** <br>**1736 Pacific Street** <br>**Brooklyn, NY 11213** | | | Goods, services, monies owed and/or received | | | X | $11,150.00 |
| **ACCOUNT NO.** <br><br> **Mercer County Schools** <br>**961 Moberly Road** <br>**Harrodsburg, KY 40330** | | | Goods, services, *monies owed and/or received | | | X | $529.40 |
| **ACCOUNT NO.** <br><br> **Mercy Medical** <br>**Center-Weinberg Building** <br>**301 St Paul Place** <br>**Baltimore, MD 21202** | | | Goods, services, monies owed and/or received | | | X | $185.25 |

Sheet no. **190** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **13,367.10**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – cont.

In re **CRS Holding of America, LLC**                    ,            Case No. __14-10142__
                          **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Metcalfe County Schools** <br> **101 Hornet Avenue** <br> **Edmonton, KY 42129** | | | Goods, services, monies owed and/or received | | | X | $1,730.70 |
| **ACCOUNT NO.** <br><br> **Metro Lift Propane Taunton** <br> **600 Somerset Avenue** <br> **Taunton, MA 02780** | | | Goods, services, monies owed and/or received | | | X | $463.18 |
| **ACCOUNT NO.** <br><br> **Metro Nashville Public Schools** <br> **2941 Foster Creighton Drive** <br> **Nashville, TN 37204** | | | Goods, services, *monies owed and/or received | | | X | $20,228.40 |
| **ACCOUNT NO.** <br><br> **Metro Recycle** <br> **PO Box 843259** <br> **Dallas, TX 75284-3259** | | | Goods, services, monies owed and/or received | | | X | $529.98 |

Sheet no. __191__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **22,952.26**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re CRS Holding of America, LLC ,            Case No. 14-10142
           **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Miami University of Ohio Rm. 102 Bonham House PO074966a Oxford, OH 45056** | | | **Goods, services, monies owed and/or received** | | | X | **$1,996.00** |
| **ACCOUNT NO.**<br><br>**Miami-Dade Tax Collector 140 W. Flagler Street Miami, FL 33130** | | | **Goods, services, monies owed and/or received** | | | X | **$587.32** |
| **ACCOUNT NO.**<br><br>**Michigan City Area Schools 2411 E 9th Avenue Tampa, FL 33695** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,625.95** |
| **ACCOUNT NO.**<br><br>**Microsoft Licensing, GP 6100 Neil Road Reno, NV 89511** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |

Sheet no. **192** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ **4,209.27**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Microsoft Office 365 <br> One Microsoft Way <br> Redmond, WA 98052 | | | Goods, services, monies owed and/or received | | | X | $5,013.00 |
| ACCOUNT NO. <br><br> Midland Technical College <br> 1260 Lexington Drive <br> West Columbia, SC 29170 | | | Goods, services, monies owed and/or received | | | X | $409.69 |
| ACCOUNT NO. <br><br> Midlands Technical College <br> 417 Parkwood Street <br> Columbia, SC 29202 | | | Goods, services, *monies owed and/or received | | | X | $56.31 |
| ACCOUNT NO. <br><br> Mike Collins & Associates <br> 6048 Century Oaks Drive <br> Chattanooga, TN 37416 | | | Goods, services, monies owed and/or received | | | X | $1,890.50 |

Sheet no. **193** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **7,369.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Millennium Vending, Inc.** **4303 Deepwater Lane** **Tampa, FL 33615** | | | Goods, services, monies owed and/or received | | | X | $107.70 |
| **ACCOUNT NO.** **Minsi Trails Council** **PO Box 20624** **Lehigh Valley, PA 18002** | | | Goods, services, monies owed and/or received | | | X | $71.15 |
| **ACCOUNT NO.** **Mississippi State University** **PO Box 5307** **Mississippi State, MS 39759** | | | Goods, services, *monies owed and/or received | | | X | $6,796.24 |
| **ACCOUNT NO.** **Mobile Mini, Inc.** **PO Box 79149** **Phoenix, AZ 85062-9149** | | | Goods, services, monies owed and/or received | | | X | $17.94 |

Sheet no. **194** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,993.03**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**         ,                    Case No. **14-10142**
              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Mobile Pallet Service, LLC**<br>**858 S. Main Street**<br>**Wayland, MI 49348** | | | Goods, services, monies owed and/or received | | | X | **$8,235.00** |
| **ACCOUNT NO.**<br><br>**Monroe County Schools Key West**<br>**241 Trumbo Road**<br>**Key West, FL 33040** | | | Goods, services, monies owed and/or received | | | X | **$1,140.00** |
| **ACCOUNT NO.**<br><br>**Monroe county Solid Waste - TN**<br>**310 Tellico Street**<br>**Madisonville, TN 37354** | | | Goods, services, *monies owed and/or received | | | X | **$2,307.51** |
| **ACCOUNT NO.**<br><br>**Monroe Public Schools**<br>**375 Monroe Turnpike**<br>**Monroe, CT 06468** | | | Goods, services, monies owed and/or received | | | X | **$1,247.27** |

Sheet no. **195** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **12,929.78**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,          Case No. **14-10142** _____
               **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Monster**<br>**PO Box 90364**<br>**Chicago, IL 60696-0364** | | | Goods, services, monies owed and/or received | | | X | $250.01 |
| **ACCOUNT NO.** <br><br>**Montgomery County Schools**<br>**701 C Dobbins Street**<br>**Mount Vernon, GA 30045** | | | Goods, services, monies owed and/or received | | | X | $265.74 |
| **ACCOUNT NO.** <br><br>**Montgomery County Schools**<br>**700 Woodford Drive**<br>**Mt. Sterling, KY 40353** | | | Goods, services, *monies owed and/or received | | | X | $1,375.22 |
| **ACCOUNT NO.** <br><br>**Montgomery County Schools**<br>**501 South Main St**<br>**Blacksburg, VA 24060** | | | Goods, services, monies owed and/or received | | | X | $6,920.71 |

Sheet no. **196** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **8,811.68**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                          **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Montgomery Insurance <br> PO Box 2056 <br> Keene, NH 03431 | | | Goods, services, monies owed and/or received | | | X | $12,098.80 |
| ACCOUNT NO. <br><br> Montville Public Schools <br> 800 Old Colchester Road <br> Oakdale, CT 06370 | | | Goods, services, monies owed and/or received | | | X | $172.39 |
| ACCOUNT NO. <br><br> Moore County Solid Waste <br> PO Box 1927 <br> Carthage, NC 28327 | | | Goods, services, *monies owed and/or received | | | X | $771.12 |
| ACCOUNT NO. <br><br> Moravian College <br> 120 W Greenwich St <br> Bethlehem, PA 18018 | | | Goods, services, monies owed and/or received | | | X | $27.25 |

Sheet no. **197** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **13,069.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                ,         Case No. __14-10142__
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Morehead State University 160 Old Cranston Road Morehead, KY 40351 | | | Goods, services, monies owed and/or received | | | X | $1,948.84 |
| ACCOUNT NO. Morgan County Schools 212 University Dr West Liberty , KY 41472 | | | Goods, services, monies owed and/or received | | | X | $759.01 |
| ACCOUNT NO. Motion Industries PO Box 404130 Atlanta, GA 30384 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. Mount Airy City Schools 130 Rawley Avenue Mount Airy, NC 27030 | | | Goods, services, monies owed and/or received | | | X | $275.50 |

Sheet no. __198__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $          **2,983.35**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
                              **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Mount Paran Church of God** <br>**2055 Mount Paran Road NW** <br>**Atlanta, GA 30327** | | | **Goods, services, monies owed and/or received** | | | X | **$50.00** |
| **ACCOUNT NO.** <br><br> **Mountain Empire Community College** <br>**3441 Mountain Empire Road** <br>**Big Stone Gap, VA 24219** | | | **Goods, services, monies owed and/or received** | | | X | **$3,624.35** |
| **ACCOUNT NO.** <br><br> **Moveable Cubicle** <br>**6404 Falls of Neuse Rd** <br>**#200** <br>**Raleigh, NC 27615** | | | **Goods, services, *monies owed and/or received** | | | X | **$403.70** |
| **ACCOUNT NO.** <br><br> **Muhlenberg County School District** <br>**510 W. Main St** <br>**Powderly, KY 42367** | | | **Goods, services, monies owed and/or received** | | | X | **$3,044.42** |

Sheet no. **199** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **7,122.47**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
_____                    _____
**Debtor**                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Murray Independent Schools**<br>**501 Duran road**<br>**Chatsworth, GA 30705** | | | **Goods, services, monies owed and/or received** | | | X | **$430.10** |
| **ACCOUNT NO.**<br><br>**Murray State University**<br>**200 General Services**<br>**Murray, KY 42071** | | | **Goods, services, monies owed and/or received** | | | X | **$1,021.34** |
| **ACCOUNT NO.**<br><br>**MXI Environmental Service**<br>**26319 Old Trail Road**<br>**Abingdon, VA 24210** | | | **Goods, services, \*monies owed and/or received** | | | X | **$2,322.00** |
| **ACCOUNT NO.**<br><br>**NASCAR**<br>**c/o William Wohlsifer PA**<br>**1100 E Park Ave Suite B**<br>**Tallahassee, FL 32301** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |

Sheet no. **200** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,773.44**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Nash Rocky Mount Schools <br> 930 Eastern Ave <br> Nashville, NC 27856 | | | Goods, services, monies owed and/or received | | | X | $581.02 |
| ACCOUNT NO. <br><br> Nashville Trailer Service, Inc. <br> PO Box 291325 <br> Nashville, TN 37229-1325 | | | Goods, services, monies owed and/or received | | | X | $557.17 |
| ACCOUNT NO. <br><br> National Strategies, LLC <br> 1400 Eye Street NW <br> Washington, DC 20005 | | | Goods, services, *monies owed and/or received | | | X | $10.52 |
| ACCOUNT NO. <br><br> Naugatuck Public Schools <br> 380 Church Street <br> Naugatuck, CT 06770 | | | Goods, services, monies owed and/or received | | | X | $2,528.30 |

Sheet no. **201** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,677.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**             ,          Case No. **14-10142**
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Naugatuck Valley Community College 750 Chase Parkway E312 Waterbury, CT 06708 | | | Goods, services, monies owed and/or received | | | X | $727.99 |
| ACCOUNT NO. | | | | | | | |
| NBC Universal WTVJ Subsidiary LLC:Miramar 15000 S.W. 27th Street Miramar, FL 33027 | | | Goods, services, monies owed and/or received | | | X | $948.65 |
| ACCOUNT NO. | | | | | | | |
| NBC Universal - Stamford 232 Harbor Drive Stamford, CT 06902 | | | Goods, services, *monies owed and/or received | | | X | $141.90 |
| ACCOUNT NO. | | | | | | | |
| NBC Universal News Channel 400 North Capital Street NW Washington, DC 20001 | | | Goods, services, monies owed and/or received | | | X | $334.80 |

Sheet no. **202** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **2,153.34**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
            **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **NBC Universal WCAU** <br> **10 Monument Road** <br> **Bala Cynwyd, PA 19004** | | | **Goods, services, monies owed and/or received** | | | X | **$291.85** |
| **ACCOUNT NO.** <br><br> **Nelson County Schools** <br> **Nelson County Central Office** <br> **288 Wildcat Lane** <br> **Bardstown, KY 40004** | | | **Goods, services, monies owed and/or received** | | | X | **$2,017.74** |
| **ACCOUNT NO.** <br><br> **Net Kraft Inc** <br> **2210 Station Rd** <br> **Richmond, VA 23234** | | | **Goods, services, *monies owed and/or received** | | | X | **$2,075.00** |
| **ACCOUNT NO.** <br><br> **Network Billing Systems, LLC** <br> **PO Box 74301** <br> **Cleveland , OH 44194-4301** | | | **Goods, services, monies owed and/or received** | | | X | **$458.59** |

Sheet no. **203** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **4,843.18**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
_____Debtor_____                      _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Network Integrators 1460 Tudor Dr Mundelein, IL 60060 | | | Goods, services, monies owed and/or received | | | X | $208.10 |
| **ACCOUNT NO.** New Hartford Public Schools 530 Main Street New Hartford, CT 06057 | | | Goods, services, monies owed and/or received | | | X | $145.99 |
| **ACCOUNT NO.** New London Public School District Learn Regional Educational Service Center 44 Hatchetts Hill Road Old Lynne, CT 06371 | | | Goods, services, *monies owed and/or received | | | X | $1,261.66 |
| **ACCOUNT NO.** Newark Public Schools 2 Cedar St Newark, NJ 07102 | | | Goods, services, monies owed and/or received | | | X | $1,105.00 |

Sheet no. **204** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,720.75**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Newberry County Schools <br> 1539 Martin Street <br> Newberry, SC 29108 | | | Goods, services, monies owed and/or received | | | X | $1,682.20 |
| ACCOUNT NO. <br><br> Newell Rubbermaid <br> 29 East Stephenson Street <br> Freeport, IL 61032 | | | Goods, services, monies owed and/or received | | | X | $595.36 |
| ACCOUNT NO. <br><br> Nexports <br> 2210 Station Road <br> Richmond, VA 23234 | | | Goods, services, *monies owed and/or received   etoff. | | | X | $1,000.00 |
| ACCOUNT NO. <br><br> NextEra Energy Point Beach <br> 6610 Nuclear Road <br> Two Rivers, WI 54241 | | | Goods, services, monies owed and/or received | | | X | $3,131.00 |

Sheet no. **205** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,408.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **CRS Holding of America, LLC**                    ,                    Case No. __14-10142__
                      **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  **NOAA Tampa** **533 Roberts Road** **Tampa, FL** | | | Goods, services, monies owed and/or received | | | X | $6.00 |
| **ACCOUNT NO.**  **Nolan Transportation Group, Inc** **PO Box 116722** **Atlanta, GA 30368-6722** | | | Goods, services, monies owed and/or received | | | X | Unknown |
| **ACCOUNT NO.**  **Norfolk Public Schools** **800 East City Hall** **Suite 1205** **Norfolk, VA 23510** | | | Goods, services, *monies owed and/or received | | | X | $1,748.56 |
| **ACCOUNT NO.**  **Norfolk State University (700 Park Avenue, Norfolk, Virginia 23504)** **700 Park Avenue** **Norfolk, VA 23504** | | | Goods, services, monies owed and/or received | | | X | $2,488.40 |

Sheet no. __206__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ **4,242.96**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **North Carolina Department of Health and Human Services The Albermarie Bldg 325 North Salisbury Street Raleigh, NC 27603** | | | **Goods, services, monies owed and/or received** | | | X | $591.60 |
| **ACCOUNT NO.** <br><br> **North Carolina State University ( 3100 Gateway Center Blvd Durham, NC 27560** | | | **Goods, services, monies owed and/or received** | | | X | $3,442.64 |
| **ACCOUNT NO.** <br><br> **Northern Kentucky Community Action Commission 717 Madison Avenue Covington, KY 41011** | | | **Goods, services, *monies owed and/or received** | | | X | $40.76 |
| **ACCOUNT NO.** <br><br> **Northpoint Training Center 710 Walter Reed Rd. Hwy 33 Burgin, KY 40310** | | | **Goods, services, monies owed and/or received** | | | X | $88.94 |

Sheet no. **207** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **4,163.94**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,       Case No. **14-10142** _____
_____**Debtor**_____                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Northwestern Connecticut Community College**<br>**46 Park Place East**<br>**Winsted, CT 06098** | | | Goods, services, monies owed and/or received | | | X | $771.69 |
| **ACCOUNT NO.**<br><br>**Norwich Public School**<br>**90 Town Street**<br>**Norwich, CT 06360** | | | Goods, services, monies owed and/or received | | | X | $779.05 |
| **ACCOUNT NO.**<br><br>**NovoTec Recycling**<br>**3960 Groves Road**<br>**Columbus, OH 43232** | | | Goods, services, *monies owed and/or received | | | X | $6,703.44 |
| **ACCOUNT NO.**<br><br>**NRAI Corporate Services**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | | | Goods, services, monies owed and/or received | | | X | $12,314.10 |

Sheet no._**208**_ of _**334**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **20,568.28**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **NSF International** <br> **Dept. Lockbox #771380** <br> **PO Box 77000** <br> **Detroit , MI 48277-1380** | | | **Goods, services, monies owed and/or received** | | | X | **$24,460.54** |
| **ACCOUNT NO.** <br><br> **NSSEO Foundation** <br> **799 W. Kensington RD** <br> **Mount Prospect, IL 60056** | | | **Goods, services, monies owed and/or received** | | | X | **$565.00** |
| **ACCOUNT NO.** <br><br> **NWP Services Corporation** <br> **22 Executive Park** <br> **Suite 200** <br> **Irvine, CA 92614** | | | **Goods, services, *monies owed and/or received** | | | X | **$435.00** |
| **ACCOUNT NO.** <br><br> **o8o Studio** <br> **2804 North 36th St** <br> **Tampa, FL 33605** | | | **Goods, services, monies owed and/or received** | | | X | **$20.84** |

Sheet no. **209** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **25,481.38**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Obion County Solid Waste** <br> **PO Box 337** <br> **Union City, TN 38281** | | | Goods, services, monies owed and/or received | | | X | $728.38 |
| **ACCOUNT NO.** <br><br> **OC Management, Inc.** <br> **201 Tower Drive** <br> **Oldsmar, FL 34677** | | | Goods, services, monies owed and/or received | | | X | $351.37 |
| **ACCOUNT NO.** <br><br> **Occupational Health Centers** <br> **PO Box 82730** <br> **Hapeville, GA 30354-0730** | | | Goods, services, *monies owed and/or received | | | X | $255.00 |
| **ACCOUNT NO.** <br><br> **Ocean County Department of Solid Waste** <br> **129 Hooper Ave** <br> **Tims River, NJ 08754** | | | Goods, services, monies owed and/or received | | | X | $9,050.70 |

Sheet no. **210** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**10,385.45**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re __CRS Holding of America, LLC__ ,        Case No. __14-10142__
         **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> O'Charley's <br> 3038 Sidco Dr <br> Nashville, TN 37204 | | | Goods, services, monies owed and/or received | | | X | $160.76 |
| ACCOUNT NO. <br><br> Oden Hardy Construction <br> 6201 Cortez Road W <br> Bradenton, FL 34210 | | | Goods, services, monies owed and/or received | | | X | $40.20 |
| ACCOUNT NO. <br><br> Office Depot <br> PO Box 633 <br> Cincinnati, OH 29202 | | | Goods, services, *monies owed and/or received | | | X | $733.11 |
| ACCOUNT NO. <br><br> Office of Higher Education Treasurer, State of Connecticut <br> 61 Woodland St. <br> Hartford, CT 06105 | | | Goods, services, monies owed and/or received | | | X | $197.00 |

Sheet no. __211__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **1,131.07**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Office of Legislative Management Treasurer, State of Connecticut 55 Elm St. Suite 2 Hartford, CT 06115** | | | **Goods, services, monies owed and/or received** | | | X | $40.50 |
| **ACCOUNT NO.** **Office of Mine Safety & Licensing 300 Capitol Ave Hartford , CT 06115** | | | **Goods, services, monies owed and/or received** | | | X | $135.07 |
| **ACCOUNT NO.** **Office of the Attorney General 55 Elm Street Hartford, CT 06106** | | | **Goods, services, *monies owed and/or received** | | | X | $2,421.72 |
| **ACCOUNT NO.** **Office of the Commissioner (DMHAS) Department of Mental Health & Addiction Services 410 Capitol Avenue, 4th FL Hartford, CT 06106** | | | **Goods, services, monies owed and/or received** | | | X | $1,728.98 |

Sheet no. **212** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **4,326.27**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re  **CRS Holding of America, LLC**                    ,        Case No.  **14-10142**
　　　　　　　　　　**Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Office of the Comptroller of the Currency 400 7th Street SW Washington, DC 20219 | | | Goods, services, monies owed and/or received | | | X | $2,202.20 |
| ACCOUNT NO.  Office of The Governor Office of Executive Policy & Programs 1205 Pendleton Street  Columbia, SC 29201 | | | Goods, services, monies owed and/or received | | | X | $288.64 |
| ACCOUNT NO.  Office of the Secretary of the State P.O. Box 154070 Hartford , CT 06115 | | | Goods, services, *monies owed and/or received | | | X | $207.65 |
| ACCOUNT NO.  Office of the State Treasurer 55 Elm St Hartford, CT 06106 | | | Goods, services, monies owed and/or received | | | X | $707.52 |

Sheet no. **213** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,406.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
_____          _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Oglethorpe Power Corporation** <br> **2100 East Exchange Place** <br> **Tucker , GA 30084** | | | Goods, services, monies owed and/or received | | | X | $460.00 |
| **ACCOUNT NO.** <br><br> **Ogletree, Deakins, Nash** <br> **PO Box 89** <br> **Columbia, SC 29202** | | | Goods, services, monies owed and/or received | | | X | $19,685.97 |
| **ACCOUNT NO.** <br><br> **Ohio County Schools** <br> **PO Box 70** <br> **Hartford, CT 42447** | | | Goods, services, *monies owed and/or received | | | X | $771.96 |
| **ACCOUNT NO.** <br><br> **Okaloosa County Recycling Office** <br> **2251 Jesse Jewell Pkwy NE** <br> **Ganinesvill, GA 30507** | | | Goods, services, monies owed and/or received | | | X | $211.10 |

Sheet no. **214** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **21,129.03**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                     Case No. **14-10142**
                     **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Okeechobee County Solid Waste <br> 1700 NW 9th Ave Suite D <br> Okeechobee, FL 34972 | | | Goods, services, monies owed and/or received | | | X | $644.00 |
| ACCOUNT NO. <br><br> Old Bridge Township Board of Education <br> 4207 Route 516 <br> Matawan, NJ 07747 | | | Goods, services, monies owed and/or received | | | X | $316.35 |
| ACCOUNT NO. <br><br> Old Saybrook (CTSW) <br> 302 Main Street <br> Old Saybrook, CT 06475 | | | Goods, services, *monies owed and/or received | | | X | $1,225.67 |
| ACCOUNT NO. <br><br> Old Saybrook Public Schools <br> 50 Sheffield Street <br> Old Saybrook, CT 06475 | | | Goods, services, monies owed and/or received | | | X | $1,033.39 |

Sheet no. **215** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **3,219.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____                         _____
          **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **On Fame Resource Enterprise Co Room 1005 Floor 10  Premier Center 20 Cheung Shun Street Kowloon, Hong Kong** | | | **Goods, services, monies owed and/or received** | | | X | $18,766.02 |
| **ACCOUNT NO.** **On-Site Computers 803 Church Street Moody, AL 35004** | | | **Goods, services, monies owed and/or received** | | | X | $120.10 |
| **ACCOUNT NO.** **Onsted Community Schools 10109 Slee Road Onsted, MI 42965** | | | **Goods, services, *monies owed and/or received** | | | X | $930.55 |
| **ACCOUNT NO.** **Orange County Library System 101 E Central Blvd Orlando, FL 32801** | | | **Goods, services, monies owed and/or received** | | | X | $1,985.00 |

Sheet no. **216** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **21,801.67**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (cont.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                    _____
                   **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Orange County Public Schools** <br> **6501 Magic Way** <br> **Orlando, FL 32809** | | | **Goods, services, monies owed and/or received** | | | X | **$47,525.60** |
| **ACCOUNT NO.** <br><br> **Orangeburg Area MHC** <br> **2319 St. Matthews Road** <br> **Orangeburg, SC 29118** | | | **Goods, services, monies owed and/or received** | | | X | **$152.22** |
| **ACCOUNT NO.** <br><br> **Orangeburg County School District 5** <br> **578 Ellis Ave** <br> **Orangeburg, SC 29115** | | | **Goods, services, \*monies owed and/or received** | | | X | **$3,211.95** |
| **ACCOUNT NO.** <br><br> **Orangeburg County Solid Waste** <br> **PO Box 9000** <br> **Orangeburg, SC 29116** | | | **Goods, services, monies owed and/or received** | | | X | **$1,919.44** |

Sheet no. **217** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **52,809.21**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
  Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Our Lady of Victory Catholic School** <br> **212 Kirkley Rd** <br> **Tyrone, GA 30290** | | | **Goods, services, monies owed and/or received** | | | X | **$100.50** |
| ACCOUNT NO. <br><br> **Owensboro Public Schools** <br> **450 Griffith Ave** <br> **Owensboro, KY 42301** | | | **Goods, services, monies owed and/or received** | | | X | **$1,344.84** |
| ACCOUNT NO. <br><br> **Owl Plastics International Export LTD** <br> **882 3rd Avenue** <br> **3rd Floor** <br> **Brooklyn, NY 11232** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,754.77** |
| ACCOUNT NO. <br><br> **Oxford Area School District** <br> **705 Waterway Rd** <br> **Oxford, PA 19363** | | | **Goods, services, monies owed and/or received** | | | X | **$1,152.00** |

Sheet no. **218** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,352.11**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Pacworx, Inc.**<br>**2736 W. McDowell Rd**<br>**Phoenix, AZ 85009** | | | Goods, services, monies owed and/or received | | | X | **$16,089.00** |
| **ACCOUNT NO.** <br><br>**PAETEC**<br>**PO Box 9001111**<br>**Louisville, KY 40290-1111** | | | Goods, services, monies owed and/or received | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Palm Beach County Sheriff's Office**<br>**3350 Gunn Club Road**<br>**West Palm Beach , FL 33406** | | | Goods, services, *monies owed and/or received | | | X | **$13,195.00** |
| **ACCOUNT NO.** <br><br>**Palm Beach County Sheriff's Office - IT**<br>**3350 Gunn Club Road**<br>**West Palm Beach, FL 33406** | | | Goods, services, monies owed and/or received | | | X | **$10,249.04** |

Sheet no. **219** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **39,533.04**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Palm Beach County Sheriff's Office:Cherry Road<br>3228 Gun Club Rd<br>West Palm Beach, FL 33406 | | | Goods, services, monies owed and/or received | | | X | $2,107.00 |
| ACCOUNT NO.<br><br>Palm Beach Post<br>2751 South Dixie Highway<br>West Palm Beach, FL 33405 | | | Goods, services, monies owed and/or received | | | X | $62.00 |
| ACCOUNT NO.<br><br>Pangborn Corporation<br>4630 Coates Drive<br>Fairburn, GA 30213 | | | Goods, services, *monies owed and/or received | | | X | $384.00 |
| ACCOUNT NO.<br><br>Parkland School District<br>1210 Springhouse Road<br>Allentown, PA 18104 | | | Goods, services, monies owed and/or received | | | X | $3,073.20 |

Sheet no. **220** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **5,626.20**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Parrish Medical Center**<br>**951 N. Washington Ave**<br>**Titusville, FL 32796** | | | **Goods, services, monies owed and/or received** | | | X | $75.25 |
| **ACCOUNT NO.**<br><br>**Patriots Point Development Authority**<br>**40 Patriots Point Road**<br>**Mount Pleasant, SC 29464** | | | **Goods, services, monies owed and/or received** | | | X | $87.98 |
| **ACCOUNT NO.**<br><br>**Paul D Camp Community College**<br>**P.O. Box 737**<br>**100 N. College Drive**<br>**Franklin, VA 23851** | | | **Goods, services, \*monies owed and/or received** | | | X | $55.74 |
| **ACCOUNT NO.**<br><br>**Paychex**<br>**Human Resources Services**<br>**1175 Joh Street**<br>**W. Henrietta, NY 14586-9199** | | | **Goods, services, monies owed and/or received** | | | X | $487.00 |

Sheet no. **221** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                705.97

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **PC Overnight, LLC** **c/o Providence Family Offices** **704 W. Bay Street** **Tampa, Florid 33606** | | | **Goods, services, monies owed and/or received** | | | X | $59,143.75 |
| **ACCOUNT NO.** **Pennsville Board of Education** **30 Church Street** **Pennsville, NJ 08070** | | | **Goods, services, monies owed and/or received** | | | X | $550.00 |
| **ACCOUNT NO.** **Penske Truck Leasing** **PO Box 827380** **Philadelphia, PA 19182-7380** | | | **Goods, services, *monies owed and/or received** | | | X | $112,017.97 |
| **ACCOUNT NO.** **Penske Truck Leasing Co., LP** **PO Box 532658** **Atlanta, GA 30353-2658** | | | **Goods, services, monies owed and/or received** | | | X | $716.02 |

Sheet no. **222** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **172,427.74**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**               ,          Case No. **14-10142**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Perdue Farms, Inc.** <br>**31149 Old Ocean City Road** <br>**Salisbury, MD 21804** | | | **Goods, services, monies owed and/or received** | | | X | **$1,044.34** |
| **ACCOUNT NO.** <br><br> **Peter Rix** <br>**800 Ingham Road** <br>**New Smyrna Beach, FL 32168** | | | **Goods, services, monies owed and/or received** | | | X | **$12.00** |
| **ACCOUNT NO.** <br><br> **PGA of America** <br>**100 Avenue of the Champions** <br>**Palm Beach Gardens, FL 33418** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,222.00** |
| **ACCOUNT NO.** <br><br> **Phil Biddle** <br>**341 Cedar Ridge Lane** <br>**Newberry , SC 29108** | | | **Goods, services, monies owed and/or received** | | | X | **$900.00** |

Sheet no. **223** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **3,178.34**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
_____       _____
            **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PHSI <br> PO Box 404582 <br> Atlanta, GA 30384-4582 | | | Goods, services, monies owed and/or received | | | X | $82.84 |
| ACCOUNT NO. <br><br> Pickens County Schools <br> 415 Ann Street <br> Pickens, SC 29681 | | | Goods, services, monies owed and/or received | | | X | $2,788.18 |
| ACCOUNT NO. <br><br> Piedmont Technical College <br> 189 Bellview ST <br> Winder, GA 30680 | | | Goods, services, *monies owed and/or received | | | X | $3,045.53 |
| ACCOUNT NO. <br><br> Piggly Wiggly <br> 4401 Piggly Wiggly Drive <br> Charleston, SC 29405 | | | Goods, services, monies owed and/or received | | | X | $154.80 |

Sheet no. **224** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,071.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CRS Holding of America, LLC**_____ ,        Case No.  **14-10142**_____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pike County Recycling <br> 146 Main Street <br> Pikeville, KY 41501 | | | Goods, services, monies owed and/or received | | | X | $41.03 |
| ACCOUNT NO. <br><br> Pike County Schools KY <br> 316 South Mayo Trail <br> Pikeville, KY 41501 | | | Goods, services, monies owed and/or received | | | X | $7,220.97 |
| ACCOUNT NO. <br><br> Pikeville Independent Schools <br> 148 Second Street <br> Pikeville, KY 41501 | | | Goods, services, *monies owed and/or received | | | X | $104.00 |
| ACCOUNT NO. <br><br> Pinehurst Surgical Clinic <br> 5 First Village Drive <br> Pinehurst, NC 78374 | | | Goods, services, monies owed and/or received | | | X | $962.60 |

Sheet no. **225** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **8,328.60**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                         ,         Case No. **14-10142**
                      **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pinellas County Solid Waste - HEC 3 3095 114th Ave. N. St. Petersburg, FL 33716 | | | Goods, services, monies owed and/or received | | | X | $1,203.36 |
| ACCOUNT NO. Pinnacle Circuits 5100 78th Ave North Pinellas Park, FL 33781 | | | Goods, services, monies owed and/or received | | | X | $558.90 |
| ACCOUNT NO. Pinnacle Food Groups 415 S. Blacks Corners Rd. Imlay City, MI 48444 | | | Goods, services, *monies owed and/or received | | | X | $26.95 |
| ACCOUNT NO. Pioneer Telephone PO Box 11018 Lewiston, ME 04243-9469 | | | Goods, services, monies owed and/or received | | | X | $65.03 |

Sheet no. **226** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,854.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** , Case No. **14-10142**
_____          _____
              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Pioneer Valley Regional School District** <br> **97 F Sumner Turner Road** <br> **Northfield, ME 01360** | | | **Goods, services, monies owed and/or received** | | | X | $37.70 |
| **ACCOUNT NO.** <br><br> **Plainfield Public School** <br> **651 Norwich Road** <br> **Plainfield, CT 06374** | | | **Goods, services, monies owed and/or received** | | | X | $1,879.85 |
| **ACCOUNT NO.** <br><br> **Plymouth Public Schools** <br> **77 Main Street** <br> **Terryville, CT 06786** | | | **Goods, services, *monies owed and/or received** | | | X | $668.79 |
| **ACCOUNT NO.** <br><br> **Polk County Public Works GA** <br> **P.O. Box 268** <br> **Cedartown, GA 30125** | | | **Goods, services, monies owed and/or received** | | | X | $185.28 |

Sheet no. **227** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **2,771.62**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,      Case No. **14-10142**
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Portland Public School** <br> **33 East Main Street** <br> **Portland, CT 06480** | | | Goods, services, monies owed and/or received | | | X | $397.05 |
| **ACCOUNT NO.** <br><br> **Powell County Schools** <br> **691 Breckenridge Street** <br> **Stanton, KY 40380** | | | Goods, services, monies owed and/or received | | | X | $1,260.18 |
| **ACCOUNT NO.** <br><br> **Poynter Institute for Media** <br> **801 Third Street South** <br> **St. Petersburg, FL 33701** | | | Goods, services, *monies owed and/or received | | | X | $30.20 |
| **ACCOUNT NO.** <br><br> **Praxair** <br> **Department 1222** <br> **PO Box 121222** <br> **Dallas, TX 75312-1222** | | | Goods, services, monies owed and/or received | | | X | $313.66 |

Sheet no. **228** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $      **2,001.09**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____                    _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Precision Garage Door** <br> **13737 Automobile Blvd.** <br> **Clearwater, FL 33762** | | | Goods, services, monies owed and/or received | | | X | $9,699.00 |
| **ACCOUNT NO.** <br><br> **Premier Trailer Leasing** <br> **PO Box 644859** <br> **Pittsburgh, PA 15264-4859** | | | Goods, services, monies owed and/or received | | | X | $385.00 |
| **ACCOUNT NO.** <br><br> **Preston Public School District** <br> **325 Sheltucket Turnpike** <br> **Preston, CT 06365** | | | Goods, services, *monies owed and/or received | | | X | $169.08 |
| **ACCOUNT NO.** <br><br> **Prince George County Public Schools** <br> **9201 East Hampton Dr.** <br> **Capitol Heights, MD 20743** | | | Goods, services, monies owed and/or received | | | X | $35,124.17 |

Sheet no. **229** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **45,377.25**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
        **Debtor**                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Prince George County School Board** <br> **9201 E Hampton Dr** <br> **Capitol Heights, MD 20743** | | | Goods, services, monies owed and/or received | | | X | $13,028.14 |
| **ACCOUNT NO.** <br><br> **Printers Direct** <br> **205 Bucknell Ct** <br> **Atlanta, GA 30336** | | | Goods, services, monies owed and/or received | | | X | $539.32 |
| **ACCOUNT NO.** <br><br> **Probate Court Administration- Connecticut** <br> **186 Newington Avenue** <br> **West Hartford, CT 06110** | | | Goods, services, *monies owed and/or received | | | X | $456.00 |
| **ACCOUNT NO.** <br><br> **ProDrivers** <br> **c/o EmployBridge** <br> **222 West Las Colinas Blvd. W** <br> **Irving, TX 75039** | | | Goods, services, monies owed and/or received | | | X | $1,430.10 |

Sheet no. **230** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **15,453.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**          ,          Case No. **14-10142**
_____                    _____
        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Progress Energy:Florida:Wildwood 4306 E CR 462 Wildwood, FL 34785** | | | Goods, services, monies owed and/or received | | | X | $600.85 |
| **ACCOUNT NO.** <br><br> **Property Accounting Office Treasurer, State of Connecticut Rocky Hill, CT 06067** | | | Goods, services, monies owed and/or received | | | X | $304.00 |
| **ACCOUNT NO.** <br><br> **ProQuest -  Corporation Service 789 E. Eisenhower Pkwy Ann Arbor, MI 48108** | | | Goods, services, *monies owed and/or received | | | X | $770.00 |
| **ACCOUNT NO.** <br><br> **PSCNA Configuration CTR - MRM Program PO Box 3908 Minneapolis, MN 55403** | | | Goods, services, monies owed and/or received | | | X | $1,252.61 |

Sheet no. **231** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **2,927.46**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PSNC Energy <br> PO Box 100256 <br> Columbia , SC 29202-3256 | | | Goods, services, monies owed and/or received | | | X | $47.66 |
| ACCOUNT NO. <br><br> Public Service Commission of South Carolina <br> 101 Executive Center Dr. <br> Suite 100 Saluda Bldg. <br> Columbia, SC 29211 | | | Goods, services, monies owed and/or received | | | X | $17.15 |
| ACCOUNT NO. <br><br> Pulte Group North Charleston <br> 4000 Faber Place Drive <br> Suite 110 <br> North Charleston, SC 29405 | | | Goods, services, *monies owed and/or received | | | X | $276.72 |
| ACCOUNT NO. <br><br> Pulte Group Orlando <br> 4901 Vineland Road <br> Suite 500 <br> Orlando, FL 32811 | | | Goods, services, monies owed and/or received | | | X | $395.00 |

Sheet no. **232** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **736.53**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Pulte Group Raleigh** <br> **1225 Crescent Green Dr** <br> **Suite 250** <br> **Cary, NC 27518** | | | **Goods, services, monies owed and/or received** | | | X | **$820.00** |
| **ACCOUNT NO.** <br><br> **Pulte Group Tampa** <br> **2301 Lucien Way** <br> **Suite 400** <br> **Maitland, FL 32751** | | | **Goods, services, monies owed and/or received** | | | X | **$265.00** |
| **ACCOUNT NO.** <br><br> **Pulte Group Westborough** <br> **115 Flanders Road** <br> **Suite 200** <br> **Westborough, MA 01581** | | | **Goods, services, *monies owed and/or received** | | | X | **$605.00** |
| **ACCOUNT NO.** <br><br> **Pulte Group:Charlotte** <br> **11121 Carmel Commons Blvd** <br> **Suite 450** <br> **Charlotte, NC 28226** | | | **Goods, services, monies owed and/or received** | | | X | **$280.00** |

Sheet no. **233** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,970.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                                                                                                                                                                                    
                      **Debtor**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Putnam County Public Health Department <br> 2801 Kennedy Street <br> Palatka, FL 32177 | | | Goods, services, monies owed and/or received | | | X | $138.00 |
| ACCOUNT NO. <br><br> Q4 Services LLC <br> 1410 N Goldenrod Rd <br> Orlando, FL 32807 | | | Goods, services, monies owed and/or received | | | | $123.50 |
| ACCOUNT NO. <br><br> Quaboag Regional School District <br> 284 Old West Brookfield Road <br> Warren, MA 01083 | | | Goods, services, *monies owed and/or received | | | X | $109.95 |
| ACCOUNT NO. <br><br> Quality Lift Truck Service, Inc. <br> 580 Vista Avenue <br> PO Box 1302 <br> Addison, IL 60101 | | | Goods, services, monies owed and/or received | | | X | $4,113.00 |

Sheet no. **234** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,484.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,       Case No. __14-10142_____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Quality Water Supply**<br>**1700 N. Monroe Street**<br>**Tallahassee, FL 32303-0501** | | | **Goods, services, monies owed and/or received** | | | X | $253.82 |
| **ACCOUNT NO.** <br><br>**Queens University**<br>**190 Selwyn Ave**<br>**Charlotte, NC 28274** | | | **Goods, services, monies owed and/or received** | | | X | $96.10 |
| **ACCOUNT NO.** <br><br>**Quincy Recycle**<br>**526 South 6th**<br>**Quincy, IL 62301** | | | **Goods, services, *monies owed and/or received** | | | X | $4,225.00 |
| **ACCOUNT NO.** <br><br>**Quinebaug Valley Community College**<br>**742 Upper Maple Street**<br>**Danielson, CT 06239** | | | **Goods, services, monies owed and/or received** | | | X | $432.18 |

Sheet no. __235_ of __334_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**5,007.10**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rabun County Schools** <br> **41 Education Street** <br> **Clayton, GA 30525** | | | **Goods, services, monies owed and/or received** | | | X | **$350.00** |
| **ACCOUNT NO.** <br><br> **Rackspace US, Inc.** <br> **PO Box 730759** <br> **Dallas, TX 75373-0759** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Raleigh-Durham Rubber & Gasket** <br> **PO Box 90397** <br> **Raleigh, NC 27675** | | | **Goods, services, *monies owed and/or received** | | | X | **$443.92** |
| **ACCOUNT NO.** <br><br> **Randolph College** <br> **2500 Rivermont Ave** <br> **Lynchburg, VA 24503** | | | **Goods, services, monies owed and/or received** | | | X | **$810.16** |

Sheet no. **236** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **1,604.08**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rayco Electric <br> 603 18th Ave W <br> Bradenton, FL 34205 | | | Goods, services, monies owed and/or received | | | X | $26.85 |
| ACCOUNT NO. <br><br> RDK Truck Sales and Service, Inc. <br> 3214 Adamo Drive <br> Tampa, FL 33605 | | | Goods, services, monies owed and/or received | | | X | $1,310.95 |
| ACCOUNT NO. <br><br> Reading Area Community College <br> Berks Hall- Room B- 134 <br> 10 So. 2nd Street <br><br> Reading, PA 19602 | | | Goods, services, *monies owed and/or received | | | X | $422.30 |
| ACCOUNT NO. <br><br> Reciclaje Del Norte, Inc <br> P.O. Box 1822 <br> Hatillo, PR 00659-1822 | | | Goods, services, monies owed and/or received | | | X | $2,385.59 |

Sheet no. **237** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **4,145.69**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
_____                                    _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Reed Business Information** <br> **30 Technology Pkwy** <br> **Norcross, GA 30092** | | | Goods, services, monies owed and/or received | | | X | $272.00 |
| **ACCOUNT NO.** <br><br> **Reed Transport Services, Inc.** <br> **PO Box 2527** <br> **Brandon, FL 33509** | | | Goods, services, monies owed and/or received | | | X | $52,350.00 |
| **ACCOUNT NO.** <br><br> **Regional Pest Management** <br> **4333 Washington Blvd.** <br> **Halethorpe, MD 21227** | | | Goods, services, *monies owed and/or received | | | X | $195.00 |
| **ACCOUNT NO.** <br><br> **Regional School District 13** <br> **PO Box 190** <br> **Durham, CT 06422** | | | Goods, services, monies owed and/or received | | | X | $641.16 |

Sheet no. **238** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **53,458.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Regional School District 18** <br>**53 Lyme Street** <br>**Old Lyme, CT 06371** | | | Goods, services, monies owed and/or received | | | X | $285.97 |
| **ACCOUNT NO.** <br><br> **Regional School District 4** <br>**P.O. Box 187** <br>**Deep River, CT 06417** | | | Goods, services, monies owed and/or received | | | X | $732.31 |
| **ACCOUNT NO.** <br><br> **Regions Bank** <br>**100 No. Tampa St.** <br>**Suite 3100** <br>**Tampa, FL 33602** | | | Goods, services, *monies owed and/or received | | | | **Undetermined - unsecured portion of otherwise secured claim** |
| **ACCOUNT NO.** <br><br> **Regions Equipment Finance Corporation** <br>**1900 5th Ave. No.** <br>**Suite 2400** <br>**Birmingham, AL 35203** | | | Goods, services, monies owed and/or received    off. | | | | **Claim amount to be determined - Unsecured portion of otherwise secured claim** |

Sheet no. **239** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **1,018.28**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                    **Debtor**                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Reliance Standard PO Box 3124 Philadelphia, PA 19398-3124 | | | Goods, services, monies owed and/or received | | | X | $2,165.58 |
| **ACCOUNT NO.** Renessenz LLC 400 Northside Drive NW Atlanta, GA 30318 | | | Goods, services, monies owed and/or received | | | X | $3,660.00 |
| **ACCOUNT NO.** Residential drop off 412 Spring Creek Hwy Crawfordville, FL 32327 | | | Goods, services, *monies owed and/or received | | | X | $40.00 |
| **ACCOUNT NO.** Residential Electrical Service, Inc. 115 Hannon Mill Road Tallahassee, FL 32305 | | | Goods, services, monies owed and/or received | | | X | $250.00 |

Sheet no. **240** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,115.58**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Resource Recycling, Inc.** **PO Box 422270** **Portland , OR 97242-0270** | | | **Goods, services, monies owed and/or received** | | | X | **$410.00** |
| **ACCOUNT NO.** **RH Corporate Park, LLC** **2730 Transit Rd W** **Seneca, NY 14224** | | | **Goods, services, monies owed and/or received** | | | X | **$38,000.00** |
| Additional Contacts for RH Corporate Park, LLC: **RH Corporate Park, LLC, CT Corporation System, 2 Office Park Court, Suite 103, Columbia, SC 29223 ***Creditor unsecured additional mailing state RMC*** | | | **Goods, services, monies owed and/or received** | | | | |
| **ACCOUNT NO.** **Richard Bland College** **11301 Johnson Rd** **Petersburg, VA 23805** | | | **Goods, services, monies owed and/or received** | | | X | **$247.30** |

Sheet no. **241** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **38,657.30**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Richland County Public Library** 1431 Assembly St Columbia, SC 29201 | | | Goods, services, monies owed and/or received | | | X | $270.52 |
| **ACCOUNT NO.** **Richland Lexington Disabilities & Special** 301 Greystone Blvd. Columbia, SC 29210 | | | Goods, services, monies owed and/or received | | | X | $85.05 |
| **ACCOUNT NO.** **Richmond Behavioral Health Authority** 107 South Fifth Street Richmond, VA 23219 | | | Goods, services, *monies owed and/or received | | | X | $659.30 |
| **ACCOUNT NO.** **RNDC of South Carolina** 410 Foster Brothers Drive West Columbia, SC 29172 | | | Goods, services, monies owed and/or received | | | X | $95.94 |

Sheet no. **242** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,110.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                         _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Roane State Community College** <br>**276 Patton Ln** <br>**Harriman, TN 37748** | | | Goods, services, monies owed and/or received | | | X | $720.80 |
| **ACCOUNT NO.** <br><br>**Roanoke County Public Schools** <br>**5937 Cove Road** <br>**Roanoke, VA 24019** | | | Goods, services, monies owed and/or received | | | X | $7,017.60 |
| **ACCOUNT NO.** <br><br>**Roanoke Rapids Graded School District** <br>**237 Vance Street** <br>**Roanoke Rapids, NC 27870** | | | Goods, services, *monies owed and/or received | | | X | $112.00 |
| **ACCOUNT NO.** <br><br>**Roberts Printing** <br>**2049 Calumet Street** <br>**Clearwater, FL 33765** | | | Goods, services, monies owed and/or received | | | X | $315.65 |

Sheet no. **243** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $         **8,166.05**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **CRS Holding of America, LLC**      ,      Case No.   **14-10142**
                 **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Robertson County Schools 100 5th Ave E Springfield, TN 37172** | | | Goods, services, monies owed and/or received | | | X | **$971.38** |
| **ACCOUNT NO.** <br><br> **Robertson County Solid Waste 2916 West Country Farm Road Springfield, TN 37172** | | | Goods, services, monies owed and/or received | | | X | **$1,019.76** |
| **ACCOUNT NO.** <br><br> **Robeson County Schools PO Box Drawer 2909 Lumberton, NC 28359** | | | Goods, services, *monies owed and/or received | | | X | **$1,447.60** |
| **ACCOUNT NO.** <br><br> **Robeson County Solid Waste PO Box 366 St. Pauls, NC 28384** | | | Goods, services, monies owed and/or received | | | X | **$1,276.23** |

Sheet no. **244** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **4,714.97**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,     Case No. **14-10142**_____
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rock Hill Schools** <br> **PO Drawer 10072** <br> **Rock Hill, SC 29731** | | | Goods, services, monies owed and/or received | | | X | $7,477.53 |
| **ACCOUNT NO.** <br><br> **Rock:Tenn** <br> **6 CityPlace Dr** <br> **Creve Coeur, MO 63141-7167** | | | Goods, services, monies owed and/or received | | | X | $104.40 |
| **ACCOUNT NO.** <br><br> **Rocky Hill School District** <br> **761 Old Main St.** <br> **Rocky Hill, CT 06067** | | | Goods, services, *monies owed and/or received | | | X | $253.55 |
| **ACCOUNT NO.** <br><br> **Roederer Correctional Complex** <br> **4000 Morgan Rd.** <br> **LaGrange, KY 40032** | | | Goods, services, monies owed and/or received | | | X | $196.16 |

Sheet no. **245** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **8,031.64**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                ,          Case No. **14-10142**
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rogers Electric** <br> **2050 Marconi Dr** <br> **Suite 200** <br> **Alpharetta, GA 30005** | | | **Goods, services, monies owed and/or received** | | | X | $670.00 |
| **ACCOUNT NO.** <br><br> **Ronnie Charesy** <br> **110 N. 11th Street** <br> **Tampa, FL 33602** | | | **Goods, services, monies owed and/or received** | | | X | $1.65 |
| **ACCOUNT NO.** <br><br> **Rooms To Go:NC** <br> **2730 Queen City Drive** <br> **Charlotte, NC 28208** | | | **Goods, services, *monies owed and/or received** | | | X | $122.13 |
| **ACCOUNT NO.** <br><br> **Roosevelt University :18** <br> **Gage Building** <br> **18 S Michigan Ave** <br><br> **Chicago, IL 60605** | | | **Goods, services, monies owed and/or received** | | | X | $351.80 |

Sheet no. **246** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,145.58**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re **CRS Holding of America, LLC** , Case No. **14-10142**
                  **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Roosevelt University:430** <br> **430 S Michigan Ave** <br> **AUD 204** <br> **Chicago, IL 60605** | | | **Goods, services, monies owed and/or received** | | | X | $55.75 |
| ACCOUNT NO. <br><br> **Rose Enterprises of Tampa Bay, LLC** <br> **6007 Yeats Manor Dr** <br> **Tampa, FL 33616** | | | **Goods, services, monies owed and/or received** | | | X | $1,812.59 |
| ACCOUNT NO. <br><br> **Rowan County Board of Education** <br> **121 E. Second St.** <br> **Morehead, KY 40351** | | | **Goods, services, *monies owed and/or received** | | | X | $895.77 |
| ACCOUNT NO. <br><br> **Royal Caribbean Cruises LTD** <br> **Facilities Management** <br> **1050 Caribbean Way** <br> **Miami, FL 33132** | | | **Goods, services, monies owed and/or received** | | | X | $1,953.30 |

Sheet no. **247** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **4,717.41**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____                                        _____
**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Russell Independent Schools** <br> **409 Belfont St** <br> **Russell, KY 41169** | | | Goods, services, monies owed and/or received | | | X | $692.26 |
| **ACCOUNT NO.** <br><br> **Rutherford County Schools** <br> **2240 Southpark Blvd.** <br> **Murfreesboro, TN 37128** | | | Goods, services, monies owed and/or received | | | X | $2,674.55 |
| **ACCOUNT NO.** <br><br> **S.C. House of Representatives** <br> **1105 Pendleton Street** <br> **Columbia, SC 29201** | | | Goods, services, *monies owed and/or received | | | X | $14.37 |
| **ACCOUNT NO.** <br><br> **Safelite Auto Glass** <br> **3208 W. Tharpe Street** <br> **Tallahassee, FL 32303** | | | Goods, services, monies owed and/or received | | | X | $757.04 |

Sheet no. **248** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **4,138.22**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Safety Kleen, Inc.**<br>**PO Box 382066**<br>**Pittsburgh, PA 15250-8066** | | | **Goods, services, monies owed and/or received** | | | X | **$937.00** |
| **ACCOUNT NO.**<br><br>**Safety Kleen, Inc.**<br>**PO Box 650509**<br>**Dallas, TX 75265-0509** | | | **Goods, services, monies owed and/or received** | | | X | **$675.00** |
| **ACCOUNT NO.**<br><br>**Saint Lucie School District**<br>**329 NW Commerce Park Dr**<br>**Port St Lucie, FL 34986** | | | **Goods, services, *monies owed and/or received** | | | X | **$14,654.00** |
| **ACCOUNT NO.**<br><br>**Salvation Army Tampa Area Command**<br>**P.O. Box 2839**<br>**Tampa, FL 33601** | | | **Goods, services, monies owed and/or received** | | | X | **$94.00** |

Sheet no. **249** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　**16,360.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,        Case No. **14-10142** _____
                          **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Samca International** <br> **PO Box 772** <br> **Pittsford, NY** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Sandwich Public Schools** <br> **365 Quaker Meetinghouse RD** <br> **East Sandwich, MA 02537** | | | **Goods, services, monies owed and/or received** | | | X | **$369.90** |
| **ACCOUNT NO.** <br><br> **Santee Cooper** <br> **One Riverwood Dr** <br> **Moncks Corner, SC 29461** | | | **Goods, services, \*monies owed and/or received** | | | X | **$729.88** |
| **ACCOUNT NO.** <br><br> **Santee Wateree CMHC** <br> **215 N Magnolia St** <br> **Sumter, SC 29151** | | | **Goods, services, monies owed and/or received** | | | X | **$360.22** |

Sheet no. **250** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,460.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**          ,          Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sarasota County Schools** <br> **101 Old Venice Road** <br> **Osprey, FL 34229** | | | **Goods, services, monies owed and/or received** | | | X | **$2,208.00** |
| **ACCOUNT NO.** <br><br> **SAS Institute** <br> **500 SAS Campus Dr** <br> **Cary, NC 27513** | | | **Goods, services, monies owed and/or received** | | | X | **$208.00** |
| **ACCOUNT NO.** <br><br> **Savannah Chatham County** <br> **Public Schools** <br> **208 Bull Street** <br> **Room 119** <br> **Savannah, GA 31401** | | | **Goods, services, *monies owed and/or received** | | | X | **$8,038.74** |
| **ACCOUNT NO.** <br><br> **SBA Communications** <br> **5900 Broken Sound Pkwy** <br> **Boca Raton, FL 33487** | | | **Goods, services, monies owed and/or received** | | | X | **$1,379.16** |

Sheet no. **251** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **11,833.90**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SC Budget Control Board<br>Human Res Divisio<br>8301 Parklane Rd. A220<br>Columbia, SC 29223 | | | Goods, services, monies owed and/or received | | | X | $115.51 |
| ACCOUNT NO.<br><br>SC Commission on Indigent Defense<br>PO Box 11433<br>Columbia, sc 29211 | | | Goods, services, monies owed and/or received | | | X | $41.19 |
| ACCOUNT NO.<br><br>SC Comptroller General's Office<br>1200 Senate Street Suite 305<br>Wade Hampton Building<br>Columbia, SC 29201 | | | Goods, services, *monies owed and/or received | | | X | $70.68 |
| ACCOUNT NO.<br><br>SC Department of Mental Health<br>2414 Bull Street<br>Columbia, SC 29201 | | | Goods, services, monies owed and/or received | | | X | $42.55 |

Sheet no. **252** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **269.93**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> SC Department of Mental Health <br> 2715 Colonial Drive <br> Columbia, SC 29203 | | | Goods, services, monies owed and/or received | | | X | $860.72 |
| **ACCOUNT NO.** <br><br> SC Department of Natural Resources <br> 1000 Assembly Street <br> Columbia, SC 29202 | | | Goods, services, monies owed and/or received | | | X | $497.88 |
| **ACCOUNT NO.** <br><br> SC Department of Social Services <br> 3220 Two Notch Road <br> Columbia, SC 29204 | | | Goods, services, *monies owed and/or received | | | X | $164.73 |
| **ACCOUNT NO.** <br><br> SC Department of Social Services - Marion <br> 137 Airport Court <br> Marion, SC 29571 | | | Goods, services, monies owed and/or received | | | X | $26.08 |

Sheet no. **253** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ | **1,549.41**

Total► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – cont.

In re **CRS Holding of America, LLC**                    ,          Case No. __14-10142_____
                          **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **SC Department of Social Services - Region IV 1535 Confederate Avenue Extension Room 306** **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | **$16.99** |
| **ACCOUNT NO.** **SC Department of Transportation:Orangebur 1724 Charleston Highway Orangeburg, SC 29116** | | | **Goods, services, monies owed and/or received** | | | X | **$10.26** |
| **ACCOUNT NO.** **SC Dept. of Parks, Recreations, & Tourism 1205 Pendleton St Columbia, SC 29201** | | | **Goods, services, *monies owed and/or received** | | | X | **$34.20** |
| **ACCOUNT NO.** **SC DHEC 200 University Ridge Greenville, SC 29601** | | | **Goods, services, monies owed and/or received** | | | X | **$91.93** |

Sheet no. __254__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $          **153.38**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,    Case No. **14-10142**
                      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**SC DHEC**<br>**301 Gervais Street**<br>**Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $30.75 |
| **ACCOUNT NO.**<br><br>**SC DHEC - Region 5 Public Health**<br>**1550 Carolina Ave**<br>**Orangeburg, SC 29115** | | | Goods, services, monies owed and/or received | | | X | $367.31 |
| **ACCOUNT NO.**<br><br>**SC DHEC Region 3 Richland County Health Dept**<br>**2000 Hampton Street**<br>**Columbia, SC 29204** | | | Goods, services, *monies owed and/or received | | | X | $1,239.46 |
| **ACCOUNT NO.**<br><br>**SC DHEC Region 4**<br>**PO BOX 1628**<br>**Sumter, SC 29151** | | | Goods, services, monies owed and/or received | | | X | $13.78 |

Sheet no. **255** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,651.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **SC DHEC Region 7** <br> **Low Country Health Region** <br> **4050 Bridge View Drive** <br><br> **North Charleston, SC 29405** | | | Goods, services, monies owed and/or received | | | X | $300.02 |
| **ACCOUNT NO.** <br><br> **SC DHEC Surplus** <br> **2600 Bull Street** <br> **Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $2,656.73 |
| **ACCOUNT NO.** <br><br> **SC DOT** <br> **1400 Shop Road** <br> **Columbia, SC 29201** | | | Goods, services, *monies owed and/or received | | | X | $121.04 |
| **ACCOUNT NO.** <br><br> **SC DOT - District 5** <br> **3018 E. Palmetto St** <br> **Florence, SC 29506** | | | Goods, services, monies owed and/or received | | | X | $23.89 |

Sheet no. **256** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,101.68**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                              ,          Case No. **14-10142**

                **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**SC Education Lottery**<br>**PO BOX 11949**<br>**Columbia, SC 29211** | | | **Goods, services, monies owed and/or received** | | | X | $243.13 |
| **ACCOUNT NO.**<br><br>**SC Governor's School for Science and Mathematics**<br>**401 Railroad Avenue**<br>**Hartsville, SC 29550** | | | **Goods, services, monies owed and/or received** | | | X | $251.65 |
| **ACCOUNT NO.**<br><br>**SC Office of Regulatory Staff**<br>**1401 Main St.**<br>**Suite 900**<br>**Columbia, SC 29201** | | | **Goods, services, *monies owed and/or received** | | | X | $8.15 |
| **ACCOUNT NO.**<br><br>**SC State Library**<br>**1500 Senate Street**<br>**Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $42.77 |

Sheet no. **257** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **545.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                              ,                    Case No. **14-10142**
_____
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **SC State Museum** <br> **301 Gervais Street** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $23.05 |
| **ACCOUNT NO.** <br><br> **SC State Treasurer's Office** <br> **1200 Senate Street** <br> **Suite 109** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $26.89 |
| **ACCOUNT NO.** <br><br> **SC Workers Compensation Commission** <br> **PO BOX 1715** <br> **Columbia, SC 29202** | | | **Goods, services, *monies owed and/or received** | | | X | $146.72 |
| **ACCOUNT NO.** <br><br> **SC: Department of Law Enforcement** <br> **4400 Broad River Road** <br> **Columbia, SC 29211** | | | **Goods, services, monies owed and/or received** | | | X | $1,088.46 |

Sheet no. **258** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,285.12**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,   Case No. __14-10142_____
                 **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**SC: Department of Probation, Parole, & Pardon**<br>**221 Devine Street**<br>**Columbia , SC 29205** | | | Goods, services, monies owed and/or received | | | X | $685.19 |
| **ACCOUNT NO.**<br><br>**SC: McCormick County Department of Social Services**<br>**215 N Mine Street**<br>**McCormick, SC 29835** | | | Goods, services, monies owed and/or received | | | X | $6.89 |
| **ACCOUNT NO.**<br><br>**SC: Piedmont Technical College**<br>**PO Drawer 1467**<br>**Greenwood, SC 29648** | | | Goods, services, *monies owed and/or received | | | X | $35.18 |
| **ACCOUNT NO.**<br><br>**SC:Academy for Careers & Technology Center**<br>**PO Box 890**<br>**Marion, SC 29571** | | | Goods, services, monies owed and/or received | | | X | $377.38 |

Sheet no. __259_ of _334_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,104.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **SC:Beaufort County Schools 1300 King Street Beaufort, SC 29901** | | | **Goods, services, monies owed and/or received** | | | X | $136.01 |
| **ACCOUNT NO.** <br><br> **SC:Benedict College 1600 Harden Street Columbia, SC 29204** | | | **Goods, services, monies owed and/or received** | | | X | $38.19 |
| **ACCOUNT NO.** <br><br> **SC:Budget & Control Board:Columbia 1000 Assembly Street 4th Floor Columbia, SC 29212** | | | **Goods, services, *monies owed and/or received** | | | X | $53.63 |
| **ACCOUNT NO.** <br><br> **SC:Commission for the Blind P.O. Box 2467 Columbia, SC 29202** | | | **Goods, services, monies owed and/or received** | | | X | $243.56 |

Sheet no. **260** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **471.39**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **SC:Converse College** <br> **580 E. Main St.** <br> **Spartanburg, SC 29302** | | | **Goods, services, monies owed and/or received** | | | X | $47.06 |
| **ACCOUNT NO.** <br><br> **SC:Criminal Justice Academy** <br> **5400 Broad River Road** <br> **Columbia, SC 29212** | | | **Goods, services, monies owed and/or received** | | | X | $215.29 |
| **ACCOUNT NO.** <br><br> **SC:Department of Correction** <br> **4444 Broad River Road** <br> **Columbia, SC 29210** | | | **Goods, services, *monies owed and/or received** | | | X | $1,046.21 |
| **ACCOUNT NO.** <br><br> **SC:Department of Health** <br> **1801 Main Street** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $3,148.60 |

Sheet no. **261** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,457.16**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
_____    _____
        **Debtor**                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>SC:DHEC - EQC Admin - Columbia<br>101 Business Park Blvd.<br>Columbia, SC 29203 | | | Goods, services, monies owed and/or received | | | X | $316.88 |
| **ACCOUNT NO.**<br><br>SC:DHEC Public Health Region 6<br>1705 West Evans Street<br>Florence, SC 29501 | | | Goods, services, monies owed and/or received | | | X | $223.51 |
| **ACCOUNT NO.**<br><br>SC:Employee Benefit Authority<br>202 Arbor Lake Drive<br>Columbia, SC 29223 | | | Goods, services, *monies owed and/or received | | | X | $91.67 |
| **ACCOUNT NO.**<br><br>SC:Florence County Library System<br>509 South Dargan Street<br>Florence, SC 29506 | | | Goods, services, monies owed and/or received | | | X | $133.10 |

Sheet no. **262** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **765.16**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SC:Kershaw County Schools <br> 1301 DuBose Court <br> Camden, SC 29020 | | | Goods, services, monies owed and/or received | | | X | $1,570.74 |
| ACCOUNT NO. <br><br> SC:SC Budget and Control - SCEIS <br> 1628 Browning Road <br> Columbia, SC 29210 | | | Goods, services, monies owed and/or received | | | X | $43.51 |
| ACCOUNT NO. <br><br> SC:SC Department of Social Serivces <br> 1535 Confederate Avenue <br> Room 328 North Tower <br> Columbia, SC 29202-1520 | | | Goods, services, *monies owed and/or received | | | X | $6.18 |
| ACCOUNT NO. <br><br> SC:SC State Library <br> 1500 Senate Street <br> Columbia, SC 29201 | | | Goods, services, monies owed and/or received | | | X | $75.49 |

Sheet no. **263** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,695.92**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __CRS Holding of America, LLC_____ ,          Case No. __14-10142_____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** SC:SCDSS Region II Adoptions 454 South Anderson Road BTC 551, Suite 401 Rock Hill, SC 29730 | | | **Goods, services, monies owed and/or received** | | | X | $6.84 |
| **ACCOUNT NO.** SC:South Carolina Department of Mental Health - CM Tucker HRS 2200 Harden Street Columbia, SC 29203 | | | **Goods, services, monies owed and/or received** | | | X | $219.28 |
| **ACCOUNT NO.** SC:South Carolina Department of Transportation - Orangeburg 1724 Charleston Highway Orangeburg, SC 29116 | | | **Goods, services, *monies owed and/or received** | | | X | $13.50 |
| **ACCOUNT NO.** SC:Southern Wesleyan University 907 Wesleyan Drive Central, SC 29630 | | | **Goods, services, monies owed and/or received** | | | X | $24.45 |

Sheet no. __264__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **264.07**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                                ,                    Case No. **14-10142**
_____                                          _____
                        **Debtor**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **SCARCE** <br>**799 Roosevelt Rd** <br>**Building 2, Suite 108** <br>**Glen Ellyn, IL 60137** | | | **Goods, services, monies owed and/or received** | | | X | $664.65 |
| **ACCOUNT NO.** <br><br> **SCDHEC Region 1 Anderson** <br>**220 McGee Road** <br>**Anderson, SC 29621** | | | **Goods, services, monies owed and/or received** | | | X | $242.46 |
| **ACCOUNT NO.** <br><br> **SCDHEC Region 1 Walhalla** <br>**200 Booker Drive** <br>**Walhalla, SC 29691** | | | **Goods, services, *monies owed and/or received** | | | X | $113.95 |
| **ACCOUNT NO.** <br><br> **SCDMH - Berkeley Community Mental Health Center** <br>**403 Stoney Landing Road** <br>**Moncks Corner, SC 29461** | | | **Goods, services, monies owed and/or received** | | | X | $63.83 |

Sheet no. **265** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,084.89**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Schaumburg Hgh Sch. Township District 211 1100 W. Schaumburg Rd. Schaumburg, IL 60194** | | | **Goods, services, monies owed and/or received** | | | X | $40.38 |
| **ACCOUNT NO.** <br><br> **Schneider National, Inc. PO Box 281496 Atlanta, GA 30384-1496** | | | **Goods, services, monies owed and/or received** | | | X | $38,616.00 |
| **ACCOUNT NO.** <br><br> **School District of Lancaster School District of Lancaster 1051 Lehigh Avenue Lancaster, PA 17602** | | | **Goods, services, *monies owed and/or received** | | | X | $1,100.80 |
| **ACCOUNT NO.** <br><br> **Schurz Communications-WAGT PO Box 1326 Mishawaka, IN 46545** | | | **Goods, services, monies owed and/or received** | | | X | $59.15 |

Sheet no. **266** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **39,816.33**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____, Case No. **14-10142**_____
        **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Scott County Board of Education<br>PO Box 578<br>Georgetown, KY 40324 | | | Goods, services, monies owed and/or received | | | X | $1,529.83 |
| ACCOUNT NO.<br><br>Scripps Networks Interactive<br>9721 Sherril Blvd.<br>Attn: Dottie Walker<br><br>Knoxville, TN 37932 | | | Goods, services, monies owed and/or received | | | X | $1,177.00 |
| ACCOUNT NO.<br><br>Sea and Shore Services, B.V.<br>Daniel Pichotstraat 15<br>Schiedam, Netherlands 3115 JB | | | Goods, services, *monies owed and/or received | | | X | $32,541.37 |
| ACCOUNT NO.<br><br>Sealy Airpark Nashville, LP<br>PO Box 936161<br>Atlanta, GA 31193-6161 | | | Goods, services, monies owed and/or received | | | X | $63,772.52 |

Sheet no.__**267**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $     **99,020.72**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　**Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>SeaWorld Parks & Entertainment<br>7007 Sea Harbor Dr.<br>Orlando, FL 32821 | | | Goods, services, monies owed and/or received | | | X | $987.68 |
| **ACCOUNT NO.**<br><br>SeaWorld Parks & Entertainment:Busch Gardens Williamsburg PO Box 690429<br>Orlando, FL 32869-0429 | | | Goods, services, monies owed and/or received | | | X | $100.09 |
| **ACCOUNT NO.**<br><br>Seminole County Government<br>1101 East 1st Street<br>Sanford, FL 32771 | | | Goods, services, *monies owed and/or received | | | X | $1,066.00 |
| **ACCOUNT NO.**<br><br>Seymour Public Schools<br>98 Bank St.<br>Seymour, CT 06483 | | | Goods, services, monies owed and/or received | | | X | $1,733.79 |

Sheet no. **268** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **3,887.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** , Case No. **14-10142**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sharon Center Schools** <br> **80 Hilltop Rd.** <br> **Sharon, CT 06069** | | | **Goods, services, monies owed and/or received** | | | X | $302.82 |
| **ACCOUNT NO.** <br><br> **Shaw Junior High School** <br> **2100 Adams Place NE** <br> **Washington, DC 20018** | | | **Goods, services, monies owed and/or received** | | | X | $3,079.42 |
| **ACCOUNT NO.** <br><br> **Shelby County Government:Haley Rd** <br> **6449 Haley Road** <br> **Building 11** <br> **Memphis, TN 38134** | | | **Goods, services, *monies owed and/or received** | | | X | $1,046.15 |
| **ACCOUNT NO.** <br><br> **Shelby County Government:S Bellevue Rd** <br> **584 Adam Ave** <br> **Memphis, TN 38103** | | | **Goods, services, monies owed and/or received** | | | X | $13,042.00 |

Sheet no. **269** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **17,470.39**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** _____ ,      Case No. **14-10142** _____
_____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Shelby County Public School 1155 West Main Shelbyville, KY 40065** | | | Goods, services, monies owed and/or received | | | X | $700.68 |
| **ACCOUNT NO.** <br><br> **Shelby County Schools 1384 Farmville Road Suite A Memphis, TN 38112** | | | Goods, services, monies owed and/or received | | | X | $21,301.45 |
| **ACCOUNT NO.** <br><br> **Signature Bank Of Georgia 6065 Roswel Road Ne # 600 Sandy Springs, GA 30328** | | | Goods, services, *monies owed and/or received | | | X | $75.00 |
| **ACCOUNT NO.** <br><br> **Silver Grove Board of Education 101 W 3rd St Silvergrove, KY 41085** | | | Goods, services, monies owed and/or received | | | X | $87.96 |

Sheet no. **270** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $     **22,165.09**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) — Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
       **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Simpson County Schools<br>P.O. Box 467<br>Franklin, KY 42135 | | | Goods, services, monies owed and/or received | | | X | $438.33 |
| ACCOUNT NO.<br><br>Sims Crane & Equipment Co<br>1219 US Hwy 301 N.<br>Tampa, FL 33619 | | | Goods, services, monies owed and/or received | | | X | $150.00 |
| ACCOUNT NO.<br><br>Simsbury School District<br>933 Hopmeadow St.<br>Simsbury, CT 06070 | | | Goods, services, *monies owed and/or received | | | X | $550.02 |
| ACCOUNT NO.<br><br>Skadden Arps Slate Meagher and Flom<br>360 Hamilton Ave<br>White Plains, NY 10601 | | | Goods, services, monies owed and/or received | | | X | $39.00 |

Sheet no. **271** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **1,177.35**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                        ,        Case No. __14-10142__
_____                                  _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Skanska <br> 2118 Water Ridge Parkway <br> Suite 250 <br> Charlotte, NC 28217 | | | Goods, services, monies owed and/or received | | | X | $966.40 |
| **ACCOUNT NO.** <br><br> Skanska USA - Camp Lejeune <br> 4309 Emperor Blvd. <br> Suite #200 <br> Durham, NC 27703 | | | Goods, services, monies owed and/or received | | | X | $5.00 |
| **ACCOUNT NO.** <br><br> Skanska USA Inc DC <br> 295 Bendix Rd. <br> Suite 400 <br> Virginia Beach, VA 23452 | | | Goods, services, *monies owed and/or received | | | X | $10.00 |
| **ACCOUNT NO.** <br><br> Skanska:Orlando <br> 111 N. Magnolia Ave. #1150 <br> Orlando, FL 32801 | | | Goods, services, monies owed and/or received | | | X | $205.00 |

Sheet no. __272__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,186.40**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC** ,                Case No. **14-10142**
 　　　　　　　**Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Skytron** <br> **5085 Corporate Exchange Blvd.** <br> **Grand Rapids, MI 49512** | | | Goods, services, monies owed and/or received | | | X | $129.60 |
| **ACCOUNT NO.** <br><br> **Smart Technology** <br> **6109 Cyril Ave** <br> **Orlando, FL 32809** | | | Goods, services, monies owed and/or received | | | X | $29,308.54 |
| **ACCOUNT NO.** <br><br> **SmartWay Transportaion, Inc.** <br> **PO Box 24387** <br> **Overland Park, KS 66283** | | | Goods, services, *monies owed and/or received | | | X | $5,000.00 |
| **ACCOUNT NO.** <br><br> **SME** <br> **711 Claycraft Road** <br> **Columbus, OH 43230** | | | Goods, services, monies owed and/or received | | | X | $401.25 |

Sheet no. **273** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **34,839.39**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
  
　　　　　　　　　**Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Smyth County Public Schools**<br>**121 Bagley Circle**<br>**Suite 300**<br>**Marion, VA 24354** | | | Goods, services, monies owed and/or received | | | X | **$3,234.00** |
| **ACCOUNT NO.**<br>**Solution Source**<br>**301 S Collins Street**<br>**Plant City, FL 33563** | | | Goods, services, monies owed and/or received | | | X | **$15.00** |
| **ACCOUNT NO.**<br>**Solutionz Hub**<br>**Rm 206, 2ND Floor, Regal Trade Square**<br>**Regal Sadar**<br>**Karachi, Pakistan** | | | Goods, services, *monies owed and/or received | | | X | **$1,493.50** |
| **ACCOUNT NO.**<br>**Somerset Independent Schools**<br>**305 College St**<br>**Somerset, KY 42501** | | | Goods, services, monies owed and/or received | | | X | **$969.40** |

Sheet no. **274** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **5,711.90**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                   **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sonitrol** <br> **PO Box 660777** <br> **Dallas, TX 75266-0777** | | | **Goods, services, monies owed and/or received** | | | X | $215.04 |
| **ACCOUNT NO.** <br><br> **Sonitrol** <br> **PO Box 1678** <br> **Tallahassee, FL 32302-1678** | | | **Goods, services, monies owed and/or received** | | | X | $462.91 |
| **ACCOUNT NO.** <br><br> **Sonitrol Chicagoland West** <br> **1275 W. Roosevelt Rd.** <br> **#123** <br> **Chicago, IL 60185** | | | **Goods, services, *monies owed and/or received** | | | X | $288.00 |
| **ACCOUNT NO.** <br><br> **Sonitrol Security Systems** <br> **901 Paverstone Drive** <br> **Raleigh, NC 27615** | | | **Goods, services, monies owed and/or received** | | | X | $657.00 |

Sheet no. **275** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,622.95**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Soukup Plumbing, Inc. <br> 826 E. North Avenue <br> Glendale Heights, IL 60139 | | | Goods, services, monies owed and/or received | | | X | $568.00 |
| ACCOUNT NO. <br><br> South Carolina Budget & Control Board <br> 1201 Main Street <br> Suite 420 <br> Columbia, SC 29201 | | | Goods, services, monies owed and/or received | | | X | $67.01 |
| ACCOUNT NO. <br><br> South Carolina Department of Law Enforcement <br> 4400 Broad River Road <br> Columbia , SC 29211 | | | Goods, services, *monies owed and/or received | | | X | $905.90 |
| ACCOUNT NO. <br><br> South Carolina Department of Natural Resources <br> 217 Fort Johnson Road <br> Charleston, SC 29412 | | | Goods, services, monies owed and/or received | | | X | $603.95 |

Sheet no. **276** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,144.86**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. __14-10142_____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **South Carolina Department of Revenue** **301 Gerbais Street** **Columbia, SC 29201** | | | Goods, services, monies owed and/or received | | | X | $125.00 |
| **ACCOUNT NO.** **South Carolina Department of Revnue** **Withholding** **Columbia, SC 29214-0004** | | | Goods, services, monies owed and/or received | | | X | $275.18 |
| **ACCOUNT NO.** **South Carolina Educational TV** **1101 George Rogers BW** **Columbia, SC 29202** | | | Goods, services, *monies owed and/or received | | | X | $670.16 |
| **ACCOUNT NO.** **South Carolina Forestry Commission - Columbia** **5500 Broad River Road** **Columbia, SC 29212** | | | Goods, services, monies owed and/or received | | | X | $103.32 |

Sheet no. __277__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,173.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **South Carolina State Employees Association** <br> **1325 Park Street** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | **$41.95** |
| **ACCOUNT NO.** <br><br> **South Carolina Vocational Rehabilitation** <br> **P.O. Box 15** <br> **West Columbia, SC 29170** | | | **Goods, services, monies owed and/or received** | | | X | **$212.99** |
| **ACCOUNT NO.** <br><br> **South Crest Bank** <br> **732 Technology Pkwy** <br> **Thomaston, GA 30286** | | | **Goods, services, *monies owed and/or received** | | | X | **$135.24** |
| **ACCOUNT NO.** <br><br> **South Florida Container Terminal** <br> **9300 Arrowpoint Blvd.** <br> **South Bldg. 1st fl.** <br> **Charlotte, NC 28273** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |

Sheet no. **278** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **390.18**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>South Florida Water Management District<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | | | Goods, services, monies owed and/or received | | | X | $516.00 |
| ACCOUNT NO.<br><br>South Knox School Corporation<br>6116 E. State Road 61<br>Vincennes, IN 47591 | | | Goods, services, monies owed and/or received | | | X | $97.30 |
| ACCOUNT NO.<br><br>South University<br>709 Mall Blvd.<br>Savannah, GA 31406 | | | Goods, services, *monies owed and/or received | | | X | $124.50 |
| ACCOUNT NO.<br><br>South Windsor School District<br>1737 Main St,<br>S. Windsor, CT 06074 | | | Goods, services, monies owed and/or received | | | X | $1,166.33 |

Sheet no. **279** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **1,904.13**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**              ,          Case No. **14-10142**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Southcentral Kentucky Community & Technical College 1845 Loop Drive Bowling Green, KY 42101 | | | Goods, services, monies owed and/or received | | | X | $124.92 |
| **ACCOUNT NO.** Southeastern Freight Lines PO Box 100104 Columbia, SC 29202-3104 | | | Goods, services, monies owed and/or received | | | X | $408.67 |
| **ACCOUNT NO.** Southeastern Mental Health Authority (DMHAS) Treasurer, State of Connecticut 401 West Thames Street Norwich, CT 06360 | | | Goods, services, *monies owed and/or received | | | X | $33.20 |
| **ACCOUNT NO.** Southern Adventist University 10110 Park Ln Collegedale, TN 37315 | | | Goods, services, monies owed and/or received | | | X | $71.50 |

Sheet no. **280** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $          **638.29**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>CRS Holding of America, LLC</u> ,          Case No. <u>14-10142</u>
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Southern Columbia Area School District**<br>**800 Southern Drive**<br>**Catawissa, PA 17820** | | | Goods, services, monies owed and/or received | | | X | $133.46 |
| **ACCOUNT NO.**<br><br>**Southern Company Services, Inc**<br>**1280 Oakbrook Dr.**<br>**Norcross, GA 30093** | | | Goods, services, monies owed and/or received | | | X | $513.30 |
| **ACCOUNT NO.**<br><br>**Southside Planning District Commission**<br>**PO Box 150**<br>**South Hill, VA 23970** | | | Goods, services, *monies owed and/or received | | | X | $81.68 |
| **ACCOUNT NO.**<br><br>**Southside Virginia Training Center (DBHDS)**<br>**26317 W. Washington Street**<br>**Petersburg, VA 23803** | | | Goods, services, monies owed and/or received | | | X | $14.80 |

Sheet no. <u>281</u> of <u>334</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $     **743.24**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
_____          _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Southwest Vermont Supervisory Union 246 South Stream Road Bennington, VT 05201** | | | **Goods, services, monies owed and/or received** | | | X | **$85.40** |
| **ACCOUNT NO.** <br><br> **Southwestern Connecticut Mental Health System (DMHAS) Treasurer, State of Connecticut 1635 Central Avenue Bridgeport, CT 06604** | | | **Goods, services, monies owed and/or received** | | | X | **$32.56** |
| **ACCOUNT NO.** <br><br> **Southwood Shared Resource Center 2585 Shumard Oak Blvd Tallahassee, FL 32399** | | | **Goods, services, *monies owed and/or received** | | | X | **$12.00** |
| **ACCOUNT NO.** <br><br> **Sparta Area Schools 465 S Union Street Sparta, MI 49345** | | | **Goods, services, monies owed and/or received** | | | X | **$660.75** |

Sheet no. **282** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **790.71**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                 **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Spartanburg Community College** <br> **PO Box 4386** <br> **Spartanburg, SC 29305** | | | Goods, services, monies owed and/or received | | | X | $3,442.99 |
| **ACCOUNT NO.** <br><br> **Spartanburg County School District 2** <br> **4606 Parris Bridge Rd** <br> **Boiling Springs, SC 29316** | | | Goods, services, monies owed and/or received | | | X | $419.83 |
| **ACCOUNT NO.** <br><br> **Spartanburg County School District 5** <br> **100 North Danzler Rd** <br> **Duncan, SC 29334** | | | Goods, services, *monies owed and/or received | | | X | $2,475.00 |
| **ACCOUNT NO.** <br><br> **Spartanburg County School District 7** <br> **717 Union St** <br> **Spartanburg, SC 29306** | | | Goods, services, monies owed and/or received | | | X | $4,391.51 |

Sheet no. **283** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **10,729.33**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                     ,          Case No. **14-10142**
_____          _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Spartanburg School District 06** <br> **1390 Cavalier Way** <br> **Roebuck, SC 29376** | | | **Goods, services, monies owed and/or received** | | | X | $4,827.33 |
| **ACCOUNT NO.** <br><br> **Spectrum Brands Inc.** <br> **P.O. Box 620992** <br> **Middleton, WI 53562-0992** | | | **Goods, services, monies owed and/or received** | | | X | $4,239.91 |
| **ACCOUNT NO.** <br><br> **Spencer County Solid Waste** <br> **PO Box 397** <br> **Taylorsville, KY 40071** | | | **Goods, services, *monies owed and/or received** | | | X | $120.15 |
| **ACCOUNT NO.** <br><br> **Sprectrum Brands -  Earth City** <br> **1 Rider Trail Plaza** <br> **Earth City, MO 63045** | | | **Goods, services, monies owed and/or received** | | | X | $422.95 |

Sheet no. **284** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **9,610.34**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Sprint <br> PO Box 105243 <br> Atlanta , GA 30348-5243 | | | Goods, services, monies owed and/or received | | | X | $10,927.92 |
| **ACCOUNT NO.** <br><br> SSI Shreddng Systems, Inc. <br> 9760 SW Freeman Drive <br> Wilsonville, OR 97070-9286 | | | Goods, services, monies owed and/or received | | | X | $10,742.27 |
| **ACCOUNT NO.** <br><br> St. Elizabeth Health Care <br> 401 East 20th Street <br> Covington, KY 41014 | | | Goods, services, *monies owed and/or received | | | X | $2,277.63 |
| **ACCOUNT NO.** <br><br> St. Elizabeth Healthcare - Crestview <br> 2780 Chancellor Drive <br> Crestview Hills, KY 41017 | | | Goods, services, monies owed and/or received | | | X | $88.62 |

Sheet no. **285** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **24,036.44**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                ,          Case No. __14-10142__
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. St. Johns County Sold Waste 3005 Allen Mease Rd. Elkton, FL 32033 | | | Goods, services, monies owed and/or received | | | X | $1,164.00 |
| ACCOUNT NO. St. Landry's Parish Solid Waste PO Box 610 Washington, LA 70589 | | | Goods, services, monies owed and/or received | | | X | $10.15 |
| ACCOUNT NO. St. Leo University MC 2100 St Leo, FL 33574 | | | Goods, services, *monies owed and/or received | | | X | $970.50 |
| ACCOUNT NO. St. Mary's College of Maryland 18952 E. Fisher Road St. Mary's City, MD 20686 | | | Goods, services, monies owed and/or received | | | X | $1,182.50 |

Sheet no. __286__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,327.15**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> St. Mary's County Solid Waste <br> PO Box 508 <br> California, MD 20619 | | | Goods, services, monies owed and/or received | | | X | $566.15 |
| ACCOUNT NO. <br><br> St. Stephens Catholic School <br> 10424 Saint Stephen Circle <br> Riverview, FL 33569 | | | Goods, services, monies owed and/or received | | | X | $2,316.04 |
| ACCOUNT NO. <br><br> Stafford County Public Schools <br> 31 Stafford Avenue <br> Stafford, VA 22554 | | | Goods, services, *monies owed and/or received | | | X | $963.12 |
| ACCOUNT NO. <br><br> Stafford County Public Schools <br> AYBC - Attn: Technology <br> 31 Stafford Avenue <br> Stafford, VA 22554 | | | Goods, services, monies owed and/or received | | | X | $919.32 |

Sheet no. **287** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,764.63**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
_____                                            _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Stafford School District** <br> **263 East St** <br> **Stafford Springs, CT 06076** | | | **Goods, services, monies owed and/or received** | | | X | $434.27 |
| **ACCOUNT NO.** <br><br> **Standard Security Life Insurance** <br> **Church Street Station** <br> **PO Box 6240** <br> **New York, NY 10249-6240** | | | **Goods, services, monies owed and/or received** | | | X | $60.84 |
| **ACCOUNT NO.** <br><br> **Stanley Convergent Security Solutions** <br> **Dept. CH 10651** <br> **Paletine, IL 60055** | | | **Goods, services, *monies owed and/or received** | | | X | $18,086.39 |
| **ACCOUNT NO.** <br><br> **State Accident Fund** <br> **800 Dutch Square Blvd** <br> **Columbia, SC 29210** | | | **Goods, services, monies owed and/or received** | | | X | $13.78 |

Sheet no. **288** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **18,595.28**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
_____                                      _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **State Agency of Legislative Printing** <br> **1105 Pendleton St** <br> **Blatt Building Rm 223** <br> **Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $316.16 |
| **ACCOUNT NO.** <br><br> **State Board for Technology & Computers - SC** <br> **111 Executive Center Dr** <br> **Columbia, SC 29210** | | | **Goods, services, monies owed and/or received** | | | X | $6.96 |
| **ACCOUNT NO.** <br><br> **State College of Florida** <br> **5840 26th St W** <br> **Bradenton, FL 34207** | | | **Goods, services, *monies owed and/or received** | | | X | $625.75 |
| **ACCOUNT NO.** <br><br> **State Corporation Commission** <br> **PO Box 1197** <br> **Richmond, VA 23219** | | | **Goods, services, monies owed and/or received** | | | X | $1,894.16 |

Sheet no. **289** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,843.03**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> State of Connecticut Department of Labor Treasurer, State of Connecticut 200 Folly Brook Blvd. Wethersfield, CT 06111 | | | Goods, services, monies owed and/or received | | | X | $80.91 |
| ACCOUNT NO. <br><br> State of New Hampshire DAS Recycling, Room 113A 25 Capitol St. <br> Concord, NH 03301 | | | Goods, services, monies owed and/or received | | | X | $5,621.05 |
| ACCOUNT NO. <br><br> Stericycle 4010 Commercial Ave. Northbrook, IL 60062 | | | Goods, services, *monies owed and/or received | | | X | $210.07 |
| ACCOUNT NO. <br><br> Stericycle 4010 Commercial Ave Northbrook, IL 60062 | | | Goods, services, monies owed and/or received | | | X | $402.53 |

Sheet no. **290** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,314.56**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,  Case No. **14-10142**
_____   _____
              **Debtor**                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Stericycle - Florence SC<br>314-B W. Landstreet Road<br>Orlando, FL 32824 | | | **Goods, services, monies owed and/or received** | | | X | $559.44 |
| **ACCOUNT NO.**<br><br>Stericycle - Orlando/Raj Singh<br>314-B W. Landstreet Rd.<br>Orlando, FL 32824 | | | **Goods, services, monies owed and/or received** | | | X | $3,122.86 |
| **ACCOUNT NO.**<br><br>Stericycle-HWS<br>4357 Ferguson Drive<br>Cincinnati, OH 45202 | | | **Goods, services, *monies owed and/or received** | | | X | $1,118.71 |
| **ACCOUNT NO.**<br><br>Stevens & Stevens BRM, Inc.<br>PO Box 388<br>Pinellas Park, FL 33780-0388 | | | **Goods, services, monies owed and/or received** | | | X | $118.40 |

Sheet no. **291** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **4,919.41**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Stewart Title:Tampa <br> 3402 W Cypress <br> Tampa, FL 33607 | | | Goods, services, monies owed and/or received | | | X | $79.70 |
| ACCOUNT NO. <br><br> Strive Logistics, LLC <br> PO Box 88266 <br> Chicago, IL 60680 | | | Goods, services, monies owed and/or received | | | X | $35,030.00 |
| ACCOUNT NO. <br><br> Suburban Propane <br> PO Box K <br> Whippany, NJ 07981 | | | Goods, services, *monies owed and/or received | | | X | $322.04 |
| ACCOUNT NO. <br><br> Suffield Public Schools <br> 350 Mountain Rd <br> Suffield, CT 06078 | | | Goods, services, monies owed and/or received | | | X | $924.96 |

Sheet no. **292** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **36,356.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Sumner County Solid Waste 625 Rappahannock Wire Gallatin, TN 37066** | | | Goods, services, monies owed and/or received | | | X | $1,606.32 |
| **ACCOUNT NO.**<br><br>**Sumter County Health Department 1931 Industrial Park Road Conway, SC 29526** | | | Goods, services, monies owed and/or received | | | X | $354.47 |
| **ACCOUNT NO.**<br><br>**Sumter County School Board 2680 West County Road 625 Bushnell, FL 33513** | | | Goods, services, *monies owed and/or received | | | X | $1,138.50 |
| **ACCOUNT NO.**<br><br>**Sun Industrial Supply, Co. 700 Savage Road Northhampton, PA 18067** | | | Goods, services, monies owed and/or received | | | X | $2,322.46 |

Sheet no. **293** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **5,421.75**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**              ,          Case No. **14-10142**
_____                           _____
                **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sun International Recycling Unit 903A 9th Floor Yue Xiu Building 160-174 Lockhart Road Wanchai, Hong Kong** | | | **Goods, services, monies owed and/or received** | | | X | **$2,536.97** |
| **ACCOUNT NO.** <br><br> **Sun Printing Inc 320 John C Calhoun Dr Orangeburg, SC 29115** | | | **Goods, services, monies owed and/or received** | | | X | **$125.00** |
| **ACCOUNT NO.** <br><br> **Sun State International Trucks 6020 Adamo Drive Tampa, FL 33619** | | | **Goods, services, *monies owed and/or received** | | | X | **$180.50** |
| **ACCOUNT NO.** <br><br> **Sunlabs 5460 Beaumont Center Blvd. Suite 520 Tampa, FL 33634** | | | **Goods, services, monies owed and/or received** | | | X | **$2,425.00** |

Sheet no. **294** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **5,267.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
_____Debtor_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sunrise Recycling Services**<br>**PO Box 10213**<br>**Jackson, TN 38308** | | | **Goods, services, monies owed and/or received** | | | X | **$417.41** |
| ACCOUNT NO.<br><br>**SunTrust Bank**<br>**PO Box 4418**<br>**Mailcode 003**<br>**Atlanta, GA 30302** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| ACCOUNT NO.<br><br>**SUNY:Farmingdale State College**<br>**2350 Broadhollow Rd**<br>**Farmingdale, NY 11735** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,485.00** |
| ACCOUNT NO.<br><br>**SUNY:Maritime College**<br>**6 Pennyfield Ave**<br>**Bronx, NY 10465** | | | **Goods, services, monies owed and/or received** | | | X | **$364.00** |

Sheet no. **295** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **2,266.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,    Case No. **14-10142**
_____    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Superior Electronics <br> 1063 Cephas Rd <br> Clearwater, FL 33765 | | | Goods, services, monies owed and/or received | | | X | $99.77 |
| ACCOUNT NO. <br><br> SUPLIEQUIPOS GENESIS <br> AV. ROMULO BETANCOURT #1458 <br> Bella Visata, Santo Domingo | | | Goods, services, monies owed and/or received | | | X | $82.24 |
| ACCOUNT NO. <br><br> Supreme Storage Trailer Co. <br> PO Box 7084 <br> New Haven, CT 06519 | | | Goods, services, *monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> Supreme Used Elect Devices Trading LLC <br> Shop #13 <br> J & P Building <br> Sharjah, UAE 971552E11 | | | Goods, services, monies owed and/or received | | | X | $4,831.00 |

Sheet no. **296** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **5,013.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Swirl, Inc. <br> 1620 Montgomery #140 <br> San Franscisco, CA 94111 | | | Goods, services, monies owed and/or received | | | X | $45,250.00 |
| **ACCOUNT NO.** <br><br> Tabernus <br> 11130 Jolleyville Road <br> Suite 20 <br> Austin, TX 78759 | | | Goods, services, monies owed and/or received | | | X | $1,840.00 |
| **ACCOUNT NO.** <br><br> Talbot County Public Schools <br> 12 Magnolia St <br> Easton, MD 21601 | | | Goods, services, *monies owed and/or received | | | X | $289.90 |
| **ACCOUNT NO.** <br><br> Tampa Bay Buccaneers <br> One Buccaneer Place <br> Tampa, FL 33607 | | | Goods, services, monies owed and/or received | | | X | $38.30 |

Sheet no. **297** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **47,418.20**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
_____          _____
                **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Tampa East, LLC**<br>**PO Box 6180**<br>**Hicksville, NY 11802-6180** | | | **Goods, services, monies owed and/or received** | | | X | **$96,695.03** |
| **ACCOUNT NO.**<br><br>**Tampa East, LLC**<br>**PO Box 6180**<br>**Hicksville, NY 11802-6180** | | | **Goods, services, monies owed and/or received** | | | X | **$218,985.11** |
| **ACCOUNT NO.**<br><br>**Tampa East, LLC**<br>**PO Box 6180**<br>**Hicksvile, NY 11802** | | | **Goods, services, *monies owed and/or received** | | | X | **$130,182.69** |
| **ACCOUNT NO.**<br><br>**Tampa Electric Co.**<br>**1898 Nuccio Pkwy**<br>**Tampa, FL 33605** | | | **Goods, services, monies owed and/or received** | | | X | **$5,228.16** |

Sheet no. **298** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **451,090.99**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Tampa Electric Company: Sligh Ave P.O. Box 3285 Tampa, FL 33601 | | | **Goods, services, monies owed and/or received** | | | X | $4,536.13 |
| **ACCOUNT NO.** <br><br> Tampa Electric Company:Polk City PO Box 111 Tampa, FL 33601 | | | **Goods, services, monies owed and/or received** | | | X | $1,469.72 |
| **ACCOUNT NO.** <br><br> Tampa Electric Company:Tampa 1898 Nuccio Pkwy Tampa, FL 33605 | | | **Goods, services, *monies owed and/or received** | | | X | $4,240.40 |
| **ACCOUNT NO.** <br><br> Tampa Truck Center 7528 US Hwy 301 North Tampa, FL 33637 | | | **Goods, services, monies owed and/or received** | | | X | $6.00 |

Sheet no. **299** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,252.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                              _____
              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Taylor County Board of Education**<br>**1209 E. Broadway**<br>**Campbellsville, KY 42718** | | | Goods, services, monies owed and/or received | | | X | $295.42 |
| **ACCOUNT NO.**<br><br>**TBF Computing Inc**<br>**1666 Roswell Rd**<br>**Bldg 400**<br>**Marietta, GA 30062** | | | Goods, services, monies owed and/or received | | | X | $165.80 |
| **ACCOUNT NO.**<br><br>**Tech Data : Indiana**<br>**7701 Vorden Ct.**<br>**South Bend, IN 46628** | | | Goods, services, *monies owed and/or received | | | X | $477.90 |
| **ACCOUNT NO.**<br><br>**Tech Specialist, Inc.**<br>**PO Box 43550**<br>**Atlanta, GA 30336** | | | Goods, services, monies owed and/or received | | | X | $802.50 |

Sheet no. **300** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     **1,741.62**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. __14-10142_____
                      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Telfair County Public Schools <br> P.O. Box 240 <br> McRae, GA 31055 | | | Goods, services, monies owed and/or received | | | X | $5,257.35 |
| ACCOUNT NO. <br><br> Temple University <br> Corporate Office <br> 2450 West Hunting Park Ave <br> Philadelphia, PA 19129 | | | Goods, services, monies owed and/or received | | | X | $12,961.90 |
| ACCOUNT NO. <br><br> Tennessee Wesleyan College <br> 204 E College Street <br> Athens, TN 37303 | | | Goods, services, *monies owed and/or received | | | X | $47.00 |
| ACCOUNT NO. <br><br> Terminix <br> PO Box 2587 <br> Fayetteville, NC 28302-2587 | | | Goods, services, monies owed and/or received | | | X | $20.00 |

Sheet no. __301__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **18,286.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **CRS Holding of America, LLC**                    ,        Case No. **14-10142**
                         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Decal Source, Inc. <br> 804 Knox Rd. <br> McLeansville, NC 27301 | | | Goods, services, monies owed and/or received | | | X | Unknown |
| ACCOUNT NO. <br><br> The Doe Run Company <br> PO Box 785846 <br> Philadelphia, PA 19178-5846 | | | Goods, services, monies owed and/or received | | | X | $44,392.10 |
| ACCOUNT NO. <br><br> The Kislak Organization <br> 7900 Miami Lakes Dr. <br> Miami Lakes, FL 33016 | | | Goods, services, *monies owed and/or received | | | X | $12.30 |
| ACCOUNT NO. <br><br> The McGinnis Lumber Co. <br> PO Box 2049 <br> Meridian, MS 39302-2291 | | | Goods, services, monies owed and/or received | | | X | $3,495.00 |

Sheet no. **302** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **47,899.40**

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**_____ ,    Case No. __14-10142_____
                **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **The Park School** <br> **2425 Old Court Road** <br> **Baltimore , MD 21208** | | | Goods, services, monies owed and/or received | | | X | $42.30 |
| **ACCOUNT NO.** <br><br> **The Pennsylvania State University** <br> **Lion Surplus, 1 Services Road** <br> **University Park, PA 16802** | | | Goods, services, monies owed and/or received | | | X | $25,037.91 |
| **ACCOUNT NO.** <br><br> **The University of the Sciences** <br> **600 South 43rd St** <br> **Philadelphia, PA 19104** | | | Goods, services, *monies owed and/or received | | | X | $454.20 |
| **ACCOUNT NO.** <br><br> **Thomaston School District** <br> **158 Main St** <br> **Thomaston, CT 06787** | | | Goods, services, monies owed and/or received | | | X | $450.93 |

Sheet no. __303__ of __334__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **25,985.34**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Tidewater Community College** **7000 College Drive** **Suffolk, VA 23435** | | | Goods, services, monies owed and/or received | | | X | $1,218.48 |
| **ACCOUNT NO.** | | | | | | | |
| **Tire Solutions** **7545-B Morrow Mill Rd** **Mebane, NC 27302** | | | Goods, services, monies owed and/or received | | | X | $1,393.67 |
| **ACCOUNT NO.** | | | | | | | |
| **TLZ Technologies** **2812 Broadway Center Blvd** **Brandon, FL 33510** | | | Goods, services, *monies owed and/or received | | | X | $1,562.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Topwood Resources LTD** **185-9040 Blundell Rd Ste 270** **Richmond BC, Canada V6y 1k3** | | | Goods, services, monies owed and/or received | | | X | $3,915.66 |

Sheet no. **304** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,089.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Town of Bethlehem (CTSW)** <br>**P.O. Box 160** <br>**Bethlehem, CT 06751** | | | **Goods, services, monies owed and/or received** | | | X | **$964.41** |
| **ACCOUNT NO.** <br><br> **Town of Cheshire** <br>**84 South Main Street** <br>**Cheshire, CT 06410** | | | **Goods, services, monies owed and/or received** | | | X | **$483.31** |
| **ACCOUNT NO.** <br><br> **Town of Colebrook** <br>**562 Colebrook Road** <br>**P.O. Box 5** <br>**Colebrook, CT 06021** | | | **Goods, services, *monies owed and/or received** | | | X | **$3.04** |
| **ACCOUNT NO.** <br><br> **Town of East Haddam (CTSW)** <br>**P.O. Box K** <br>**East Haddam, CT 06423** | | | **Goods, services, monies owed and/or received** | | | X | **$54.86** |

Sheet no. **305** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **1,505.62**

Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,                    Case No. **14-10142**
                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Town of Hartland (CTSW)** <br> **22 South Road** <br> **E Hartland, CT 06027** | | | **Goods, services, monies owed and/or received** | | | X | **$53.60** |
| **ACCOUNT NO.** <br><br> **Town of Norfolk (CTSW)** <br> **P.O. Box 592** <br> **Norfolk, CT 06058** | | | **Goods, services, monies owed and/or received** | | | X | **$56.15** |
| **ACCOUNT NO.** <br><br> **Town of Old Saybrook (CTSW)** <br> **302 Main Street** <br> **Old Saybrook, CT 06475** | | | **Goods, services, *monies owed and/or received** | | | X | **$1,485.95** |
| **ACCOUNT NO.** <br><br> **Town of Oxford (CTSW)** <br> **21 Great Oak Road** <br> **Oxford, CT 06478** | | | **Goods, services, monies owed and/or received** | | | X | **$27.40** |

Sheet no. **306** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,623.10**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                           **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Town of Putnam (CTSW)<br>126 Church Street<br>Putnam, CT 06260-1895 | | | Goods, services, monies owed and/or received | | | X | $816.17 |
| ACCOUNT NO.<br><br>Town of South Windsor (CTSW)<br>1540 Sullivan Ave South Windsor, CT 06074 | | | Goods, services, monies owed and/or received | | | X | $4,045.47 |
| ACCOUNT NO.<br><br>Town of Southbury (CTSW)<br>501 Main Street South Southbury, CT 06488 | | | Goods, services, *monies owed and/or received | | | X | $4,782.20 |
| ACCOUNT NO.<br><br>Town of Thomaston- COG (CTSW)<br>158 Main Street Thomaston, CT 06787 | | | Goods, services, monies owed and/or received | | | X | $244.94 |

Sheet no. **307** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **9,888.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,      Case No. **14-10142**_____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Town of Watertown (CTSW)** <br> **61 Echo Lake Road** <br> **Watertown , CT 06795** | | | **Goods, services, monies owed and/or received** | | | X | **$2,112.60** |
| ACCOUNT NO. <br><br> **Town of Westport (CTSW)** <br> **110 Myrtle Avenue** <br> **Westport, CT 06880** | | | **Goods, services, monies owed and/or received** | | | X | **$627.17** |
| ACCOUNT NO. <br><br> **Town of Woodbridge Department of Public Works (CTSW)** <br> **111 Meetinghouse Lane** <br> **Woodbridge, CT 06525** | | | **Goods, services, *monies owed and/or received** | | | X | **$193.35** |
| ACCOUNT NO. <br><br> **Trak Microwave** <br> **4726 Eisenhower Blvd** <br> **Tampa, FL 33604** | | | **Goods, services, monies owed and/or received** | | | X | **$257.70** |

Sheet no.__**308**__ of __**334**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $   **3,190.82**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**            ,            Case No. **14-10142**
         **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Transport Body & Maintenance <br> 4008 E. Columbus Dr. <br> Tampa, FL 33605 | | | Goods, services, monies owed and/or received | | | X | $137.50 |
| ACCOUNT NO. <br><br> Transportation Solutions Group <br> 32433 Collections Center Drive <br> Chicago, IL 60693-0324 | | | Goods, services, monies owed and/or received | | | X | $7,500.00 |
| ACCOUNT NO. <br><br> Transylvania University <br> 300 North Broadway <br> Lexington , KY 40508 | | | Goods, services, *monies owed and/or received | | | X | $174.03 |
| ACCOUNT NO. <br><br> Trenam Kemker <br> PO Box 1072 <br> Tampa, FL 33601 | | | Goods, services, monies owed and/or received | | | X | $14,381.75 |

Sheet no. **309** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **22,193.28**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Troutman Sanders** <br> **PO Box 933652** <br> **Atlanta, GA 31193-3652** | | | **Goods, services, monies owed and/or received** | | | X | $143,506.50 |
| **ACCOUNT NO.** <br><br> **Troy Hill I, LLC** <br> **PR 086700 Troy Hill** <br> **Commerce Center I** <br> **Charlotte , NC 28290-5267** | | | **Goods, services, monies owed and/or received** | | | X | $147,948.40 |
| **ACCOUNT NO.** <br><br> **Truck PM Plus, Inc.** <br> **PO Box 521575** <br> **Longwood , FL 32752-1575** | | | **Goods, services, *monies owed and/or received** | | | X | $3,695.88 |
| **ACCOUNT NO.** <br><br> **TW Telecom** <br> **P.O. Box 172567** <br> **Denver, CO 80217-2567** | | | **Goods, services, monies owed and/or received** | | | X | $3,972.39 |

Sheet no. **310** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **299,123.17**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,     Case No. **14-10142** _____
                                    **Debtor**                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tyco Integrated Security, LLC** <br> **PO Box 371967** <br> **Pittsburg, PA 15250-7967** | | | **Goods, services, monies owed and/or received** | | | X | **$60.12** |
| **ACCOUNT NO.** <br><br> **UGI Utilities, Inc.** <br> **PO Box 71203** <br> **Philadelphia, PA 19176** | | | **Goods, services, monies owed and/or received** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Uline** <br> **PO Box 88741** <br> **Chicago, IL 60680-1741** | | | **Goods, services, *monies owed and/or received** | | | X | **$201.55** |
| **ACCOUNT NO.** <br><br> **Unified Prosecutorial System** <br> **1001 Center Street** <br> **Suite 205** <br> **Bowling Green, KY 42101** | | | **Goods, services, monies owed and/or received** | | | X | **$21.79** |

Sheet no. __**311**__ of __**334**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **283.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Union Bank, NA**<br>**445 S. Fiueroa St.**<br>**21st fl.**<br>**Los Angeles, CA 90071** | | | **Goods, services, monies owed and/or received** | | | X | **$20,000.00** |
| ACCOUNT NO.<br><br>**University of Alabama at Huntsville**<br>**301 Sparkman Dr**<br>**Huntsville, AL 35899** | | | **Goods, services, monies owed and/or received** | | | X | **$2,241.11** |
| ACCOUNT NO.<br><br>**University of Central Florida ORL**<br>**02800309-FO - Surplus Program**<br>**4000 Central Florida Blvd.**<br>**Orlando, FL 32816** | | | **Goods, services, *monies owed and/or received** | | | X | **$2,810.40** |
| ACCOUNT NO.<br><br>**University of Connecticut**<br>**3 North Hillside Road**<br>**Storrs, CT 06269** | | | **Goods, services, monies owed and/or received** | | | X | **$1,307.60** |

Sheet no. **312** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **26,359.11**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **University of Florida Gainesville Gainesville, FL 12235.10** | | | Goods, services, monies owed and/or received | | | X | $12,235.10 |
| **ACCOUNT NO.** <br><br> **University of Kentucky Dept of Surplus Property 322 Peterson Service Bldg Lexington , KY 40506** | | | Goods, services, monies owed and/or received | | | X | $969.56 |
| **ACCOUNT NO.** <br><br> **University of Kentucky 207 Peterson Service Bldg Lexington, KY 40506-0005** | | | Goods, services, *monies owed and/or received | | | X | $2,548.33 |
| **ACCOUNT NO.** <br><br> **University of Mary Washington 1302 Hanover St. Fredderricksburg, VA 22401** | | | Goods, services, monies owed and/or received | | | X | $238.96 |

Sheet no. **313** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **15,991.95**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. __14-10142_____
                                                              **(if known)**
          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**University of Medicine & Dentistry of New Jersey**<br>**65 Bergen Street**<br>**Suite 1127**<br>**Newark , NJ 07101-1709** | | | **Goods, services, monies owed and/or received** | | | X | $606.74 |
| **ACCOUNT NO.**<br><br>**University of New Haven**<br>**300 Boston Post Road**<br>**West Haven, CT 06516** | | | **Goods, services, monies owed and/or received** | | | X | $1,284.19 |
| **ACCOUNT NO.**<br><br>**University of Notre Dame**<br>**(116 Maintenance Center,**<br>**Notre Dame, Indiana 46556)**<br>**116 Maintenance Center**<br>**Notre Dame, IN 46556** | | | **Goods, services, *monies owed and/or received** | | | X | $771.85 |
| **ACCOUNT NO.**<br><br>**University of South Carolina**<br>**925 Gadsden St.**<br>**Columbia, SC 29201** | | | **Goods, services, monies owed and/or received** | | | X | $1,038.00 |

Sheet no. __314__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,700.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __CRS Holding of America, LLC_____ ,          Case No. __14-10142_____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**University of South Carolina Aiken**<br>**471 University Pkwy**<br>**Aiken, SC 29801** | | | **Goods, services, monies owed and/or received** | | | X | $836.93 |
| **ACCOUNT NO.**<br><br>**University of South Carolina Upstate**<br>**800 University Way**<br>**Spartanburg, SC 29303** | | | **Goods, services, monies owed and/or received** | | | X | $1,086.90 |
| **ACCOUNT NO.**<br><br>**University of South Carolina:Pulaski Street**<br>**720 College Street**<br>**Columbia, SC 29208** | | | **Goods, services, *monies owed and/or received** | | | X | $3,551.45 |
| **ACCOUNT NO.**<br><br>**University of Tennessee at Martin**<br>**105 Moody St**<br>**Martin, TN 38237** | | | **Goods, services, monies owed and/or received** | | | X | $866.85 |

Sheet no. __315__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **6,342.13**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____                           _____
                          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **University of Tennessee:Health Science Ce** <br> **Purchasing Services** <br> **201 East Street-Suite 201** <br> **Memphis, TN 38163** | | | **Goods, services, monies owed and/or received** | | | X | **$2,908.45** |
| **ACCOUNT NO.** <br><br> **University of Virginia:Academic Procurement & Suppler Diversity Services** <br> **PO Box 400202** <br><br> **Charlottesville, VA 22904-4202** | | | **Goods, services, monies owed and/or received** | | | X | **$11,595.35** |
| **ACCOUNT NO.** <br><br> **UpCycle, LLC** <br> **111 Clinton Road** <br> **Fairfield , NJ 07004** | | | **Goods, services, *monies owed and/or received** | | | X | **$216,407.65** |
| **ACCOUNT NO.** <br><br> **URS Corporation North Carolina** <br> **1600 Perimeter Park Drive** <br> **Suite #400** <br> **Morrisville, NC 27560** | | | **Goods, services, monies owed and/or received** | | | X | **$186.00** |

Sheet no. **316** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **231,097.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC** ,          Case No. **14-10142**
                  **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **US Foods** <br> **7004 E. Hanna Ave.** <br> **Tampa, FL 33610** | | | Goods, services, monies owed and/or received | | | X | **$5,191.00** |
| **ACCOUNT NO.** <br><br> **US Health Works Med. Grp. FL** <br> **PO box 404473** <br> **Atlanta, GA 30384** | | | Goods, services, monies owed and/or received | | | X | **$475.00** |
| **ACCOUNT NO.** <br><br> **US Postal Service** <br> **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | Goods, services, \*monies owed and/or received | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **USA Hauling** <br> **Po Box 808** <br> **East Windsor, CT 06088** | | | Goods, services, monies owed and/or received | | | X | **$0.00** |

Sheet no. **317** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **5,666.00**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                    ,      Case No. **14-10142**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> UsedCardboardBoxes.com<br>4032 Wilshire Blvd.<br>Suite 402<br>Los Angeles, CA 90010 | | | Goods, services, monies owed and/or received | | | X | $8,146.00 |
| ACCOUNT NO. <br><br> USPS AL<br>PO Box 1026<br>Birmingham, AL 35201 | | | Goods, services, monies owed and/or received | | | X | $128.01 |
| ACCOUNT NO. <br><br> UVA Foundation<br>PO Box 400218<br>Charlottesville, VA 22903 | | | Goods, services, *monies owed and/or received | | | X | $100.90 |
| ACCOUNT NO. <br><br> UVA Medical Center<br>University of Virginia Medical Center Finance Republic Plaza<br>Charlottesville, VA 22908 | | | Goods, services, monies owed and/or received | | | X | $17,807.40 |

Sheet no.__318__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **26,182.31**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
               **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **UVA:Hard Drive Shredding** <br> **855 West Main Street** <br> **Charlottesville, VA 22908** | | | **Goods, services, monies owed and/or received** | | | X | $363.70 |
| **ACCOUNT NO.** <br><br> **VA Fairfax County Police** <br> **12000 Government Ctr. Pkwy.** <br> **Suite 527** <br> **Fairfax, VA 22035** | | | **Goods, services, monies owed and/or received** | | | X | $3,663.59 |
| **ACCOUNT NO.** <br><br> **VA Prince George Cty. Public Schools** <br> **6410 Courts Drive** <br> **Prince George, VA 23875** | | | **Goods, services, *monies owed and/or received** | | | X | $825.20 |
| **ACCOUNT NO.** <br><br> **VA:DCE:Nottoway** <br> **2892 Schutt Rd** <br> **Burkeville, VA 23922** | | | **Goods, services, monies owed and/or received** | | | X | $12.96 |

Sheet no. **319** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **4,865.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) (Cont.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                      **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Verizon**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** | | | **Goods, services, monies owed and/or received** | | | X | $367.69 |
| **ACCOUNT NO.**<br><br>**Vinal Technical High School**<br>**Vinal Technical High School**<br>**Treasurer, State of**<br>**Connecticut**<br>**Middletown, CT 06457** | | | **Goods, services, monies owed and/or received** | | | X | $1,237.40 |
| **ACCOUNT NO.**<br><br>**Virginia Department of**<br>**Alcoholic Beverage Control**<br>**PO Box 27491**<br>**Richmond, VA 23261** | | | **Goods, services, *monies owed and/or received** | | | X | $23.12 |
| **ACCOUNT NO.**<br><br>**Virginia Department of**<br>**Corrections - Richmond**<br>**PO Box 26963**<br>**Richmond, VA 23225** | | | **Goods, services, monies owed and/or received** | | | X | $842.56 |

Sheet no. **320** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,470.77**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
_____          _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Virginia Department of Rehabilitative Services 20 RIcketts Drive Winchester, VA 22601** | | | **Goods, services, monies owed and/or received** | | | X | **$29.84** |
| **ACCOUNT NO.** <br><br> **Virginia Department of Rehabilitative Services 8004 Franklin Farms Dr. Richmond, VA 23229** | X | | **Goods, services, monies owed and/or received** | | | X | **$121.60** |
| **ACCOUNT NO.** <br><br> **Virginia DJJ - Culpepper 12240 Coffeewood Drive Mitchells, VA 22729** | | | **Goods, services, *monies owed and/or received** | | | X | **$520.32** |
| **ACCOUNT NO.** <br><br> **Virginia DJJ-IT Storage Facility Department of Juvenile Justice-It Storage Facility 3200 Anderson Highway Powhatan, VA 23139** | | | **Goods, services, monies owed and/or received** | | | X | **$734.80** |

Sheet no. **321** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,406.56**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**                     ,        Case No. __14-10142__
_____
            **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Virginia DMV HQ**<br>**PO BOx 27412**<br>**Richmond, VA 23269** | | | **Goods, services, monies owed and/or received** | | | X | $7.28 |
| **ACCOUNT NO.**<br><br>**Virginia DOC - Augsta**<br>**1821 Estaline Valley Road**<br>**Craigsville, VA 24430** | | | **Goods, services, monies owed and/or received** | | | X | $46.40 |
| **ACCOUNT NO.**<br><br>**Virginia DOC:P & P District 35**<br>**9309 Center Street**<br>**Suite 204**<br>**Manassas, VA 20110** | | | **Goods, services, *monies owed and/or received** | | | X | $36.80 |
| **ACCOUNT NO.**<br><br>**Virginia DOC-Correction Construction Unit**<br>**3600 Woods Way, Bldg. 74**<br>**State Farm, VA 23160** | | | **Goods, services, monies owed and/or received** | | | X | $23.76 |

Sheet no. __322__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **114.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                     **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Virginia Emergency Management <br> 10501 Trade Court <br> North Chesterfield, VA 23236 | | | Goods, services, monies owed and/or received | | | X | $2,833.60 |
| ACCOUNT NO. <br><br> Virginia Office of the Attorney General (900 East Main Street , Richmond, Virginia 23219) <br> 900 East Main Street <br> Richmond, VA 23219 | | | Goods, services, monies owed and/or received    toff. | | | X | $158.40 |
| ACCOUNT NO. <br><br> Vocus, Inc. <br> PO Box 417215 <br> Boston, MA 02241-7215 | | | Goods, services, *monies owed and/or received | | | X | $1,497.50 |
| ACCOUNT NO. <br><br> Wake County Public Schools <br> PO Box 28041 <br> Raleigh, NC 27611 | | | Goods, services, monies owed and/or received | | | X | $6,565.30 |

Sheet no. **323** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **11,054.80**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wake County Solid Waste** <br> **PO Box 550** <br> **Raleigh , NC 27602** | | | **Goods, services, monies owed and/or received** | | | X | $118,453.12 |
| **ACCOUNT NO.** <br><br> **Waste Industries, Inc** <br> **PO Box 580027** <br> **Charlotte, NC 28258-0027** | | | **Goods, services, monies owed and/or received** | | | X | $512.92 |
| **ACCOUNT NO.** <br><br> **Webster County PVA** <br> **P.O. Box 88** <br> **Dixon, KY 42409** | | | **Goods, services, *monies owed and/or received** | | | X | $5.50 |
| **ACCOUNT NO.** <br><br> **Webster County PVA** <br> **PO Box 88** <br> **Dixon, KY 42409** | | | **Goods, services, monies owed and/or received** | | | X | $4,645.35 |

Sheet no. **324** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **123,616.89**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**                           ,        Case No. __14-10142__
_____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Weekley Schulte Valdez, LLC <br> 1635 N. Tampa Street <br> Tampa, FL 33602 | | | Goods, services, monies owed and/or received | | | X | $2,135.00 |
| **ACCOUNT NO.** <br><br> West Columbia Police Department <br> 200 N 12th St <br> West Columbia, SC 29169 | | | Goods, services, monies owed and/or received | | | X | $20.64 |
| **ACCOUNT NO.** <br><br> West Kentucky Education Cooperation <br> 420 Wells Hall <br> Murray, KY 42071 | | | Goods, services, *monies owed and/or received | | | X | $76.96 |
| **ACCOUNT NO.** <br><br> West Point Independent School <br> 209 N 13th Street <br> West Point, KY 40177 | | | Goods, services, monies owed and/or received | | | X | $166.25 |

Sheet no. __325__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶        $        **2,398.85**

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** _____ ,    Case No. **14-10142** _____
  
   **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**West Point Independent School  - KY** <br>**209 N 13th Street** <br>**West Point, KY 40177** | | | Goods, services, monies owed and/or received | | | X | $166.25 |
| **ACCOUNT NO.** <br><br>**West Springfield Public Schools** <br>**36 Central Street** <br>**West Springfield, MA 01089** | | | Goods, services, monies owed and/or received | | | X | $412.10 |
| **ACCOUNT NO.** <br><br>**West Virginia Office of Technology** <br>**1900 Kanawha Blvd. E** <br>**P.O. Box 50110** <br>**Charleston, WV 25305** | | | Goods, services, *monies owed and/or received | | | X | $5,782.00 |
| **ACCOUNT NO.** <br><br>**Western Connecticut Mental Health Network (DMHAS)** <br>**Treasurer, State of Connecticut** <br>**55 West Main Street** <br>**Waterbury, CT 06702** | | | Goods, services, monies owed and/or received | | | X | $214.53 |

Sheet no. __326__ of __334__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **6,574.88**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC** ,                    Case No. **14-10142**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Western Kentucky Correctional Complex 374 New Bethel Rd. Fredonia, KY 42411 | | | Goods, services, monies owed and/or received | | | X | $12.22 |
| ACCOUNT NO. <br><br> Western Kentucky Veteran's Center 926 Veterans Drive Hanson, KY 42413 | | | Goods, services, monies owed and/or received | | | X | $164.64 |
| ACCOUNT NO. <br><br> Western State Hospital Western State Hospital 2400 Russellville Rd. Hopkinsville, KY 42240 | | | Goods, services, *monies owed and/or received | | | X | $261.56 |
| ACCOUNT NO. <br><br> Western Virginia Regional Jail 5885 W River Road Salem, VA 24153 | | | Goods, services, monies owed and/or received | | | X | $58.00 |

Sheet no. **327** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **496.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **CRS Holding of America, LLC**_____,    Case No. **14-10142**_____
Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Westin Diplomat Resort and Spa:Hollywood 3555 S Ocean Drive Hollywood, FL 33019** | | | Goods, services, monies owed and/or received | | | X | $324.00 |
| **ACCOUNT NO.**<br><br>**Weston Riverport, LLC c/o Bert Edwards 119 So. 7th Street, #200 Louisville, KY 40202** | | | Goods, services, monies owed and/or received | | | X | $0.00 |
| **ACCOUNT NO.**<br><br>**Weston Riverport, LLC c/o Bert M. Edwards 119 So. 7th St., #200, Louisville, KY 40202** | | | Goods, services, *monies owed and/or received | | | X | $42,812.91 |
| **ACCOUNT NO.**<br><br>**Weston, Inc. 1800 Production Ct. Louisville, KY 40299** | | | Goods, services, monies owed and/or received | | | X | $18,848.30 |

Sheet no. **328** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **61,985.21**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC**      ,      Case No. **14-10142**
              **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Westower Communications<br>11334 Boggy Creek Rd<br>Orlando, FL 32825 | | | Goods, services, monies owed and/or received | | | X | $35,543.40 |
| ACCOUNT NO.<br><br>Wethersfield Public School<br>51 Willow St<br>Wethersfield, CT 06109 | | | Goods, services, monies owed and/or received | | | X | $73.18 |
| ACCOUNT NO.<br><br>Wheeler County Public Schools<br>18 McRae Street<br>Alamo, GA 30411 | | | Goods, services, *monies owed and/or received | | | X | $491.45 |
| ACCOUNT NO.<br><br>Wheelock College<br>200 Riverway<br>Boston, MA 02215 | | | Goods, services, monies owed and/or received | | | X | $148.20 |

Sheet no. **329** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **36,256.23**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Whiteford Taylor and Preston LLP** <br> **7 Saint Paul Street** <br> **Baltimore, MD 21202** | | | Goods, services, monies owed and/or received | | | X | $300.00 |
| **ACCOUNT NO.** <br><br> **Willington Public School - Board of Education** <br> **40 Old Farms Road** <br> **Willington, CT 06279** | | | Goods, services, monies owed and/or received | | | X | $494.92 |
| **ACCOUNT NO.** <br><br> **Wingfoot Commercial Tire** <br> **1128 Lebanon Road** <br> **Nashville, TN 37210** | | | Goods, services, *monies owed and/or received | | | X | $872.87 |
| **ACCOUNT NO.** <br><br> **Wistron Green Tech Corp** <br> **2101 COUCH DR** <br> **McKinney, TX 75069** | | | Goods, services, monies owed and/or received | | | X | $55,920.66 |

Sheet no. **330** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **57,588.45**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CRS Holding of America, LLC**                    ,          Case No. **14-10142**
                     **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Woodbury Transfer Station & Recycling (CTSW)** **281 Main Street South** **Woodbury, CT 06798** | | | Goods, services, monies owed and/or received | | | X | $1,531.91 |
| **ACCOUNT NO.** **Wood's Tire Center, Inc.** **PO Box 243** **Conley, GA 30288** | | | Goods, services, monies owed and/or received | | | X | $288.75 |
| **ACCOUNT NO.** **Woodstock Public Schools** **147A Route 169** **Woodstock, CT 06281** | | | Goods, services, *monies owed and/or received | | | X | $217.84 |
| **ACCOUNT NO.** **Workers Compensation Commission** **Workers Compensation Commission** **Treasurer, State of Connecticut** **Hartford, CT 06106** | | | Goods, services, monies owed and/or received | | | X | $443.99 |

Sheet no. **331** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | **2,482.49** |
| Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

In re **CRS Holding of America, LLC**       ,          Case No. **14-10142**
             **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Workplace Hygiene, Inc.<br>PO Box 19239<br>Greensboro , NC 27419 | | | Goods, services, monies owed and/or received | | | X | $6,773.67 |
| ACCOUNT NO.<br><br>World Wide Technology, Inc<br>60 Weldon Parkway<br>Maryland Heights , MO 63043 | | | Goods, services, monies owed and/or received | | | X | $6,291.17 |
| ACCOUNT NO.<br><br>WTH:Cruises Only (100 Fordham Rd, Wilmington, Massachusetts 01887)<br>100 Fordham Rd<br>Wilmington, MA 01887 | | | Goods, services, *monies owed and/or received | | | X | $12.00 |
| ACCOUNT NO.<br><br>Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 | | | Goods, services, monies owed and/or received | | | X | $6,434.20 |

Sheet no. **332** of **334** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal▶   $     **19,511.04**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** ,        Case No. **14-10142**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** XPO Logistics Corporation 75 Remittance Drive Suite 137 Chicago, IL 60675-1379 | | | Goods, services, monies owed and/or received | | | X | $9,189.00 |
| **ACCOUNT NO.** Xtra Lease, LLC PO Box 99262 Chicago, IL 60693-9262 | | | Goods, services, monies owed and/or received | | | X | $313.00 |
| **ACCOUNT NO.** Yale Kentuckiana, Inc. 4092 McCollum Court Louisville, KY 40218 | | | Goods, services, *monies owed and/or received | | | X | $857.18 |
| **ACCOUNT NO.** YCR, Inc. PO Box 905587 Charlotte, NC 28290-5587 | | | Goods, services, monies owed and/or received | | | X | $10,282.71 |

Sheet no. **333** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,641.89**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **CRS Holding of America, LLC** _____ ,          Case No. **14-10142** _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Zee Medical Service** <br> **PO Box 781592** <br> **Indianapolis, IN 46278-8592** | | | Goods, services, monies owed and/or received | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Zenith International Inc.** <br> **6050 Peachtree Parkway** <br> **Suite 240** <br> **Norcross, GA 33092** | | | Goods, services, monies owed and/or received | | | X | **$0.00** |
| **ACCOUNT NO.** <br><br> **Zephyrhills** <br> **PO Box 856680** <br> **Louisville, KY 40285-6680** | | | Goods, services, *monies owed and/or received | | | X | **$0.00** |
| **ACCOUNT NO.** <br><br> **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | Goods, services, monies owed and/or received | | | | **$0.00** |

Sheet no. **334** of **334** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $ | **6,329,666.00**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

**In re CRS Holding of America, LLC,**                    Case No. **14-10142**
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FJS Family, LLC<br>c/o Frank Sponzo<br>24 Hunting Ridge Dr.<br>Simsbury, CT 06070 | Description: Rental Lease of 400 Woodland Ave, Bloomington, CT for subsidiary Creative Recycling Systems.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Carolina Pines I LLC<br>Attn:  Stephen J. Koewler, Registered Agent<br>823 Gervais Street, Suite 200<br>Columbia, SC 29201 | Description: Rental Lease of 1061 Carolina Pines Rd. #3 for subsidiary Creative Recycling Systems of North Carolina, LLC.<br><br>Nature of Debtor's Interest: Lessee |
| Farrow Road Associates, LLC<br>Attn: L. Clinton Baker, Jr., Registered Agent<br>201 Spring Valley Dr.<br>Columbia, SC 29223<br><br>RH Corporate Park, LLC<br>CT Corporation System<br>2 Office Park Court, Suite 103<br>Columbia , SC 29223 | Description: Rental Lease of 251 Corporate Park Blvd, Columbia, SC for subsidiary Creative Recycling Systems of North Carolina, LLC.<br><br>Nature of Debtor's Interest: Lessee |
| Meadowridge Industrial Center, LLC<br>c/o CSC-Lawyers Incorporating Service Co.<br>7 St. Paul St. Paul Street 1660<br>Baltimore, MD 21202 | Description: Rental lease of 6725 Business Parkway, Elkridge, MD for subsidiary Creative Recycling Systems, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Troy Hill I, LLC<br>c/o The Corporation Trust Company<br>1209 Orange St<br>Wilmington , DE 19801 | Description: Rental Lease of 7090Troy Hill Dr., Elkridge, MD for subsidiary Greenrock Rare Earch Recovery, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Buckhead – Dupage Industrial Properties, LLC<br>c/o Corporation Service Company<br>2711 Centerville Rd, Suite 400 | Description: Rental lease of 278 Windy Point Dr., Glendale Heights, IL for subsidiary Creative Recycling Systems of Illinois, LLC. |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                              Case No. **14-10142**
_____                              _____
              **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wilmington, DE 19808 | Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Weston Riverport, LLC<br>c/o Bert M. Edwards, Registered Agent<br>119 So. 7th St., #200<br>Louisville, KY 40202 | Description: Rental Lease of 7100A Intermodal Dr., #A, Louisville, KY for subsidiary Creative Recycling Systems, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Sealy Airpark Nashville, L.P.<br>Attn: Corporation Service Company<br>2908 Poston Ave.<br>Nashville, TN 37203 | Description: Rental lease of 1429 Donelson Pike, Nashville, TN for subsidiary Creative Recycling Systems of Tennessee, LLC.<br><br>Nature of Debtor's Interest: Lessee |
| PC Overnight, LLC<br>c/o Providence Family Offices<br>202 So. Rome Ave., #150<br>Tampa, FL 33606 | Description: Rental lease of 85 No. Industrial Rd., Palmetto, GA for subsidiary Creative Recycling Systems of Georgia, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| PC Overnight, LLC<br>c/o Providence Family Offices<br>704 W. Bay Street<br>Tampa, FL 33606 | Description: Rental lease of 4716 Capitol Cir. SW, Tallahassee, FL for subsidiary Creative Recycling Systems of North Florida, LLC.<br><br>Nature of Debtor's Interest: Lessee |
| G&I VII Tampa East, LLC<br>Attn: Corporation Service Company<br>1201 Hays St.<br>Tallahassee, FL 32301-2525 | Description: Rental Lease of 1831 Massaro Blvd., Tampa, FL for subsidiary Creative Recycling Systems, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                          Case No. **14-10142**
_____                    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| G&I VII Tampa East, LLC<br>Attn:  Corporation Service Company<br>1201 Hays St.<br>Tallahassee, FL 32301-2525<br><br>Weingarten Realty Investors<br>2600 Citadel Plaza Dr. #125<br>Houston , TX 77008 | Description: Rental Lease of 8108 Krauss Blvd, #103, Tampa, FL for subsidiary Creative Recycling Systems, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| G&I VII Tampa East, LLC<br>Attn:  Corporation Service Company<br>1201 Hays St.<br>Tallahassee, FL 32301-2525<br><br>Weingartern Realty<br>2600 Citadel Plaza Dr. #125<br>Houston, TX 77008 | Description: Rental Lease of 8108 Krauss Blvd, #109, Tampa, FL for subsidiary Creative Recycling Systems, LLC<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| BRE/FL Tampa Industrial Properties<br>Lockbox #774735<br>4735 Solutions<br>Chicago, IL 60677-4007 | Description: Rental Lease of 4410 E. Adamo Dr. #106, Tampa, FL for subsidiary Bargain Computer Products of Ybor City, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Liberty Property Ltd. Partners<br>312 W. Rt 38 & Eastgage Dr.<br>Box 828438<br>Moorestown, NJ 08057 | Description: Rental Lease of 3110 Cherry Palm Dr. #330, Tampa, FL for subsidiary Environmental Services Sales & Marketing, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Liberty Property Ltd. Partners<br>312 W. Rt 38 & Eastgage Dr.<br>Box 828438<br>Moorestown, NJ 08057 | Description: Rental Lease of 619 Distribution Dr., Durham, NC for subsidiary Creative Recycling Systems, LLC.<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                                      Case No.  **14-10142**
_____                          _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Penske Truck Leasing Co., LP<br>PO Box 532658<br>Atlanta, GA 30353-2658 | Description: Vehicle Lease Service Agreement<br><br>Nature of Debtor's Interest: Lessee |
| Microsoft Dynamics<br>5426 Bay Center Dr. Suite 700<br>Tampa, FL 33609 | Description: Software Lease<br><br>Nature of Debtor's Interest: Lessee |
| Xerox Financial Services<br>PO Box 202882<br>Dallas, TX 75320-2882 | Description: Office Equipment Lease<br><br>Nature of Debtor's Interest: Lessee |
| DGR Systems, LLC<br>13555 Automotive Blvd.<br>Suite 420<br>Clearwater, FL 33762 | Description: Information Technology Service Agreement<br><br>Nature of Debtor's Interest: Purchaser |
| Stanley Convergent Security Solutions<br>Dept. CH 10651<br>Paletine, IL 60055 | Description: Security provider agreement<br><br>Nature of Debtor's Interest: Purchaser |
| America Plastic Trading, Inc.<br>15277 Don Julian Road<br>City of Industry, CA 91745 | Description: Executory Contract for Services |
| BoRec America Inc<br>1180 Durfee Ave #200<br>South El Monte , CA 91733 | Description: Executory Contract for Services |
| Eastern Green Inc<br>11747 SW 72nd Circle<br>Ocala, FL 34486 | Description: Executory Contract for Services |
| ECR World Inc<br>5002 Lindsay CT<br>Chino, CA 91710 | Description: Executory Contract for Services |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                    Case No. **14-10142**
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Export Global<br>620 SW Wood Street<br>Hillsboro, OR 97123 | Description: Executory Contract for Services |
| First America Metal Corp<br>1000 East Armstrong Street<br>Morris, IL 60450 | Description: Executory Contract for Services |
| First Metal Group Pty Ltd<br>23 Bridge St Epping 2121<br>Unit 4<br>NSW, Australia | Description: Executory Contract for Services |
| Green Recycling Solution<br>510 Pearl Street<br>New Albany, IN 47150 | Description: Executory Contract for Services |
| Hong Da Trading<br>916 62nd Street<br>Brooklyn, NY 11219 | Description: Executory Contract for Services |
| Hydra Trading<br>6705 Kings Highway<br>Alexandria, VA 22306 | Description: Executory Contract for Services |
| Laptop Computers Technology<br>6101 Johns Rd<br>Suite 5-6<br>Tampa, FL 33634 | Description: Executory Contract for Services |
| Mentor Group Inc<br>1736 Pacific Street<br>Brooklyn, NY 11213 | Description: Executory Contract for Services |
| On Fame Resource Enterprise Co<br>Room 1005 Floor 10  Premier Center<br>20 Cheung Shun Street<br><br>Kowloon, Hong Kong | Description: Executory Contract for Services |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                                    Case No. **14-10142**
_____                          _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Owl Plastics International Export LTD<br>882 3rd Avenue<br>3rd Floor<br><br>Brooklyn, New York  11232 | Description: Executory Contract for Services |
| Rose Enterprises of Tampa Bay, LLC<br>6007 Yeats Manor Dr<br>Tampa, FL 33616 | Description: Executory Contract for Services |
| SG RECYCLING INC<br>1110 VALLEY BLVD<br>SUITE 221<br><br>EL MONTE, CA 91731 | Description: Executory Contract for Services |
| Smart Technology<br>6109 Cyril Ave<br>Orlando, FL 32809 | Description: Executory Contract for Services |
| Sun International Recycling<br>Unit 903A 9th Floor Yue Xiu Building<br>160-174 Lockhart Road<br><br>Wanchai, Hong Kong | Description: Executory Contract for Services |
| Supreme Used Elect Devices Trading LLC<br>Shop #13<br>J & P Building<br><br>Sharjah, UAE | Description: Executory Contract for Services |
| TLZ Technologies<br>2812 Broadway Center Blvd<br>Brandon , FL 33510 | Description: Executory Contract for Services |
| VICOM<br>Prolongacion 27 De Febrero Frente Cerveceria<br>Bohemia (Plaza Bohemia) Local 113<br><br>Santo Domingo, Republica Dominicana | Description: Executory Contract for Services |

B 6G (Official Form 6G) (12/07)

In re **CRS Holding of America, LLC,**                                 Case No. **14-10142**
_____                    _____
                          **Debtor**                                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wistron Green Tech Corp<br>2101 COUCH DR<br>MCKINNEY, TX 75069 | Description: Executory Contract for Services |
| JJ Systems<br>Calle Del Castillo No 43<br>Sector Evangelina Rodriguez<br><br>San Pedro De Macoris, Republica Dominicana | Description: Executory Contract for Services |
| PCMCI Solutions<br>704-2150 Roche Court, Mississauga<br>Ontario, L5K 1T5, Canada | Description: Executory Contract for Services |
| Green Tech Imports<br>Bldg 30 St 269<br>New Maadi, Cairo | Description: Executory Contract for Services |
| Super Link Plastic, Inc. (888 92nd Ave., Oakland, California 94603)<br>888 92nd Ave.<br>Oakland, CA 94603 | Description: Executory Contract for Services |
| , | Description: See attached Appendix **2** of additional Executory Contracts for Services.<br><br>Nature of Debtor's Interest: |

# APPENDIX 2

**Sum of Balance**

| Customer Name | Address | City | State | Zip |
|---|---|---|---|---|
| Acosta Sales Marketing | 6600 Corporate Center Pkwy | Jacksonville | FL | 32216 |
| All About Scrapping | 1016 26th Avenue E | Bradenton | FL | 34208 |
| Anthony Szafranic | 308 West Bay Drive | Venice | FL | 34285 |
| ARC of Alachua County | 3303 NW 83rd St | Gainesville | FL | 32606 |
| Bay County Solid Waste | 11411 Landfill Rd | Panama City | FL | 32413 |
| Bic Graphics USA | 14421 Myer Lake Cir | Clearwater | FL | 33760 |
| Capital Bank | 704 Washington Av | Homestead | FL | 33030 |
| Capital Bank - Burlington | 99451 Overseas Hwy | Key Largo | FL | 33037 |
| Checker's | 4300 W Cypress Street | Tampa | FL | 33607 |
| Chipola College:FL | 3094 Indian Cir. | Marianna | FL | 32448 |
| Citrus County Solid Waste | 110 N Apopka Ave | Inverness | FL | 34450 |
| City of Gainesville | Station 14 | Gainesville | FL | 32602 |
| City of Jacksonville | Solid Waste Division | Jacksonville | FL | 32254 |
| City of Miami | 44 SW 2nd Ave | Miami | FL | 33130 |
| City of Tarpon Springs | PO Box 5004 | Tarpon Springs | FL | 34688 |
| Clay County Utility Authority | 3176 Old Jennings Road | Middleburg | FL | 32068 |
| Clean Harbors Environmental Services | PO Box 3442 | Boston | MA | 02241-3442 |
| Clorox Services Company - Oakland | 4920 Johnson Drive | Pleasanton | CA | 94588 |
| Cloud Blue | 3140 Northwood Parkway | Norcross | GA | 30071 |
| Colt Recycling of New York, LLC | P.O. Box 4440 | Schenectady | NY | 12304 |
| Commercial Plastics | 1920 Tampa East Blvd | Tampa | FL | 33619 |
| Computers for Kids of America Inc. | 111 Clinton Road | Fairfield | NJ | 07004 |
| Concurrent Computer | 2881 Gateway Dr | Pompano | FL | 33069 |
| Enhanced Recovery Company, LLC | 8014 Bayberry Rd. | Jacksonville | FL | 32256 |
| Fairfax County Government | 12000 Government Center Pkwy, #527 | Fairfax | VA | 22035 |
| First Bank - NC | PO Box 508 | Troy | NC | 27371 |
| Florida Atlantic University | Property Management Dept | Boca Raton | FL | 33431 |
| Florida Crystals Corporation | 626 N Dixie Hwy | West Palm Beach | FL | 33405 |
| Florida Power & Light | 9250 W Flagler St | Miami | FL | 33174 |
| Florida State College at Jacksonville | 11 West State St. | Jacksonville | FL | 32202 |
| GC Services | 1775 Interstate Drive | Lakeland | FL | 33805 |
| Greenville County Schools SC | 2 Space Dr | Taylors | SC | 29687 |
| Grid One Solutions | 5564 Essen Lane | Baton Rouge | LA | 70809 |
| Hillsborough Area Regional Transit | 1201 E. 7th Avenue | Tampa | FL | 33605 |
| Hillsborough County Parks & Recreation | 10119 Windhorst Dr. | Tampa | FL | 33619 |
| Hillsborough County Public Schools | 4224 W. Crest Ave | Tampa | FL | 33614 |
| Lakeland Housing Authority | 430 Hartsell Avenue | Lakeland | FL | 33815 |
| LifeSpan - MD | 275 Grove Street | Newton | MA | 02466 |
| Loews Don Cesar Hotel | 3400 Gulf Boulevard | St. Pete Beach | FL | 33706 |
| Lynn University | Green Center Building | Boca Raton | FL | 33063 |
| Martin Co. Board of County Commissioners | Purchasing Department | Stuart | FL | 34996 |
| Mecklenburg County | 700 N Tryon St | Charlotte | NC | 28202 |
| NBCUniversal WTVJ Subsidiary LLC:Miramar | 15000 S.W. 27th Street | Miramar | FL | 33027 |
| NovoTec Recycling | 3960 Groves Road | Columbus | OH | 43232 |
| OC Management, Inc. | 201 Tower Drive | Oldsmar | FL | 34677 |
| Oden Hardy Construction | 6201 Cortez Road W | Bradenton | FL | 34210 |
| Office of the Comptroller of the Currency | 400 7th Street SW | Washington | DC | 20219 |
| Okeechobee County Solid Waste | 1700 NW 9th Ave Suite D | Okeechobee | FL | 34972 |
| Orange County Library System | 101 E Central Blvd | Orlando | FL | 32801 |
| Orange County Public Schools | 6501 Magic Way | Orlando | FL | 32809 |
| Palm Beach County Sheriff's Office | 3350 Gunn Club Road | West Palm Beach | FL | 33406 |
| Palm Beach County Sheriff's Office - IT | 3350 Gunn Club Road | West Palm Beach | FL | 33406 |
| Palm Beach County Sheriff's Office:Cherry Road | 3228 Gun Club Rd | West Palm Beach | FL | 33406 |
| Pinellas County Solid Waste - HEC 3 | 3095 114th Ave. N. | St. Petersburg | FL | 33716 |
| Pinnacle Circuits | 5100 78th Ave North | Pinellas Park | FL | 33781 |
| Progress Energy:Florida:Wildwood | 4306 E CR 462 | Wildwood | FL | 34785 |
| Putnam County Public Health Department | 2801 Kennedy Street | Palatka | FL | 32177 |
| Q4 Services LLC | 1410 N Goldenrod Rd | Orlando | FL | 32807 |
| Royal Caribbean Cruises LTD | Facilities Management | Miami | FL | 33132 |
| Saint Lucie School District | 329 NW Commerce Park Dr | Port St Lucie | FL | 34986 |
| SeaWorld Parks & Entertainment | 7007 Sea Harbor Dr. | Orlando | FL | 32821 |
| South Florida Water Management District | 3301 Gun Club Road | West Palm Beach | FL | 33406 |
| Southwood Shared Resource Center | 2585 Shumard Oak Blvd | Tallahassee | FL | 32399 |
| St. Leo University | MC 2100 | St. Leo | FL | 33574 |
| State College of Florida | 5840 26th St W | Bradenton | FL | 34207 |
| Stericycle - Orlando/Raj Singh | 314-B W. Landstreet Rd. | Orlando | FL | 32824 |
| Sun State International Trucks | 6020 Adamo Drive | Tampa | FL | 33619 |
| Tampa Electric Company | 1898 Nuccio Pkwy | Tampa | FL | 33605 |
| Tampa Electric Company:Sligh Ave | P.O. Box 3285 | Tampa | FL | 33601 |
| Tampa Electric Company:Tampa | 1898 Nuccio Parkway | Tampa | FL | 33605 |
| Tampa Truck Center | 7528 US Hyw 301 | Tampa | FL | 33637 |
| Trak Microwave | 4726 Eisenhower Blvd | Tampa | FL | 33634 |
| University of Florida | PO Box 115300 | Gainesville | FL | 32611 |
| UpCycle, LLC | 111 Clinton Road | Fairfield | NJ | 07004 |
| Wake County Public Schools | PO Box 28041 | Raleigh | NC | 27611 |
| Wake County Solid Waste | PO Box 550 | Raleigh | NC | 27602 |
| World Wide Technology, Inc | 60 Weldon Parkway | Maryland Heights | MO | 63043 |
| WTH:Cruises Only | 100 Fordham Rd | Wilmington | MA | 01887 |

| Vendor Name | Address 1 | City | State | Zip Code |
|---|---|---|---|---|
| ADP, Inc. | PO Box 842875 | Boston | MA | 02284-2875 |
| ADP Commercial Leasing | 3726 Collections Center | Chicago | IL | 60677-3007 |
| Advantica | PO Box 798349 | St. Louis | MO | 63179-8000 |
| Blue Cross Blue Shield of FL | PO Box 660299 | Dallas | TX | 75266-0299 |
| Ceridian | PO Box 10989 | Newark | NJ | 7193 |
| Ceridian COBRA Services | P.O. Box 534099 | St. Petersburg | FL | 33747 |
| Cliff Davis | 282 Roy Davis Rd | Pinson | TN | 38366 |
| Colonial Life & Accident Insurance Co. | Processing Center | Columbia | SC | 29202-0903 |
| DGR Systems LLC | 13555 Automotive Blvd | Clearwater | FL | 33762 |
| Duke Energy | PO Box 70516 | Charlotte | NC | 28272-0516 |
| Fed Ex | P O Box 660481 | Dallas | TX | 75266-0481 |
| Fleetone, LLC | MSC 30425 | Nashville | TN | 37241-5000 |
| Florida Combined Life | PO Box 740559 | Atlanta | GA | 30374-0559 |
| Florida Lift Gas, Inc. | PO Box 89951 | Tampa | FL | 33689 |
| Frontier | PO Box 20550 | Rochester | NY | 14602-0550 |
| Grainger | Dept 842735169 | Kansas City | MO | 64141 |
| H & M Container Transport | 65 East 9th CT | Hialeah | FL | 33010 |
| Island Business Solutions | PO Box 67121 | St Petersburg | FL | 33736 |
| Microsoft Office365 | One Microsoft Way | Redmond | WA | 98052 |
| Microsoft Licensing, GP | 6100 Neil Road | Reno | NV | 89511 |
| Nolan Transportation Group, Inc. | PO Box 116722 | Atlanta | GA | 30368-6722 |
| Office Depot | PO Box 633211 | Cinicnnati | OH | 45263-3211 |
| Penske Truck Leasing | PO Box 827380 | Philadelphia | PA | 19182-7380 |
| Pioneer Telephone | PO Box 11018 | Lewiston | ME | 04243-9469 |
| Reed Transport Services, Inc. | PO Box 2527 | Brandon | FL | 33509 |
| Reliance Standard | PO Box 3124 | Philadelphia | PA | 19398-3124 |
| Sonitrol | P O Box 660777 | Dallas | TX | 75266-0777 |
| Sonitrol | PO Box 1678 | Tallahassee | FL | 32302-1678 |
| Sonitrol Chicagoland West | 1275 W Roosevelt Rd, #123 | Chicago | IL | 60185 |
| Stanley Convergent Security Solutions, Inc | Dept Ch 10651 | Palatine | IL | 60055 |
| Tampa Electric Company | | | | |
| Transportation Solutions Group | 32433 Collections Center Drive | Chicago | IL | 60693-0324 |
| TW Telecom | PO Box 172567 | Denver | CO | 80217-2567 |
| UPS | Lockbox 577 | Carol Stream | IL | 60132-0577 |
| Verizon | PO Box 920041 | Dallas | TX | 75392-0041 |
| Xerox Financial Services | P.O. Box 202882 | Dallas | TX | 75320-2882 |
| Xtra Lease, LLC | PO Box 99262 | Chicago | IL | 60693-9262 |

B 6H (Official Form 6H) (12/07)

In re **CRS Holding of America, LLC,**                                    Case No.  **14-10142**
                                 **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bargain Computer Products of Ybor City, LLC<br>8108 Krauss Blvd Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Services, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Solutions, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Systems of Georgia, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Systems of Illinois, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Systems of Kentucky, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Systems of Louisiana, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | Regions Bank<br>c/o Holland & Knight<br>100 N. Tampa St., Suite 4100<br>Tampa, FL 33602 |

B 6H (Official Form 6H) (12/07)

In re  CRS Holding of America, LLC,                                    Case No.  14-10142
_____                                    _____
                                        **Debtor**                                                    **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Creative Recycling Systems of North Carolina, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Systems of North Florida, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Systems of Pennsylvania, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Systems of South Florida, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Systems of Tennessee, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Systems, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |
| Creative Recycling Technologies II, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be | |

B 6H (Official Form 6H) (12/07)

In re  CRS Holding of America, LLC,                                        Case No.  14-10142
                                    **Debtor**                                                 **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| the obligor for a particular claim.<br><br>Creative Recycling Technologies III, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Technologies, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Dynamic Leasing LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Environmental Services Sales & Marketing, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Greenrock Rare Earth Recovery, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Creative Recycling Systems of New England, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the records as to which of the jointly administered debtor parties may be the obligor for a particular claim.<br><br>Planet Gadget USA, LLC<br>8108 Krauss Blvd, Suite 110<br>Tampa, FL 33619<br>Additional Information: The subsidiary may be obligor or co-obligor of other debts listed on Schedule F, however, it is unclear from the | |

B 6H (Official Form 6H) (12/07)

In re **CRS Holding of America, LLC,** _____    Case No. **14-10142** _____
                                    **Debtor**                              **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| records as to which of the jointly administered debtor parties may be the obligor for a particular claim. | |

In re  **CRS Holding of America, LLC** _____ ,    Case No.  **14-10142** _____
       Debtor                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                 Debtor

Date _____     Signature: _____
                                                 (Joint Debtor, if any)

                        [If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,     Social Security No.
of Bankruptcy Petition Preparer     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ **Robert Swett** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___ **CRS Holding of America, LLC** ___ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **342** ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 12, 2014** _____

                    Signature: **s/Robert Swett** _____

                                **Robert Swett** _____
                                [Print or type name of individual signing on behalf of debtor.]
                                **Receiver & Chief Restructuring Officer**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*