UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CRS HOLDING OF AMERICA, LLC,           Case No. 8:14-bk-10142-KRM
et al,[1]           Chapter 11 cases
      Debtors,           (Jointly Administered)
_____/

### *SUPPLEMENTAL ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO APPROVE SALE OF BLUBOX FREE AND CLEAR OF LIENS (Doc. 103)*

THIS CASE came on for a continued hearing on October 2, 2014, on the Debtors' Motion to Approve Sale of Blubox Free and Clear of Liens (Doc. 103)("Motion"). This Court previously entered its Order Granting: (i) Debtors' Emergency Motion to Approve Sale of Blubox Free and Clear of Liens and (ii) Debtors' Motion to Approve Adequacy of Notice with Regard to Debtor's Emergency Motion to Approve Sale Free and Clear of Liens (Doc. 127)("Blubox Sale Order"). The purpose of the continued hearing was to determine the disposition of the proceeds from the sale of the Blubox.

At the continued hearing, counsel for CRS published certain supplemental disclosures concerning the sale of the Blubox, which disclosures have now been filed with the Court (Doc. 144)(the "Supplemental Disclosures"). This Court having reviewed the Supplemental

---

[1] Bargain Computer Products of Ybor City, LLC (8:14-bk-10161-KRM); Creative Recycling Services, LLC (8:14-bk-10151-KRM); Creative Recycling Solutions, LLC (8:14-bk-10144-KRM); Creative Recycling Systems of Georgia, LLC (8:14-bk-10176-KRM); Creative Recycling Systems of Illinois, LLC (8:14-bk-10180-KRM); Creative Recycling Systems of Kentucky, LLC (8:14-bk-10178-KRM); Creative Recycling Systems of Louisiana, LLC (8:14-bk-10181-KRM); Creative Recycling Systems of New England, LLC (8:14-bk-10196-KRM); Creative Recycling Systems of North Carolina, LLC (8:14-bk-10185-KRM); Creative Recycling Systems of North Florida, LLC (8:14-bk-10189-KRM); Creative Recycling Systems of Pennsylvania, LLC (8:14-bk-10182-KRM); Creative Recycling Systems of South Florida, LLC (8:14-bk-10193-KRM); Creative Recycling Systems of Tennessee, LLC (8:14-bk-10183-KRM); Creative Recycling Systems, LLC (8:14-bk-10149-KRM); Creative Recycling Technologies II, LLC (8:14-bk-10173-KRM); Creative Recycling Technologies III, LLC (8:14-bk-10175-KRM); Creative Recycling Technologies, LLC (8:14-bk-10171-KRM); Dynamic Leasing LLC (8:14-bk-10167-KRM); Environmental Services Sales & Marketing, LLC (8:14-bk-10164-KRM); Greenrock Rare Earth Recovery, LLC (8:14-bk-10165-KRM); and Planet Gadget USA, LLC (8:14-bk-10163-KRM).

Disclosures, having heard argument from counsel for the Debtors and counsel for the Office of the United States Trustee concerning the impact of the Supplemental Disclosures, the Court has concluded that even if it had been aware of the Supplemental Disclosures at the September 29, 2014, hearing at which the Motion was first considered, the Court would nevertheless have approved the sale of the Blubox and entered the Blubox Sale Order. Accordingly, the Court declines to reconsider or otherwise revisit the Blubox Sale Order in light of the Supplemental Disclosures.

The Court also heard argument from counsel for the Debtors, counsel for Regions Bank, counsel for Liberty Property Limited Partnership, and counsel for the Office of the United States Trustee regarding the disposition of the proceeds from the sale of the Blubox, including as to the amount and designation of carveouts from such proceeds. For the reasons stated orally and recorded in open court which shall constitute the decision of this Court, accordingly, it is

**ORDERED**

1. The Blubox Sale Order is hereby supplemented by this Order.

2. Paragraph 9 of the Blubox Sale Order is hereby deleted and replaced with the following: That pursuant to 11 U.S.C. Sec. 363(e), from the proceeds of the Blubox Sale, which are to be wired into the trust account of Shumaker, Loop & Kendrick LLP:

   a. $400,000 shall be paid to Regions on account of its secured claim.

   b. $219,443.18 shall be used to pay certain administrative rent, payable as indicated to the following landlords of the identified CRS locations for the periods indicated:

| Landlord | Location(s) | Rental Period | Amount Payable |
|---|---|---|---|
| Troy Hill I, LLC | Troy Hill Drive, Elkridge, MD | September 2014[2] | $23,159.46 |
| Liberty Property | 619 Distribution | September and | $82,800.00 |

---

[2] Rent for October 2014 for this location only will be paid directly by 3S pursuant to the terms of the APA.

| Limited Partnership | Dr., Durham, NC | October 2014 | |
|---|---|---|---|
| BRE/FL Tampa Ind. Properties, LLC | 4410 E. Adamo Dr., #106, Tampa, FL | September 2014 | $16,036.33 |
| G&I VII Tampa East, LLC | Krauss Blvd. Suites 103 and 109, Tampa, FL | September and October 2014 | $88,770.22 |
| Liberty Property Limited Partnership | 3110 Cherry Palm Drive, #330, Tampa, FL | September 2014 | $8,677.17 |

    c. The balance shall be paid to CRS.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on   October 10, 2014  .

*/s/ K. Rodney May*

**K. RODNEY MAY**
**United States Bankruptcy Judge**

Attorney Jay Verona is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.